QUINN EMANUEL URQUHART & SULLIVAN LLP
John Potter (CA Bar No. 165843)
  johnpotter@quinnemanuel.com
Charles B. Stevens (CA Bar No. 324425)
  charliestevens@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA  94111
(415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Williams (CA Bar No. 181299)
  michaelwilliams@quinnemanuel.com
Sage R. Vanden Heuvel (CA Bar No. 294868)
  sagevandenheuvel@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA  90017
(213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN LLP
Derek L. Shaffer (CA Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C.  20005
(202) 538-8000

*Attorneys for Plaintiff U.S. News & World Report*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## _____ DIVISION

| | |
|---|---|
| **U.S. NEWS & WORLD REPORT, L.P.** | Case No. |
| Plaintiff, | **PLAINTIFF U.S. NEWS & WORLD REPORT, L.P.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| **DAVID CHIU**, in his Official Capacity as City Attorney of the City and County of San Francisco, | **JURY TRIAL DEMANDED** |
| Defendant. | |

Case No.
PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, plaintiff U.S. News & World Report, L.P. ("U.S. News") has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Mortimer B. Zuckerman

DATED: January 23, 2024                 QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *John M. Potter*
    John M. Potter
    Attorneys for Plaintiff
    U.S. News & World Report, L.P.