QUINN EMANUEL URQUHART & SULLIVAN LLP
John Potter (CA Bar No. 165843)
  johnpotter@quinnemanuel.com
Charles B. Stevens (CA Bar No. 324425)
  charliestevens@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
(415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Williams (CA Bar No. 181299)
  michaelwilliams@quinnemanuel.com
Sage R. Vanden Heuvel (CA Bar No. 294868)
  sagevandenheuvel@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
(213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN LLP
Derek L. Shaffer (CA Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

*Attorneys for Plaintiff U.S. News & World Report*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **U.S. NEWS & WORLD REPORT, L.P.**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID CHIU**, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>Defendant. | **NOTICE OF APPEARANCE OF CHARLES B. STEVENS ON BEHALF OF PLAINTIFF U.S. NEWS & WORLD REPORT, L.P.** |

Case No. 4:24-CV-00395
NOTICE OF APPEARANCE OF CHARLES B. STEVENS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Plaintiff U.S. News & World Report, L.P. ("U.S. News") in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action be served on him at:

QUINN EMANUEL URQUHART & SULLIVAN LLP
Charles B. Stevens (CA Bar No. 324425)
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

DATED: January 23, 2024         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     /s/ *Charles B. Stevens*
  Charles B. Stevens
  Attorneys for Plaintiff
  U.S. News & World Report, L.P.