UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA NEWS & WORLD REPORT, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHIU,<br><br>Defendant. | Case No. 24-cv-00395-KAW<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Re: Dkt. No. 5 |

The Clerk will now reassign this case to a United States District Judge because either:

☒ One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

☐ One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before KANDIS A. WESTMORE are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned.

Dated: 1/24/2024

Mark B. Busby
Clerk of Court, United States District Court

By: *Brenda Lopez*
Brenda Lopez, Deputy Clerk

Rev. 10-18