| Attorney or Party without Attorney:<br>John Potter (SBN 165843)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>　Telephone No: (213) 443-3000<br>　Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: | U.S. NEWS & WORLD REPORT, L.P. |
|---|---|
| Defendant: | DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:24-cv-00395-KAW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Plaintiff U.S. News & World Report, L.P.'S Certification Of Conflicts And Interested Entities Or Persons; Notice Re: Remote Appearance Procedures For Magistrate Judge Kandis A. Westmore; Settlement Conference Standing Order For Magistrate Judge Kandis A. Westmore; Consent Or Declination To Magistrate Judge Jurisdiction; Order Setting Initial Case Management Conference and ADR Deadlines; Notice Of Appearance Of Charles B. Stevens On Behalf Of Plaintiff U.S. News & World Report, L.P.; Consenting to the Jurisdiction of a Magistrate Judge U.S. Magistrate Judge Kandis A. Westmore Sample of Trial Exhibit Tags

3. a. Party served: DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco
   b. Person served: J. BERMUDEZ, Authorized to Accept
      served under F.R.C.P. Rule 4.

4. Address where the party was served: 1 Polk Street, San Francisco, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jan 24 2024 (2) at: 10:23 AM

6. **Person Who Served Papers:**
   a. David Cipres (2022-0001510, San Francisco)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   
   d. *The Fee* for Service was: $444.29

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

01/24/2024　　　　　　　　　　　　　　　　　　　　　*David Chiu* (signature)
(Date)　　　　　　　　　　　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

10296481
(5590380)

**ATTESTATION**

I, Charles B. Stevens, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that David Cipres, the signatory of the Proof of Service, has concurred in this filing.

DATED:  January 30, 2024

By , /s/ *Charles B. Stevens*
Charles B. Stevens