IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **U.S. NEWS & WORLD REPORT, L.P.**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID CHIU**, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF U.S. NEWS & WORLD REPORT, L.P.'S PRELIMINARY INJUNCTION**<br><br>Judge:         William H. Orrick<br>Courtroom:  2<br>Hearing Date: March 6, 2024<br>Hearing Time: 2:00 p.m. |

Before the Court is Plaintiff U.S. News & World Report, L.P.'s ("U.S. News") Motion for Preliminary Injunction. Having considered U.S. News' motion and all supporting papers, the response of Defendant David Chiu, in his capacity as the City Attorney for the City and County of San Francisco (the "City Attorney"), and replies thereto, and all other arguments of the parties, and good cause having been shown, the Court finds that U.S. News is entitled to a preliminary injunction.

In consideration of the record, U.S. News has demonstrated that: (i) U.S. News is likely to succeed on the merits of its claims that the subpoenas issued by the City Attorney on January 9, 2024 (the "Subpoenas") violate the First Amendment to the U.S. Constitution, the Liberty of Speech Clause in the California Constitution, and California's Reporters' Shield Law; (ii) absent injunctive relief, U.S. News is likely to suffer irreparable harm; (iii) the balance of equities favors U.S. News; and (iv) the public interest supports an injunction.

Accordingly, the Court **GRANTS** the Motion and hereby **ORDERS** as follows:

1. The City Attorney is hereby preliminarily enjoined and restrained from enforcing the Subpoenas or taking any other actions in furtherance of the Subpoenas until a final judgment may be entered regarding any permanent injunction.

**IT IS SO ORDERED:**

DATED: _____

_____
William H. Orrick
United States District Judge