| Attorney or Party without Attorney: <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, California 90017 <br> Telephone No: (213) 443-3000 <br><br> Attorney For: | Ref. No. or File No.: <br> 12251-00001 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: U.S. NEWS & WORLD REPORT, L.P., <br> Defendant: DAVID CHIU, | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number: <br> 3:24-cv-00395-WHO |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Case Management Conference Order; Standing Order for All Judges of the Northern District of California; Civil Pretrial Order; Judge Orrick's Standing Order on Administration Motions to File Under Seal; Judge Orrick's Standing Order for Civil Cases

3. a. Party served:      Office of the City Attorney City
   b. Person served:    Jocelyn Jackson, Authorized to Accept

4. Address where the party was served:   1 Dr. Carlton B. Goodlett Pl., San Francisco, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 30 2024 (2) at: 03:09 PM

Recoverable cost Per CCP 1033.5(a)(4)(B)

**6. Person Who Served Papers:**
   a. David Cipres (2022-0001510, San Francisco)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

                01/31/2024                                    *[signed] David Chiu*
                  (Date)                                          (Signature)



Judicial Council Form                PROOF OF                                 10340137
Rule 2.150.(a)&(b) Rev January 1, 2007   SERVICE                              (5598765)

**ATTESTATION**

I, Charles B. Stevens, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that David Cipres, the signatory of the Proof of Service, has concurred in this filing.

DATED: February 1, 2024

By  /s/ *Charles B. Stevens*
Charles B. Stevens

Case No. 3:24-cv-00395-WHO
ATTESTATION