DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 148137
Chief of Complex & Affirmative Litigation
ALEXANDER J. HOLTZMAN, SBN 311813
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
Telephone:     (415) 554-3999
               (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail: Alexander.Holtzman@sfcityatty.org
         Karun.Tilak@sfcityatty.org

*Attorneys for Defendant*
San Francisco City Attorney David Chiu

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John Potter (CA Bar No. 165843)
johnpotter@quinnemanuel.com
Charles B. Stevens (CA Bar No. 324425)
charliestevens@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
(415) 875-6600

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Michael E. Williams (CA Bar No. 181299)
michaelwilliams@quinnemanuel.com
Sage R. Vanden Heuvel (CA Bar No. 294868)
sagevandenheuvel@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
(213) 443-3100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Derek L. Shaffer (CA Bar No. 212746)
derekshaffer@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

*Attorneys for Plaintiff*
U.S. News & World Report, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco, <br><br> Defendant. | Case No. 3:24-cv-00395-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER ON CONSOLIDATED BRIEFING AND HEARING ON PLEADINGS AND PRELIMINARY INJUNCTION MOTIONS** <br><br> Judge:    Hon. William H. Orrick III <br> Place:    Courtroom 2, 17th Floor <br><br> Trial Date:    Not Set |

This Stipulation is entered into by and between U.S. News & World Report, L.P. ("Plaintiff") and Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco ("Defendant"), by and though their counsel, subject to the Court's approval.

WHEREAS, Plaintiff filed the Complaint for Injunctive Relief and a Declaratory Judgment on January 23, 2024;

WHEREAS, Plaintiff served the Complaint on January 24, 2024;

WHEREAS, Plaintiff filed a Motion for Preliminary Injunction on January 31, 2024;

WHEREAS, under Local Rule 7-3(a) (1), Defendant is to file and serve his Opposition to the Motion for Preliminary Injunction on or before February 14, 2024, and (2) Plaintiff is to file and serve its reply in further support of preliminary injunction on or before February 21, 2024;

WHEREAS, a hearing on the motion is presently set for March 6, 2024, at 2:00 p.m.;

WHEREAS, Defendant plans to file a Motion to Dismiss and anti-SLAPP Motion to Strike in response to the Complaint;

WHEREAS, Defendant has requested consolidated briefing and argument on Plaintiff's Motion for Preliminary Injunction and Defendant's response to the Complaint, and has further requested that the parties be afforded expanded page limits to do so within a single set of briefs;

WHEREAS, Defendant has requested a continuance of the hearing on Plaintiff's Motion for Preliminary Injunction presently set for March 6, 2024; ;

WHEREAS, Plaintiff has agreed to Defendant's requests for the sake of courtesy and to avoid any unnecessary procedural disputes and based on Defendant's continued commitment not to take any actions to enforce the subpoenas at issue in the litigation until this Court rules on Plaintiff's Motion for Preliminary Injunction, but Plaintiff does not believe that the Defendant's forthcoming anti-SLAPP Motion to Strike warrants any extension or, indeed, relief of any kind;

WHEREAS, the parties have not requested any prior modifications to the subject briefing schedule and do not anticipate the requested modifications will delay any other aspects of the case schedule.

///

///

NOW, THEREFORE, it is hereby stipulated[1] by the parties, by and through their undersigned counsel, and subject to the Court's approval, that:

1. Defendant shall file and serve a Motion to Dismiss and Strike and opposition to the Motion for Preliminary Injunction, in a single brief not exceeding a total of 45 pages of text as calculated under Civil Local Rule 7-4(b), on or before February 28, 2024;

2. Plaintiff shall file and serve an opposition to the Motions to Dismiss and Strike and reply in support of the Motion for Preliminary Injunction, in a single brief not exceeding a total of 40 pages of text as calculated under Civil Local Rule 7-4(b), on or before March 15, 2024;

3. Defendant shall file and serve a reply in support of the Motions to Dismiss and Strike, in a single brief not exceeding 20 pages of text as calculated under the Civil Local Rule 7-4(b), on or before March 29, 2024;

4. The Court shall continue the hearing on the Motion for Preliminary Injunction set for March 6, 2024, and hold a combined hearing on the Motion for Preliminary Injunction, Motion to Dismiss, and anti-SLAPP Motion to Strike on April 10, 2024, at 2:00 p.m. or a later date on which the Court would like to set the hearing;

5. Defendant shall not take any actions to enforce the subpoenas at issue in the litigation until this Court rules on Plaintiff's Motion for Preliminary Injunction.

IT IS SO STIPULATED.

///
///
///
///
///
///
///

---

[1] By agreeing to this stipulation, neither party waives any argument as to the procedural or substantive merit of the motions filed pursuant to the proposed consolidated briefing schedule.

Dated: February 9, 2024

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
SARA J. EISENBERG
Chief of Complex & Affirmative Litigation
ALEXANDER J. HOLTZMAN
KARUN A. TILAK
Deputy City Attorneys

By: */S/ ALEXANDER J. HOLTZMAN*
ALEXANDER J. HOLTZMAN

Attorneys for Defendant
SAN FRANCISCO CITY ATTORNEY DAVID CHIU

Dated: February 9, 2024

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */S/ JOHN POTTER*
JOHN POTTER

Attorneys for Plaintiff
U.S. NEWS & WORLD REPORT, L.P.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. WILLIAM H. ORRICK III
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Alexander J. Holtzman, am the ECF User whose identification and password are being used to file this document. In compliance with the Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: February 9, 2024         */S/ ALEXANDER J. HOLTZMAN*
ALEXANDER J. HOLTZMAN