Mara W. Elliott, City Attorney
Mark Ankcorn, Chief Deputy City Attorney (SBN 166871)
OFFICE OF THE CITY ATTORNEY
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
mankcorn@sandiego.gov
Tel.: (619) 533-5800
Fax: (619) 236-7215

*Attorneys for Amicus Curiae*
*City Attorney of San Diego, California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P., | Case No. 3:24-cv-00395-WHO |
| Plaintiff, | **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| vs. | Judge: Hon. William H. Orrick III |
| DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco, | Place: Courtroom 2, 17th Floor |
| Defendant. | Trial Date: Not Set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report with respect to the non-governmental amici on whose behalf the undersigned has moved for leave to file the Brief of Amici Curiae 18 Local Governments, Local Government Officials, and Local Government Organizations in Opposition to Plaintiff's Motion for Preliminary Injunction and in Support of Dismissal.

*/s/ Mark Ankcorn*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Certification of Conflicts and Interested Entities or Persons will be delivered electronically on February 28, 2024 to counsel for parties through the District Court's Electronic Case Filing system.

*/s/ Mark Ankcorn*