DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 148137
Chief of Complex & Affirmative Litigation
ALEXANDER J. HOLTZMAN, SBN 311813
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
Telephone:     (415) 554-3999
               (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:        Alexander.Holtzman@sfcityatty.org
               Karun.Tilak@sfcityatty.org

*Attorneys for Defendant*
San Francisco City Attorney David Chiu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P.,<br><br>　　Plaintiff,<br><br>vs.<br><br>DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>　　Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**DECLARATION OF ALEXANDER J. HOLTZMAN IN SUPPORT OF DEFENDANT SAN FRANCISCO CITY ATTORNEY DAVID CHIU'S MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE COMPLAINT FOR INJUNCTIVE RELIEF AND A DECLARATORY JUDGMENT AND OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge:　　　　Hon. William H. Orrick III<br>Place:　　　　Courtroom 2, 17th Floor<br>Hearing Date:　April 10, 2024<br>Time:　　　　2:00 p.m.<br><br>Trial Date:　　Not Set |

I, Alexander J. Holtzman, hereby declare and state as follows:

1. I am a Deputy City Attorney at the Office of the San Francisco City Attorney and am counsel to Defendant San Francisco City Attorney David Chiu in this matter. I make this declaration in support of the City Attorney's Motions to Dismiss and Strike and opposition to the Preliminary Injunction Motion filed by Plaintiff U.S. News & World Report, L.P. ("USNWR"). I make this declaration based on personal knowledge and belief. If called to testify as to the matters set forth in this declaration, I could and would competently testify to the facts stated herein.

2. On June 20, 2023, the City Attorney's Office sent a letter by email, U.S. mail, and personal service to USNWR seeking factual substantiation of certain representations, responses to questions regarding its methodology, and disclosure of payments it receives from hospitals.

3. On July 11, 2023, at the request of counsel for USNWR, I participated in a meet and confer call with USNWR's counsel regarding the June 20, 2023, letter. To the best of my recollection, no participant on the call from the City Attorney's Office expressed that USNWR would be subject to liability simply based on its methodology or factors used in ranking hospitals in the absence of commercial representations about the hospital rankings or actionable lack of disclosure of payments USNWR receives from hospitals.

4. On July 19, 2023, USNWR responded to the City Attorney's letter. That response did not substantively respond to the requests in the City Attorney's letter.

5. On January 9, 2024, the City Attorney's Office issued two subpoenas to USNWR. One subpoena sought responses to fourteen interrogatories. The second subpoena sought records responsive to six document requests. The subpoenas had a response deadline of January 24, 2024.

6. On January 23, 2024, at approximately 3:22 p.m., counsel for USNWR sent an email notifying the City Attorney's Office that USNWR had filed suit against the City Attorney in federal court. In that same email, counsel indicated that USNWR would apply for a temporary restraining order unless the City Attorney's Office agreed by 9:00 a.m. the following morning not to move to enforce the subpoenas until USNWR could file and be heard on a preliminary injunction motion. A true and correct copy of the email from USNWR's counsel is attached hereto as **Exhibit 1**.

7. Between the City Attorney's issuance of the two subpoenas on January 9, 2024, and the filing of this lawsuit on January 23, 2024, USNWR did not serve objections to the subpoenas or reach out to me to meet and confer regarding the subpoenas.

8. On the evening of January 23, 2024, the City Attorney's Office notified USNWR that it would agree not to take steps to enforce the subpoena prior to resolution of USNWR's preliminary injunction motion.

9. Attached as **Exhibit 2** is a true and correct copy of an archived June 20, 2023, version of a webpage from USNWR's website entitled "FAQ: How and Why We Rank and Rate Hospitals" (last updated Dec. 6, 2022), which was downloaded from the Internet Archive by staff of the City Attorney's Office. The webpage is available at https://web.archive.org/web/20230620042610/ https:/health.usnews.com/health-care/best-hospitals/articles/faq-how-and-why-we-rank-and-rate-hospitals.

10. Attached as **Exhibit 3** is a true and correct copy of a webpage from PR Newswire entitled "U.S. News Reveals the 2022-2023 Best Hospitals," published on July 26, 2022, which was downloaded by staff of the City Attorney's Office. A preserved version of the webpage is available at https://perma.cc/NB4K-MUCG. The live webpage is available at https://www.prnewswire.com/news-releases/us-news-reveals-the-2022-2023-best-hospitals-301592943.html.

11. Attached as **Exhibit 4** is a true and correct copy of a webpage from USNWR's website entitled "U.S. News Best Hospitals," which was downloaded by staff of the City Attorney's Office. A preserved version of the webpage is available at https://perma.cc/AA2Y-JWJ4. The live webpage is available at https://health.usnews.com/best-hospitals.

12. Attached as **Exhibit 5** is a true and correct copy of a webpage from USNWR's website entitled "Who We Are," which was downloaded by staff of the City Attorney's Office. A preserved version of the webpage is available at https://perma.cc/6ZAC-VBUJ. The live webpage is available at https://www.usnews.com/about-us.

13. Attached as **Exhibit 6** is a true and correct copy of a webpage from USNWR's website entitled "U.S. News Hospital Marketing Opportunities," which was downloaded by staff of the City

Attorney's Office. A preserved version of the webpage is available at https://perma.cc/VA45-PMCP. The live webpage is available at https://health.usnews.com/best-hospitals/marketing-opportunities.

14. Attached as **Exhibit 7** is a true and correct copy of the following article published in the American Journal of Medical Quality: Santino Cua, et al., *Reputation and the Best Hospital Rankings: What Does it Really Mean*, 32 Am. J. Medical Quality 632 (2017).

15. Attached as **Exhibit 8** is a true and correct copy of the following article published in the journal JAMA: Surgery: Timothy J. Daskivich & Bruce L. Gewertz, *Campaign Reform for US News and World Report Rankings*, 158 JAMA Surg. 114 (2023).

16. Attached as **Exhibit 9** is a true and correct copy of the following article published in the journal JAMA Otolaryngology – Head & Neck Surgery: Kaitlyn M. Frazier, Christine G. Gourin, and C. Matthew Stewart, *Fatally Flawed—Making Sense of US News & World Report Mortality Scores*, 147 JAMA Otolaryngology – Head & Neck Surg. 317 (2021).

17. Attached as **Exhibit 10** is a true and correct copy of the following article published in the journal JAMA: Surgery: Sahil Gambhir et al., *Association of US News & World Report Top Ranking for Gastroenterology and Gastrointestinal Operation with Patient Outcomes in Abdominal Procedures*, 154 JAMA Surgery 861 (2019).

18. Attached as **Exhibit 11** is a true and correct copy of the following article published in the journal Annals of Thoracic Surgery; Oliver K. Jawitz et al., *Comparing Consumer-Directed Hospital Rankings with STS Adult Cardiac Surgery Database Outcomes*, 115 Annals of Thoracic Surgery 533 (2023).

19. Attached as **Exhibit 12** is a true and correct copy of the following article published in the Journal of Nursing Care Quality: Ryan Merkow et al., *Correlation of the US News and World Report-Calculated Nurse Staffing Index with Actual Hospital-Reported Nurse Staffing*, 37 J. Nursing Care Quality 195 (2022).

20. Attached as **Exhibit 13** is a true and correct copy of the following article published in the journal Psychiatric Annals: Andrew A. Nierenberg, *US News and World Report Rankings of Psychiatry: A Misleading, Anachronistic Exercise*, 53 Psychiatric Annals 54 (2023).

21.     Attached as **Exhibit 14** is a true and correct copy of the following article published in the journal Clinical Orthopaedics & Related Research: Mary I. O'Connor, *Equity360: Gender, Race, and Ethnicity: Our "Best Hospitals" Rank Poorly in Health Equity*, 479 Clinical Orthopaedics & Related Research 2366 (2021).

22.     Attached as **Exhibit 15** is a true and correct copy of the following article published in the journal Kidney Medicine: Curtis Warfield, Eugene Lin & Malika L. Mendu, *Nephrology and the US News and World Report Hospital-Based Specialty Rankings*, 5 Kidney Med. Mar. 3, 2023.

23.     Attached as **Exhibit 16** is a true and correct copy of the following article published in Health Affairs Forefront: Madeline Wozniak & Chinenyenwa Mpamaugo, *It's Time for US Hospitals to Withdraw from the US News and World Report Rankings*, Health Affs. Forefront (Mar. 17, 2023).

24.     Attached as **Exhibit 17** is a true and correct copy of the following news article: Meryl Lin Mckean, *Some hospitals won't reveal how much they pay U.S. News for use of "Best Hospitals" logo*, Fox 4 News, https://fox4kc.com/news/some-hospitals-wont-reveal-how-much-they-pay-u-s-news-for-use-of-best-hospitals-logo/ (last updated Jul. 29, 2014).  A preserved version of the webpage is available at https://perma.cc/5UEZ-KWQC.

25.     Attached as **Exhibit 18** is a true and correct copy of the following news article: Jennifer Henderson, *Hospitals Pay U.S. News to Promote Their Rankings*, MEDPAGE TODAY (Jan. 18, 2024), https://www.medpagetoday.com/special-reports/features/108313.  A preserved version of the webpage is available at https://perma.cc/8U9Q-ML38.

26.     Attached as **Exhibit 19** is a true and correct copy of the following article: Katie Bo Williams, *How Much Does Using the U.S. News 'Best Hospitals' Branding Cost Providers?*, HEALTHCAREDIVE (July 30, 2014), https://www.healthcaredive.com/news/how-much-does-using-the-us-news-best-hospitals-branding-cost-providers/292206/.  A preserved version of the webpage is available at https://perma.cc/R7DL-PXHH.

27.     Attached as **Exhibit 20** is a true and correct copy of the following news article: Kate Sullivan, *Hospitals Pay to Use U.S. News 'Best Hospitals' Logo*, FIERCE HEALTHCARE (July 30, 2014), https://www.fiercehealthcare.com/healthcare/hospitals-pay-to-use-u-s-news-best-hospitals-logo.

28. Attached as **Exhibit 21** is a true and correct copy of the following news article: Braley Dodson, *Blumenthal Asks U.S. News & World Report to Stop Accepting Money from Hospitals*, WTNH (June 26, 2023), https://www.wtnh.com/news/health/blumenthal-asks-u-s-news-world-report-to-stop-accepting-money-from-hospitals/. A preserved version of the webpage is available at https://perma.cc/K3P6-6MV3.

29. Attached as **Exhibit 22** is a true and correct copy of a webpage from the website of Connecticut Senator Richard Blumenthal entitled "Senator Blumenthal Week in Review 6/23/2023–6/30/2023, https://www.blumenthal.senate.gov/newsroom/press/release/senator-blumenthal-week-in-review-06/23/202306/30/2023. A preserved version of the webpage is available at https://perma.cc/S4CV-49MP.

30. Attached as **Exhibit 23** is a true and correct copy of a webpage of the following news article: Megan Rose Dickey, *San Francisco takes issue with U.S. News hospital rankings*, Axios (June 20, 2023), https://www.axios.com/local/san-francisco/2023/06/20/us-news-hospital-rankings-san-francisco-city-attorney.

31. Attached as **Exhibit 24** is a true and correct copy of a webpage from the New York Times Wirecutter entitled "About Us," downloaded by staff from the City Attorney's Office. A preserved version of the webpage is available at https://perma.cc/WN23-5F6L, and the live webpage is available at https://www.nytimes.com/wirecutter/about/.

32. Attached as **Exhibit 25** is a true and correct copy of a webpage from the CNET website entitled "How We Test Products and Services," downloaded by staff of the City Attorney's Office. A preserved version of the webpage is available at https://perma.cc/T8ZS-3P9D, and the live webpage is available at https://www.cnet.com/tech/how-we-test-products-and-services/.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February 2024 in San Francisco, California.

*/s/ Alexander Holtzman*
ALEXANDER J. HOLTZMAN

HOLTZMAN DECL. ISO CONSOL. MTN/OPP     5     n:\cxlit\li2024\240620\01739852.docx