# EXHIBIT 1

| | |
|---|---|
| **From:** | John Potter |
| **To:** | Holtzman, Alexander (CAT); Hoang, Christine (CAT); Eisenberg, Sara (CAT); Tilak, Karun (CAT) |
| **Cc:** | Derek Shaffer; Michael E Williams; Sage Vanden Heuvel |
| **Subject:** | U.S. News & World Report |
| **Date:** | Tuesday, January 23, 2024 3:21:57 PM |

Dear Counsel:

We write to advise you that we have just filed a lawsuit on behalf of our client US News & World Report, L.P. ("US News") in U.S. District Court for the Northern District of California, naming the San Francisco City Attorney as the Defendant and contending (as set forth in our earlier correspondence) that the subpoenas your office issued on January 9, 2024 violate our client's rights under the U.S. and California Constitutions.  We'll send courtesy copies of our as-filed papers as soon as they're available and would be glad to arrange a convenient means of downloading if the volume is otherwise problematic.

Given that tomorrow, January 24, is the stated deadline for US News to comply with the subpoenas at issue, US News is seeking immediate relief in the form of an *ex parte* temporary restraining order prohibiting the City Attorney from enforcing the subpoenas at issue or taking any action in furtherance of them, followed by a preliminary injunction.  Before filing our TRO papers, however, we wanted to see whether you and your office are willing to spare the parties and the Court the burdens of having to decide the relevant issues in the posture of a TRO.  Will the City Attorney agree that US News need not comply with the subpoenas by the stated deadline, and that your office will not take action to enforce the subpoenas, at least until the Court can decide whether to issue a preliminary injunction, with the benefit of both sides' briefing?

We note that a temporary standstill would make eminent sense in light of the timeline to date – including a six-month pause from July 2023, when US News responded to your office's inquiries by conveying constitutional objections, and January 2024, when the City Attorney responded with the subpoenas.  That noted, we cannot afford to take anything for granted and will be filing for an *ex parte* TRO first thing tomorrow morning absent your prompt agreement to stand still.  Please respond by 9 a.m. Pacific time tomorrow.  If we don't hear from you by then, we will assume you plan to oppose and notify the court accordingly in our application for a temporary restraining order.

Thank you for considering our request and please call me any time if you'd like to discuss anything.  In all respects and in all events, we look forward to working with you as litigation proceeds.  Assuming that our clients will continue to disagree on the merits, we'll want to agree on procedural matters to the maximum possible extent and to extend reciprocal courtesies.

Very truly yours,

John Potter