# EXHIBIT 3

# U.S. News Reveals the 2022-2023 Best Hospitals



NEWS PROVIDED BY

**U.S. News & World Report, L.P.** ➜
26 Jul, 2022, 00:01 ET

*Three new cancer ratings and expanded equity measures*

WASHINGTON, July 26, 2022 /PRNewswire/ -- U.S. News & World Report, the global authority in hospital rankings and consumer advice, today revealed the 2022-2023 **Best Hospitals** rankings to assist patients and their doctors in making informed decisions about where to receive quality care.

Now in its 33rd year, Best Hospitals evaluates hospitals in more than 30 medical and surgical services, including three new cancer ratings: Ovarian Cancer Surgery, Prostate Cancer Surgery and Uterine Cancer Surgery. Also new this year: an expanded set of health equity measures that highlights which hospitals provide more care to low income patients and which have racial disparities in certain surgical outcomes.

The 2022-2023 rankings highlight the top 20 hospitals named to the **Honor Roll** for delivering exceptional treatment across many areas of care. For the seventh consecutive year, Mayo Clinic claimed the top spot on the Honor Roll. Ranked at No. 2 this year is Cedars-Sinai Medical Center, NYU Langone Hospitals at No. 3.

In the **specialty rankings**, University of Texas MD Anderson Cancer Center ranked No. 1 in **Cancer**, the Cleveland Clinic is No. 1 in **Cardiology & Heart Surgery** and NYU Langone Hospitals is No. 1 in **Neurology & Neurosurgery**.

"For patients considering their options for where to get care, the Best Hospitals rankings are designed to help them and their medical professionals identify hospitals that excel in the kind of care they may need," said Ben Harder, chief of health analysis and managing editor at U.S. News. "The new cancer ratings provide patients facing surgery for prostate cancer or gynecological cancer with previously unavailable information to assist them in making a critical health care decision."

**2022-2023 Best Hospitals Honor Roll**

1. Mayo Clinic

2. Cedars-Sinai Medical Center

3. NYU Langone Hospitals

4. Cleveland Clinic

5. (Tie) Johns Hopkins Hospital

5. Tie) UCLA Medical Center

7. New York-Presbyterian Hospital-Columbia and Cornell

8. Massachusetts General Hospital

9.  Northwestern Memorial Hospital

10. Stanford Health Care-Stanford Hospital

11. Barnes-Jewish Hospital

12. UCSF Health-UCSF Medical Center

13. Hospitals of the University of Pennsylvania-Penn Presbyterian

14. Brigham and Women's Hospital

15. Houston Methodist Hospital

16. Mount Sinai Hospital

17. University of Michigan Health-Ann Arbor

18. Mayo Clinic-Phoenix

19. Vanderbilt University Medical Center

20. Rush University Medical Center

**Top Five Best Hospitals in Selected Specialties**

## Cancer

1. University of Texas MD Anderson Cancer Center
2. Memorial Sloan Kettering Cancer Center
3. Mayo Clinic
4. Dana-Farber/Brigham and Women's Cancer Center
5. UCLA Medical Center

## Cardiology & Heart Surgery

1. Cleveland Clinic
2. Mayo Clinic
3. Cedars-Sinai Medical Center
4. New York-Presbyterian Hospital-Columbia and Cornell
5. NYU Langone Hospitals

## Neurology & Neurosurgery

1. NYU Langone Hospitals
2. UCSF Health-UCSF Medical Center
3. New York-Presbyterian Hospital-Columbia and Cornell
4. Rush University Medical Center
5. Johns Hopkins Hospital

The Best Hospitals **methodology** and Procedures & Conditions **methodology** factor objective measures such as survival rates, patient experience, level of nursing care and how successfully each hospital helps patients get back home. To calculate the Best Hospitals rankings for overall performance, specialties, states and metro areas, U.S. News evaluated each hospital's performance using a variety of measures from data provided by the Centers for Medicare & Medicaid Services, American Hospital Association, professional organizations and medical specialists. The Procedures & Conditions ratings are based entirely on objective patient care

measures.

This year's rankings will be published in the U.S. News & World Report's "Best Hospitals 2023" guidebook (ISBN 9781931469999), available to order from the **U.S. News Online Store**.

For more information, visit **Best Hospitals** and use #BestHospitals on **Facebook** and **Twitter**.

### About U.S. News & World Report

U.S. News & World Report is the global leader in quality rankings that empower consumers, business leaders and policy officials to make better, more informed decisions about important issues affecting their lives and communities. A multifaceted digital media company with Education, Health, Money, Travel, Cars, News and 360 Reviews platforms, U.S. News provides rankings, independent reporting, data journalism, consumer advice and U.S. News Live events. More than 40 million people visit **USNews.com** each month for research and guidance. Founded in 1933, U.S. News is headquartered in Washington, D.C.

SOURCE U.S. News & World Report, L.P.

# Sign up for Top Stories & curated News delivered to your inbox

Enter Your Email

Select Country ⌄

**SUBMIT**

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.