# EXHIBIT 4

  **HEALTH**

**Sign In**



# U.S. News Best Hospitals

### Helping patients and families find the best healthcare for more than 30 years.
### Find the best hospital near you.

| **All Hospitals** | **Children's Hospitals** |
| --- | --- |

| Hospital Name (optiona | City, State or Zip | Specialty, Procedure ▾ | **Search** |
| --- | --- | --- | --- |

## How to find the best medical care in 2024.

For more than three decades, U.S. News & World Report has annually updated its Best Hospitals rankings to help people find the best care when they need it most. Our team of data journalists analyzes millions of hospital visits

New

**Patients more likely to survive surgeries at U.S. News-ranked hospitals**

and admissions to identify the best hospitals in 10 pediatric specialties, 15 adult specialties and 21 procedures and conditions. We also publish two Honor Rolls, one for children's hospitals and one for all other hospitals, to recognize hospitals that perform exceptionally well across many of these 46 specialties, procedures and conditions.

🗒 How we evaluate hospital quality

A study in the American Journal of Surgery finds patients are more likely to survive if they undergo surgery at a U.S. News & World Report-ranked hospital.

Learn More

# Best Hospitals for Adults 2023-2024

## Best Hospitals Honor Roll

U.S. News Best Hospitals honor roll recognizes 22 of the nation's highest performing hospitals across 15 specialties and 21 procedures and conditions. Over 5,000 hospitals are evaluated each year.



Slideshow: Best Hospitals Honor Roll

How Hospitals Make the Honor Roll

**BEST HOSPITALS HONOR ROLL 2023-2024**

Barnes-Jewish Hospital

Brigham and Women's Hospital

Cedars-Sinai Medical Center

Cleveland Clinic

Hospitals of the University of Pennsylvania-Penn Presbyterian

Houston Methodist Hospital

Johns Hopkins Hospital

Massachusetts General Hospital

Mayo Clinic-Rochester

Mount Sinai Hospital

New York-Presbyterian Hospital-Columbia and Cornell

North Shore University Hospital at Northwell Health

Northwestern Medicine-Northwestern Memorial Hospital

NYU Langone Hospitals

Rush University Medical Center

Stanford Health Care-Stanford Hospital

UCLA Medical Center

UC San Diego Health-La Jolla and Hillcrest Hospitals

UCSF Health-UCSF Medical Center

University of Michigan Health-Ann Arbor

UT Southwestern Medical Center

Vanderbilt University Medical Center

**LEARN MORE ABOUT HONOR ROLL HOSPITALS »**

## Best Hospitals by Specialty



U.S. News ranks hospitals for excellent care for the most complex cases in 15 adult specialties. In 2023, 164 hospitals were ranked in at least one specialty.



Slideshow: Best Hospitals by Specialty

How We Rank Best Hospitals by Specialty

| | |
|---|---|
| Cancer | Ophthalmology |
| Cardiology, Heart & Vascular Surgery | Orthopedics |
| Diabetes & Endocrinology | Psychiatry |
| Ear, Nose & Throat | Pulmonology & Lung Surgery |
| Gastroenterology & GI Surgery | Rehabilitation |
| Geriatrics | Rheumatology |
| Neurology & Neurosurgery | Urology |
| Obstetrics & Gynecology | |

**See All Adult Specialty Rankings »**

## Medical Procedures & Conditions

In addition to the complex care evaluated in the adult specialty rankings, U.S. News rates hospitals for their performance in treating more prevalent surgical procedures and medical conditions.



How We Rate Procedures & Conditions

| | |
|---|---|
| Abdominal Aortic Aneurysm Repair | Kidney Failure |
| Aortic Valve Surgery | Knee Replacement |
| Back Surgery (Spinal Fusion) | Leukemia, Lymphoma & Myeloma |
| Chronic Obstructive Pulmonary Disease (COPD) | Lung Cancer Surgery |
| Colon Cancer Surgery | Maternity Care (Uncomplicated Pregnancy) |
| Diabetes | Ovarian Cancer Surgery |
| Heart Attack | Pneumonia |
| Heart Bypass Surgery | Prostate Cancer Surgery |
| Heart Failure | Stroke |
| Hip Fracture | Transcatheter Aortic Valve Replacement (TAVR) |
| Hip Replacement | Uterine Cancer Surgery |

## Find the Best Hospitals in Your Area

The Best Regional Hospital rankings help patients find the top rated hospitals in specialty care, common procedures and conditions in metro, state and regional areas.

How We Rank Best Regional Hospitals



| | |
|---|---|
| Atlanta | New York |
| Baltimore | Philadelphia |
| Boston | Phoenix |
| Chicago | Pittsburgh |
| Cleveland | Raleigh-Durham |
| Dallas | Salt Lake City |
| Denver | San Diego |
| Houston | San Francisco |
| Los Angeles | Seattle |
| Miami | Tampa |
| Milwaukee | Tucson |
| Minneapolis | Washington, DC |

**See All Locations »**

# Best Hospitals for Children 2023-2024

### Best Children's Hospitals Honor Roll

The 2023-2024 Best Children's Hospitals honor roll recognizes the top children's hospitals in the nation for their performance across ten pediatric specialties.



Slideshow: Best Hospitals Honor Roll

How Hospitals Make the Honor Roll

## Children's Honor Roll 2023-2024

**#1**  Cincinnati Children's Hospital Medical Center
Cincinnati, OH

**#2**  Boston Children's Hospital
Boston, MA

**#3**  Texas Children's Hospital
Houston, TX

**SEE FULL HONOR ROLL »**

# Best Children's Hospitals by Specialty

In the 2023-2024 rankings, 89 hospitals ranked among the top 50 in at least one of the 10 children's specialties.

Slideshow: Best Hospitals by Specialty

How We Evaluate Pediatric Care



Pediatric Cancer

Pediatric Cardiology & Heart Surgery

Pediatric Diabetes & Endocrinology

Pediatric Gastroenterology & GI Surgery

Neonatology

Pediatric Nephrology

Pediatric Neurology & Neurosurgery

Pediatric Orthopedics

Pediatric Pulmonology & Lung Surgery

Pediatric Urology

**See All Children's Specialty Rankings »**

# Best Children's Hospitals by Region

Knowing that it's not always possible to travel distances for months-long care, U.S. News regional rankings recognize Children's hospitals by state and by drivable multi-state regions.



How We Rank Children's Hospitals by Region



Mid-Atlantic Region

Midwest Region

New England Region

Pacific Region

Rocky Mountain Region

Southeast Region

Southwest Region

**See all locations »**

---



## U.S. News Hospital Heroes

A special ongoing series spotlighting the extraordinary efforts being mounted by health professionals in the trenches of fighting the historic coronavirus pandemic.

**U.S. NEWS HOSPITAL HEROES**

**Introducing U.S. News Hospital Heroes**

**Kim Castro    April 30, 2020**

**CONDITIONS**

**Latest Treatments for COVID-19**

**Lisa Esposito, Christine Comizio**
**June 1, 2022**

**PATIENT ADVICE**

**How to Rega**
**After COVID**

**Lisa Esposito, K. A**
**Christine Comizio,**
**June 22, 2022**

**DISCLAIMER AND A NOTE ABOUT YOUR HEALTH »**

**HOSPITALS      DOCTORS      DENTISTS      SENIOR LIVING**

**NURSING HOMES      WELLNESS      DIETS**

**PRODUCT RANKINGS & REVIEWS      HEALTH INSURANCE**

**CONDITIONS**

---



About      Editorial Guidelines      Contact      Press      Advertise      Newsletters      Jobs      Site Map

Store

Copyright 2024 © U.S. News & World Report L.P.

Terms & Conditions/Privacy Policy/U.S. State Privacy Notice/Your Privacy Choices