# EXHIBIT 5

 						Sign In

# We help you make the best decisions.

## Who We Are

U.S. News & World Report is a multifaceted digital media company dedicated to helping consumers, business leaders and policy officials make important decisions in their lives. We use world-class data and technology to publish independent reporting, rankings, journalism and advice that has earned the trust of our readers and users for more than 90 years. Our platforms on usnews.com include Education, Health, Money, Travel, Cars, Real Estate, Careers, News and 360 Reviews.

We reach more than 40 million people monthly during moments when they are most in need of expert advice and motivated to act on that advice directly on our platforms. Our signature franchises include our "Best" series of consumer information and advice on colleges, graduate schools, hospitals, diets, cars, financial services and more. These guides provide an easy-to-digest list for consumers to better understand and compare when making their decisions. We continue to publish annual guides of the authoritative Best Colleges and Best Hospitals rankings on our website and in print. And our U.S. News Live flagship events highlight important national conversations including The State of Equity in America, The Evolution of Leadership, Healthcare of Tomorrow and Healthiest Communities.

We are proud to be one of the first legacy media brands to transform into a purely digital model nearly a dozen years ago. Our diversified business model engages consumers at every point in their decision-making journey and allows our corporate partners to use brand advertising, performance marketing, e-commerce, brand recognition and thought-leadership programs to achieve their business objectives.

U.S. News is headquartered in Washington, D.C. with advertising, sales and corporate offices in New York and New Jersey. The company is privately owned by Mortimer B. Zuckerman. Our leadership team includes Eric Gertler serving as the Executive Chairman & Chief Executive Officer, William Holiber as the President & Vice Chairman, Neil Maheshwari as Chief Financial Officer & Chief Operating Officer, and Dafna Linzer as Editorial Director & Executive Vice President.

## Our Core Values

**OUR CULTURE**

**Mission Driven and Innovative**

Our mission of helping you make the best decisions is our north star, guiding us to always serve your interests. It drives everything we do. And although we are a nearly 90-year-old company, we've been a leader in digital journalism for more than a decade. We operate with the mentality of a startup, stressing a flat management structure and a team-based operating approach.

**OUR PEOPLE**

## Creative and Diverse

We believe in having a broad range of talent and backgrounds at U.S. News. We strive to maintain a welcoming workplace where everyone is given an opportunity to succeed and contribute to their fullest. Learn more about our Diversity, Equity and Inclusion initiative.

**OUR AUDIENCE**

## Informed and Motivated

U.S. News audiences come to us with intention and purpose. Our goal is to create content to help educate, inform and inspire them to make the best decisions. Learn more about our audience.

**OUR CONTENT**

## Objective and Accurate

U.S. News is editorially independent in its reporting. We espouse the values of ethical journalism, to ensure the free exchange of information that is truthful, fair and thorough. Learn more about our editorial guidelines.

**OUR PRODUCTS**

## Useable and Useful

We utilize fact-based data and diverse sources to provide news, rankings and recommendations across a wide range of topics that are important to the lives of our users.

**OUR TECHNOLOGY**

**Immediate and Timeless**

We've always been in the business of giving our users the best way to find the information they need. Our innovative technology helps connect the people who come to us – curious minds, decision makers, buyers and sellers – with what they want.

**OUR ADVERTISING AND PERFORMANCE MARKETING**

**Effective and Measurable**

It's our mission to help our audience make the best decisions, which is important to our advertising relationships as well. Our audience comes to us for a specific purpose, so we leverage content and proprietary first-party data to capture user engagement, which translates to advertiser success. Learn more about *advertising opportunities* on U.S. News.

**OUR OPPORTUNITIES**

**Significant and Inclusive**

Talent is our most important asset. We are a growing company in search of top diverse talent at every level. Find job opportunities with U.S. News on our *employment site.*

# Our Platforms

**News**

**Education**

**Health**

**Money**

**Travel**

**Cars**

**360 Reviews**

Case 3:24-cv-00395-WHO   Document 25-6   Filed 02/28/24   Page 7 of 8

## RESOURCES

**ABOUT U.S. NEWS**
Learn more about our work and the team that makes it possible


**CONTACT US**
Have a question or comment? We would love to hear from you.


**JOBS**
U.S. News is hiring. Check out our current job listings.


**EDITORIAL CALENDAR**
See release dates for U.S. News' rankings, events and other offerings.


**LEADERSHIP**


**EDITORIAL GUIDELINES**
Learn more about the values of U.S. News' journalism.


**MEDIA KIT - ADVERTISING**
Looking to reach our audience? Learn more about advertising opportunities.


**DIVERSITY, EQUITY AND INCLUSION**
Our Belief in the Value of Diversity, Equity and Inclusion.


## PRESS                                                                                                               See All »

**PRESS ROOM**
### U.S. News Acquires Culture Trip Website
*Strategic investment expands the company's travel content services.*

Feb. 27, 2024

**PRESS ROOM**
### U.S. News Best Online Programs
*As distance learning rises, the rankings offer insight into top programs across the country.*

Feb. 7, 2024

**PRESS ROOM**
### U.S. News Reveals the 2024 Best Hotels

**PRESS ROOM**
### U.S. News 2024 Best Companies: Law Firms

*Acqualina Resort & Residences continues its reign as No. 1 Best Hotel in the USA.*

Feb. 6, 2024

The new report highlights top law firms for employees and job seekers.

Jan. 30, 2024

## Contact

**ADVERTISING**

**Linda Brancato**
VP, Advertising

129 W. 29th Street
11th Floor
New York, NY, 10001-5105

**MARKETING**

**mediakit@usnews.com**

129 W. 29th Street
11th Floor
New York, NY, 10001-5105

Copyright @ 2024 U.S. News & World Report LP. Terms & Conditions / Privacy Policy



About   Editorial Guidelines   Contact   Press   Advertise   Newsletters   Jobs   Site Map
Store

Copyright 2024 © U.S. News & World Report L.P.
Terms & Conditions/Privacy Policy/U.S. State Privacy Notice/Your Privacy Choices ☑✖