# EXHIBIT 6

  **HEALTH**                                    **Sign In**

Health  /  Best Hospitals  /  U.S. News Hospital Marketing…

# U.S. News Hospital Marketing Opportunities

**ON THIS PAGE**

Benchmark Your Peers with Hospital Data Insights     Purchase a Hospital Profile for Patients or Professionals

Become a Featured Hospital     Advertise in the Best Hospitals Guidebook     Display a Best Hospitals Badge

Display Advertising     Editorial/Data Questions

Enhance your hospital's reputation and visibility to health care consumers through U.S. News.

## BENCHMARK YOUR PEERS WITH HOSPITAL DATA INSIGHTS

Hospital Data Insights is a new analytics platform from U.S. News & World Report based on the data underpinning the Best Hospitals rankings. With instant access to over 10 million data points on 3,000 domestic hospitals, Hospital Data Insights empowers hospital executives with actionable, never-before-released content sets for enhanced strategic planning, marketing and resource allocation.

To learn more or schedule a demo, visit our website.

Or contact us directly at hospitaldatainsights@usnews.com or 202-955-2171.

## PURCHASE A HOSPITAL PROFILE FOR PATIENTS OR PROFESSIONALS

Tell consumers what makes your hospital unique in your own words. The page includes:

- Hospital Description
- Services and Special Capabilities
- Awards and Recognition
- 5 Hospital Links

Our hospital directory pages have an optional tab for hospitals to tell their own story. To see an example, click here for patients and here for professionals.

To learn more about this marketing opportunity with U.S. News & World Report, contact Colin Hamilton at chamilton@usnews.com.

## BECOME A FEATURED HOSPITAL

The Featured Hospitals program is designed to help your hospital attract patients whose medical needs match your expertise. Your hospital's name and logo will appear directly within our prestigious, heavily referenced Best Hospitals rankings in the specialty or specialties of your choice. To see an example, click here.

To learn more about this marketing opportunity with U.S. News & World Report, contact Colin Hamilton at chamilton@usnews.com.

## ADVERTISE IN THE BEST HOSPITALS GUIDEBOOK

Published every August, the annual Best Hospitals guidebook is the Gold Standard industry benchmark, reaching top health-care consumers and professionals. In addition to extensive coverage of U.S. News' exclusive hospital rankings, Best Hospitals provides lots of helpful consumer advice and explores the latest trends in health care. Print and digital editions of the guidebook are distributed via a wide

variety of stores and web sites, in doctors' waiting rooms, and to leading hospital executives.

To learn more about this unique advertising opportunity, contact Colin Hamilton at chamilton@usnews.com

## DISPLAY A BEST HOSPITALS BADGE

Is your hospital ranked by U.S. News? Proudly display a Best Hospitals badge (or Best Children's Hospitals badge) on your website, in your advertisements, or in your promotional materials. Contact BrandConnex at usnews@BrandConnex.com for more information about how to use badges and emblems.

## DISPLAY ADVERTISING

To learn more about this marketing opportunity with U.S. News & World Report, contact Colin Hamilton at chamilton@usnews.com.

Additional information, including current edit calendar, rates, specs and material due dates can be found at http://mediakit.usnews.com.

## EDITORIAL/DATA QUESTIONS

*Rankings*
For the Best Hospitals and Best Children's Hospitals Methodologies, click here.

*Details*
For questions and changes regarding hospital name, address, and other American Hospital Association-provided data on the "Details" tab, contact AHA at 312-893-6800 or ahadata@aha.org.

**HOSPITALS      DOCTORS      DENTISTS      SENIOR LIVING**

**NURSING HOMES      WELLNESS      DIETS**

**PRODUCT RANKINGS & REVIEWS      HEALTH INSURANCE**

**CONDITIONS**

---



About    Editorial Guidelines    Contact    Press    Advertise    Newsletters    Jobs    Site Map

Store

Copyright 2024 © U.S. News & World Report L.P.

Terms & Conditions/Privacy Policy/U.S. State Privacy Notice/Your Privacy Choices ☑️✖️