# EXHIBIT 7

Article

— AMERICAN COLLEGE OF —
Medical Quality

American Journal of Medical Quality
2017, Vol. 32(6) 632–637
© The Author(s) 2017
Reprints and permissions:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/1062860617691843
ajmq.sagepub.com
SAGE

# Reputation and the Best Hospital Rankings: What Does It Really Mean?

Santino Cua, BS[1], Susan Moffatt-Bruce, MD, PhD[1], and Susan White, PhD[1]

## Abstract

*U.S. News & World Report's* annual Best Hospital Rankings are determined by an index of quality based on objective and subjective measures. This study investigates relationships between *U.S. News* score and its individual subjective and objective components that ultimately determine the relative ranking of the top 50 hospitals in the 2015 Best Hospital Rankings for the study's selected specialties—cancer, cardiology, gastroenterology, neurology, and orthopedics. A 2-step linear regression model was employed; first, to control for objective components' influence on *U.S. News* score ($R^2 = 0.365$; $P < .001$), then, to isolate the subjective component of reputation's effect on *U.S. News* score ($R^2 = 0.565$; $P < .001$). The second model confirmed that reputation has a more significant influence on total *U.S. News* score than its objective counterparts. This indicates that a hospital's *U.S. News* score and relative ranking in the Best Hospital Rankings may be disproportionately influenced by its reputation.

## Keywords

best hospital rankings, reputation, *U.S. News & World Report*, quality rankings

The newsmagazine *U.S. News & World Report* has released annual rankings of America's best hospitals among varying specialties since 1990. The purpose of these rankings is to "identify the best medical centers for the most difficult patients"—that is, those patients whose care is complicated by preexisting conditions or complex procedures.[1] In order to be eligible, a hospital must be one of the following: a teaching hospital, in affiliation with a medical school, possess at least 200 patient beds, or contain at minimum of 100 beds and have 4 of the 8 advanced medical technologies considered necessary for the aforementioned patient population.[1] *U.S. News & World Report's* rankings combine 4 quality domains in their score algorithm: outcome, structure, process, and patient safety. The outcome domain is indicative of the patient's result of care, while structure details the resources—human and otherwise—available to treat patients, process measures the manner in which care is delivered, and patient safety signifies the likelihood of experiencing adverse events.[1] The majority of the measures that make up each domain are objective, such as patient volume, mortality rates, nursing intensity, advanced technologies present; the process domain relies entirely on a physician survey regarding the reputation of the hospital.[1] The Best Hospital Rankings employ these domains to determine hospital rankings across 12 of 16 individual clinical specialties, while the subsequent 4 specialty rankings are determined by reputation alone.

Although the *U.S. News & World Report* Best Hospital Rankings are one of the most prominent hospital quality rankings available, a number of other hospital quality rankings exist that drive health care decisions. In theory, there should be alignment among ranking systems' top-quality hospitals. However, a number of studies indicate the contrary on both local and national levels. Studies have found little agreement between multiple hospital ranking systems in identifying top hospitals in a given metropolitan or regional area.[2,3] Moreover, a study found that hospitals can rank as top hospitals in a certain specialty for one system while failing to be top performers in treating conditions specific to that specialty in another system.[4] Such dissimilarity among quality rankings can create a conflicting picture for the public's interpretation of performance, which can subsequently impact a hospital's patient volume and overall revenue.[5]

Given the marked discordance between quality ranking systems and the impact they can have on health care decision making, the Best Hospital Rankings have come under scrutiny in recent years. This is primarily related to the

[1]The Ohio State University Wexner Medical Center, Columbus, OH

**Corresponding Author:**
Santino Cua, BS, Department of Quality and Patient Safety, The Ohio State University Wexner Medical Center, 630 Ackerman Rd, Suite F2050, Columbus, OH 43202.
Email: Santino.Cua@osumc.edu

composition of the process domain. The process domain has been criticized for relying solely on reputational surveys, an implicitly subjective measure, and for its disproportionate impact on the relative rankings of the hospitals.[6,7] *U.S. News & World Report* has been responsive to these criticisms given recent key changes to the process domain and calculation of reputation score. Beginning in 2010, *U.S. News & World Report* implemented a log transformation of the reputation survey data in order to reduce the overall impact of the component on final ranking.[1] Then, 2 years later, scores were normalized after log transformation such that a hospital would receive only a percentage of possible points proportional to their reputation score if less than 100%. Last, in 2014, *U.S. News* lowered the process domain's weight from 32.5% to 27.5% of the total *U.S. News* score and changed the source for physician surveys from the American Medical Association's (AMA) Masterfile to the Doximity Masterfile.[1]

The process domain's weight of 27.5% can still enable a handful of prominent hospitals to outscore their less popular counterparts and thus provide the advantage of ranking higher on an annual basis.[6] The first attempt to quantify the impact of reputation on the *U.S. News & World Report* Best Hospital Rankings was by Sehgal in 2010.[7] Sehgal looked across 12 different specialties for correlation between the Top 50 Hospitals' reputation scores and their composite rankings. Rankings based solely on reputation had 89% agreement with *U.S. News & World Report's* top 20 hospitals, 91% for top 10, 97% for top 5, and 100% for the top hospital in each specialty.[7] Moreover, the study demonstrated the extreme variation in hospital reputation scores and the metric's disproportionate influence on the total *U.S. News* score relative to other component metrics.

The goal of this study is to continue investigating the role of reputation in determining the top 50 hospitals in the following 5 specialties: cancer, cardiology and heart surgery, gastroenterology and gastrointestinal (GI) surgery, neurology and neurosurgery, and orthopedics. The study builds on previous research and emphasizes that despite recent methodology changes, the *U.S. News & World Report* Best Hospital Rankings are still disproportionately influenced by reputation.

## Methods

### Hospital Rankings Data Sample

The 2015 Best Hospital Rankings were generated from a population of more than 4000 hospitals nationwide. Eligibility was predicated on a hospital's teaching status, bed count, participation in the American Hospital Association's Annual Survey of Hospitals, and number of Medicare inpatient discharges. In all, 1897 hospitals were eligible for the 2015 rankings and included in the publicly available report.[8]

The 2015 Best Hospital Rankings are based on a proprietary index of hospital quality, otherwise defined as the total *U.S. News* score. The index is composed of both objective and subjective components. The subjective reputation component is assessed based on survey responses from physicians in the AMA and Doximity Masterfiles.[1] The survey prompts physicians to identify 5 hospitals in their specialty that are the best at providing complex care to patients, irrespective of location and costs. Meanwhile, objective components gathered for each hospital from Medicare claims data include risk-adjusted mortality index and patient safety index. The mortality and patient safety indices are the sole components of the outcome and patient safety domains, accounting for 32.5% and 10% of the total *U.S. News* score, respectively. Additional objective components attained from the American Hospital Association annual survey include advanced technologies, key patient services, nursing intensity, intensivist staffing, and the presence of a trauma center.[9] For certain specialties, additional information is considered such as presence of designated centers for transplantation, Alzheimer's, and epilepsy.[1] These components are normalized and weighted to compose the structure domain that accounts for 30% of the total *U.S. News* score. The domains themselves are then weighted to calculate an index of hospital quality or the total *U.S. News* score. The scores are used to determine the Top 50 hospitals in each specialty and released publicly by *U.S. News & World Report*. A more detailed methodology report concerning all the data elements and calculations comprised within the Best Hospital Rankings is available.[1]

Data for this study were manually extracted from the 2015 *U.S. News & World Report Best Hospital Rankings* Top 50 Hospitals for the following specialties: cancer, cardiology and heart surgery, gastroenterology and GI surgery, neurology and neurosurgery, and orthopedics. Microsoft Excel software (Microsoft Corporation, Redmond, Washington) was employed for the creation of the study's database. The analysis was performed using IBM SPSS Statistics version 24 (IBM Corporation, Armonk, New York).

### Analysis Plan

The statistical analysis was broken down into 3 tiers to understand the role of reputation on total *U.S. News* score. First, descriptive statistics (mean, standard deviation, percentage, and coefficient of variation [CV]) were calculated to evaluate the distribution of the subjective and objective components that compose the *U.S. News* score across the top 50 ranked hospitals in each specialty.

Second, the associations between total *U.S. News* score and its individual components were examined across the

**Table 1.** Total *U.S. News* Score and Its Components for the Top 50 Hospitals by Specialty.

| Variable | Cancer | | Cardiology | | GI | | Neurology | | Orthopedic | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Mean | SD | Mean | SD | Mean | SD | Mean | SD |
| Total *U.S. News* score | 65.5 | 10.1 | 67.0 | 9.3 | 64.4 | 7.4 | 66.7 | 10.4 | 59.9 | 8.9 |
| Reputation score | 6.9 | 13.6 | 6.1 | 11.8 | 5.5 | 9.8 | 6.2 | 9.2 | 4.8 | 8.8 |
| Outcomes score | 9.3 | 0.8 | 9.0 | 0.9 | 8.4 | 1.2 | 7.0 | 1.1 | 8.8 | 0.9 |
| Patient safety score | 3.0 | 1.5 | 3.4 | 1.3 | 3.4 | 1.3 | 3.1 | 1.4 | 3.3 | 1.3 |
| Number of discharges | 2137 | 1165 | 7384 | 3754 | 4303 | 2278 | 3550 | 1596 | 3271 | 1759 |
| Nurse-to-patient ratio | 2.2 | 0.5 | 2.3 | 0.7 | 2.1 | 0.5 | 2.2 | 0.5 | 2.3 | 0.6 |
| Advanced technologies | 8.0 | 0.0 | 5.7 | 0.5 | 6.8 | 0.4 | 5.0 | 0.3 | 2.0 | 0.0 |
| Key patient services | 8.0 | 0.1 | 6.9 | 0.3 | 8.0 | 0.1 | 8.9 | 0.3 | 6.8 | 0.5 |
| | n | % | n | % | n | % | n | % | n | % |
| Nurse Magnet hospital | 40 | 0.8 | 44 | 0.88 | 45 | 0.9 | 42 | 0.84 | 46 | 0.92 |
| Trauma center | — | — | 40 | 0.8 | 40 | 0.8 | 41 | 0.82 | 40 | 0.8 |
| Intensivists | 50 | 1 | 50 | 1 | 50 | 1 | 50 | 1 | 49 | 0.98 |

Abbreviation: GI, gastrointestinal.

top 50 hospitals for each specialty. The formula used to calculate the total *U.S. News* score is released to the public but raw scores of the individual components are not released.[1] A linear regression model was employed to understand the relationship between total *U.S. News* score and the released version of the components. The linear regression model will be broken down into 2 stages. First, the model will be run with total *U.S. News* score as the dependent variable and the objective components of outcomes (or mortality) score, patient safety score, and structure score as the independent variables. The residuals of this first model are essentially the *U.S. News* score adjusted for the objective components. These adjusted values were modeled as the dependent variable in a second least squares regression model with reputation score as the independent variable. This 2-tier approach will isolate the effects of the objective and subjective components in determining the total *U.S. News* score, which ultimately decides the relative ranking of each hospital. The model will be assessed for the influence of outliers and, if necessary, rerun excluding these cases in order to isolate the effects of each component in determining the total *U.S. News* score.

Last, the residuals of each model will be tested to ensure the assumptions of least squares regression are met. All analyses were performed using Microsoft Excel software, version 15, and IBM's SPSS Statistics software, version 24. A *P* value of .05 was selected as a cutoff to determine if statistical results were significant.

### Results

Table 1 summarizes the descriptive statistics for the objective and subjective components of the *U.S. News* score for the top 50 hospitals in 2015 specialties (n = 250). Very few

**Table 2.** Variation in Total *U.S. News* Score Components for the Top 50 Hospitals.

| Component of Total *U.S. News* Score | Mean Coefficient of Variation (%) | Range |
|---|---|---|
| Reputation score | 180 | 150-196 |
| Number of discharges | 51 | 45-55 |
| Patient safety index | 42 | 38-49 |
| Nurse-to-patient ratio | 24 | 21-29 |
| Outcomes score | 12 | 9-16 |
| Advanced technologies | 4 | 0-9 |
| Key patient services | 4 | 2-7 |

hospitals had a sizable reputation score—73% of the top-ranked hospitals had a reputation score less than 5.0, while 14% were between 5.0 and 20.0, and only 7% had a reputation score greater than 20.0. Table 2 confirms the high degree of variability in reputation scores among top hospitals with a CV of 180 (CV = SD/mean × 100). Meanwhile, the rest of the ranking components' CVs ranged from 4 to 51, indicating much smaller degrees of variability. These findings confirm a highly variable distribution of reputation scores across top-ranked hospitals, introducing the possibility of disproportionate influence of reputation on total *U.S. News* score.

Figure 1 displays the total *U.S. News* score versus reputation score for top-ranked hospitals across the selected specialties. The graph indicates a positive correlation between total *U.S. News* score and reputation score with an $R^2$ value of 0.76. Thus, reputation explains up to 76% of the variance in total *U.S. News* score. In this figure, it is clear that there is a bimodal pattern in the reputation scores; therefore, scores greater than 20.0 were removed for the remainder of the analysis.



**Figure 1.** Total *U.S. News* score versus reputation for top-ranked hospitals across all specialties.

The first regression model, used to control for the objective measures, resulted in an $R^2$ of 0.385, and all 3 predictors were considered significant as presented in Table 3. The residuals of this regression model represent *U.S. News* scores that are adjusted for their objective components.

These residuals were then entered into a second regression model to compare adjusted *U.S. News* score against reputation score after removal of outliers (hospitals with a reputation score >20.0). Figure 2 displays this second regression model that results in an $R^2$ of 0.565. Both the intercept ($-3.0$, $t = -11.0$; $P < .001$) and the coefficient for reputation (0.92, $t = 17.2$; $P < .001$) were significant. A Durbin-Watson test was conducted on the residuals ($d = .949$) and confirmed they were approximately normal.

Figure 2 indicates that after controlling for objective component influence and removing outliers, there remains a significant influence of reputation score ($R^2 = 0.565$) on total *U.S. News* score. In theory, the slope of the trend line should be approximately equal to .275 or the weight of the process domain that is determined by reputation score. However, the trend line has a slope of 0.92 ($\pm 0.053$ SE) indicating that the subjective reputation score has a more significant influence on total *U.S. News* score.

## Discussion

The Best Hospital Rankings continually garner national attention from the general public, providers, hospital leaders, and hospital boards. Hospital leaders employ these rankings as a proxy measure of quality, for advertising purposes, and to potentially drive consumer decisions.[5,6,10] A previous study found that the Best Hospital Rankings could hold additional value for residency applicants as an indicator of clinical quality and, to some degree, educational quality.[11] This is because of the finding that the ranked hospitals consistently outperformed unranked hospitals in available data indices; however, the data lacked the sample size to conclude general statistically significant effects on clinical or educational quality.[11] Moreover, previous studies have found that admission to these top-ranked *U.S. News* hospitals may result in statistically significant lower mortality rates for acute myocardial infarctions, congestive heart failure patients, and some cardiovascular procedures.[12,13] Another study found that *U.S. News* top-ranked hospitals, as an aggregate, performed statistically better than their peers in evidence-based clinical performance; however, contrary results were found when evaluated individually against the population average.[14] These studies concerning the Best Hospital Rankings may be a starting point in determining top-quality hospitals but do not necessarily align with clinical evidence-based measures of quality care. Thus, it calls into question the appropriateness of the conclusions made by consumers, providers, and hospitals leaders based on these rankings.

The results of the present study indicate that the *U.S. News & World Report* Best Hospital Rankings are disproportionately influenced by the subjective reputation measure in determining the hospitals that deliver the best quality of care. Despite methodology changes in recent years to reduce the weight of the process domain—which is exclusively composed of reputation score—there remains a significant correlation between *U.S. News* score and reputation across the 5 specialties included in this study. This finding builds upon Sehgal's research in calling into question the validity of the *U.S. News & World Report* Best Hospital Rankings. However, Sehgal's research, in addition to those studies supporting it, is not without its flaws.

Ben Harder, an author at *U.S. News & World Report*, points out Sehgal's inability to find reputation as a significant factor in determining which hospitals rank in the top 50; rather, one can only determine reputation's impact on relative rankings.[15] Additionally, Harder claims that Sehgal's research has yet to be reproduced, and thus questions its validity.[15] Harder also alludes to the changes in methodology that the *U.S. News* Best Hospital Rankings have made since 2010 to improve calculations and lessen the impact of certain measures, such as reputation, meanwhile increasing the weight of such measures as patient safety.[1] However, the present study's findings suggest that such changes have failed to lessen reputation's impact, at least in the 2015 Best Hospital Rankings. Although time will tell the overall impact of the methodology changes and thus reputation's influence on overall rank, this study's findings are preliminary indications that

**Table 3.** Results of Regression to Adjust *U.S. News* Score for Objective Components.

| Model | Unstandardized Coefficients | | Standardized Coefficients | | |
|---|---|---|---|---|---|
| | B | Std. Error | Beta | t | Sig. |
| (Constant) | 10.625 | 4.68 | | 2.271 | .024 |
| Survival (out of 10) | 1.259 | 0.259 | 0.263 | 4.855 | .000 |
| Success in keeping patients safe (out of 5) | 1.592 | 0.244 | 0.348 | 6.522 | .000 |
| Structure | 1.741 | 0.159 | 0.602 | 10.966 | .000 |



**Figure 2.** Adjusted total *U.S. News* score versus reputation for top-ranked hospitals across all specialties.

the *U.S. News & World Report* Best Hospital Rankings continue to be influenced disproportionately by a subjective measure of hospital quality.

*U.S. News & World Report* is not the only ranking system whose validity in measuring of quality has come into question. In fact, multiple studies indicate that many ranking systems disagree when it comes to identifying top-quality hospitals, both regionally and nationally.[2,3,16] This is exemplified when one considers the *U.S. News & World Report* Best Hospital, Leapfrog, Consumer Reports, and Healthgrades ranking systems. On analysis of these systems, one can identify more than 800 "top 100" hospitals across the United States. A 2015 study was conducted to better understand the differences between these systems and found that only 10 out of 846 hospitals that ranked as a "high performer" in one ranking system were also ranked as a "high performer" in any of the other ranking systems.[16] Furthermore, the study found that no hospital was ranked as a high performer across all 4 ranking systems.[16] Although the results were largely attributed to differences in the ranking system methodologies, in the ranking system's focus, and in weighting attributed to the measures used to determine performance, the results must beg the question—How does one define "quality" in health care? And moreover, who should be trusted with the responsibility of defining it?

This study builds on previous studies and the growing body of research that suggests prominent hospital ranking systems may not be valid measurement tools for determining the highest quality or "best" hospitals in the nation. Yet these ranking systems continue to draw the attention of hospital leaders, providers, and consumers when making health care decisions. Furthermore, there is a great deal of variance between these ranking systems concerning which underlying data and measures they employ to determine the best hospitals. However, given the shift toward transparency in data and performance, providers must now answer to these ratings and consider them and the measures that underlie them when making medical decisions and providing care. Although this transparency is necessary, the manner in which it is being currently employed is inadequate.

Rather than emulate a popularity contest, these rating systems should ensure an objective and meaningful representation of the care delivered. In order for this to happen, providers must first accept this transparency; then, they must demand it be used to facilitate the best quality of care possible, as opposed to encouraging gaming or misaligned hospital initiatives.[17] This, in turn, will enable consumers to better understand the data and results of these ranking systems to empower them to make informed decisions about their care. The opportunity to limit the influence of these ranking systems has passed. Therefore, there must be a push to correct and improve the manner in which they are conducted that will lead to an objective, evidence-based measure of quality in health care.

## Conclusion

Despite recent methodology changes, the *U.S. News & World Report* Best Hospital Rankings are still largely influenced by reputation. Allowing such a subjective measure of care to influence the determination of

America's best hospitals can affect the provision of care, introduce gaming in health care, and lead to misinformed consumer decision making. There must be a shift in provider and consumer agendas to call into question the *U.S. News & World Report* and similar rating systems' methodologies in order to facilitate an objective measure of quality in health care. Until such issues have been addressed, the use of these rating systems and the data that underlie them to profile hospitals and providers, to determine hospital initiatives, or to influence consumer decisions may be inappropriate, and ultimately may compromise the advancement of health care toward quality.

### Declaration of Conflicting Interests

The authors declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

### Funding

The authors received no financial support for the research, authorship, and/or publication of this article.

### References

1. Olmsted MG, Geisen E, Murphy J, Bell D, Morley M, Stanley M. Methodology: U.S. News & World Report Best Hospitals 2015-16. http://www.usnews.com/pubfiles/BH2015-16MethodologyReport.pdf. Published July 15, 2015. Accessed November 9, 2015.
2. Rothberg MB, Morsi E, Benjamin EM, Pekow PS, Lindenauer PK. Choosing the best hospital: the limitations of public quality reporting. *Health Aff (Millwood)*. 2008;27:1680-1687.
3. Manian FA, Gillman M, Spitznagel EL. A comparison between rankings of top hospitals by the U.S. News & World Report and the Consumer Reports patient ratings: clarity or confusion for the empowered consumer? *J Consumer Health Internet*. 2012;16:162-169.
4. Halasyamani LK, Davis MM. Conflicting measures of hospital quality: ratings from "Hospital Compare" versus "Best Hospitals." *J Hosp Med*. 2007;2:128-134.
5. Pope DG. Reacting to rankings: evidence from "America's Best Hospitals." *J Health Econ*. 2009;28:1154-1165.
6. Green J, Wintfeld N, Krasner M, Wells C. In search of America's best hospitals. The promise and reality of quality assessment. *JAMA*. 1997;277:1152-1155.
7. Sehgal AR. The role of reputation in U.S. News & World Report's rankings of the top 50 American hospitals. *Ann Intern Med*. 2010;152:521-525.
8. U.S. News & World Report LP. Best Hospitals: national rankings. Hospital rankings by specialty. http://health.usnews.com/best-hospitals/rankings. Accessed December 11, 2015.
9. Health Forum, LLC. American Hospital Association's annual survey database. https://www.ahadataviewer.com/. Accessed January 12, 2017.
10. Larson RJ, Schwartz LM, Woloshin S, Welch HG. Advertising by academic medical centers. *Arch Intern Med*. 2005;165:645-651.
11. Philibert I. Can hospital rankings measure clinical and educational quality? *Acad Med*. 2009;84:177-184.
12. Chen J, Radford MJ, Wang Y, Marciniak TA, Krumholz HM. Do "America's Best Hospitals" perform better for acute myocardial infarction? *N Engl J Med*. 1999;340:286-292.
13. Osborne NH, Nicholas LH, Ghaferi AA, Upchurch GR Jr, Dimick JB. Do popular media and Internet-based hospital quality ratings identify hospitals with better cardiovascular surgery outcomes? *J Am Coll Surg*. 2010;210:87-92.
14. Williams SC, Koss RG, Morton DJ, Loeb JM. Performance of top-ranked heart care hospitals on evidence-based process measures. *Circulation*. 2006;114:558-564.
15. Harder B. Hospital rankings in "U.S. News." *Health Aff (Millwood)*. 2014;33:722.
16. Austin JM, Jha AK, Romano PS, et al. National hospital ratings systems share few common scores and may generate confusion instead of clarity. *Health Aff (Millwood)*. 2015;34:423-430.
17. Moffatt-Bruce SD, Nguyen MC, Fann JI, Westaby S. Our new reality of public reporting: shame rather than blame? *Ann Thorac Surg*. 2016;101:1255-1261.