# EXHIBIT 8

Opinion  Viewpoint

It is no surprise then that today in medicine, the feeling of yabba dabba doo, so movingly demonstrated by Fred Flintstone, is gone. We are instead left with surgeons who are burned out, have anxiety, and have depression. This is evidenced by a recent survey of more than 2000 retired surgeons where more than half expressed a desire to have done some things differently during their life and career. The most common element they would have changed was spending more time with family and taking better care of themselves.[6]

The solution to medicine's culture of overwork is not simple and will not happen overnight. A systemic, institutional effort to decrease the surgeon's clerical work must be implemented. Physician scribes, for example, have been shown to improve overall physician satisfaction, satisfaction with medical record quality and accuracy, and charting efficiency without affecting patient satisfaction.[7] Alternatively, scheduled time should be incorporated into work hours for surgeons to complete electronic health record documentation. Vacations should be encouraged and facilitated. Presently, there is no redundancy in surgery. When surgeons take vacation, they often make a choice between working extra when they return or continuing to work while on vacation. Policy should be implemented to provide appropriate cross-coverage for our colleagues to allow for true time off and to have scheduled days for mental or physical health appointments. On an interpersonal level, we must encourage both our colleagues and ourselves that it is okay to take a mental break and not, for instance, feel forced to reply to work emails on vacation or on weekends when one is off. Let's work collectively to bring back some *yabba dabba doo* to our lives.

**ARTICLE INFORMATION**

**Published Online:** November 2, 2022. doi:10.1001/jamasurg.2022.3953

**Conflict of Interest Disclosures:** None reported.

**REFERENCES**

1. Gifford E, Galante J, Kaji AH, et al. Factors associated with general surgery residents' desire to leave residency programs: a multi-institutional study. *JAMA Surg*. 2014;149(9):948-953. doi:10.1001/jamasurg.2014.935

2. Schenarts PJ, Anderson Schenarts KD, Rotondo MF. Myths and realities of the 80-hour work week. *Curr Surg*. 2006;63(4):269-274. doi:10.1016/j.cursur.2006.04.004

3. Whitaker M. The surgical personality: does it exist? *Ann R Coll Surg Engl*. 2018;100(1):72-77. doi:10.1308/rcsann.2017.0200

4. Johnson J, Al-Ghunaim TA, Biyani CS, Montgomery A, Morley R, O'Connor DB. Burnout in surgical trainees: a narrative review of trends, contributors, consequences and possible interventions. *Indian J Surg*. 2021;84(suppl 1):1-10. doi:10.1007/s12262-021-03047-y

5. Williford ML, Scarlet S, Meyers MO, et al. Multiple-institution comparison of resident and faculty perceptions of burnout and depression during surgical training. *JAMA Surg*. 2018;153(8):705-711. doi:10.1001/jamasurg.2018.0974

6. Stolarski A, Moseley JM, O'Neal P, Whang E, Kristo G. Retired surgeons' reflections on their careers. *JAMA Surg*. 2020;155(4):359-361. doi:10.1001/jamasurg.2019.5476

7. Gidwani R, Nguyen C, Kofoed A, et al. Impact of scribes on physician satisfaction, patient satisfaction, and charting efficiency: a randomized controlled trial. *Ann Fam Med*. 2017;15(5):427-433. doi:10.1370/afm.2122

---

**VIEWPOINT**

# Campaign Reform for US News and World Report Rankings

**Timothy J. Daskivich, MD, MSHPM**
Division of Urology, Department of Surgery, Cedars-Sinai Medical Center, Los Angeles, California.

**Bruce L. Gewertz, MD**
Department of Surgery, Cedars-Sinai Medical Center, Los Angeles, California.

**Corresponding Author:** Timothy J. Daskivich, MD, MSHPM, Division of Urology, Cedars-Sinai Medical Center, 8635 W Third St, Ste 1070W, Los Angeles, CA 90048 (timothy.daskivich@cshs.org).

**US hospitals have become** increasingly focused on US News and World Report (USNWR) rankings, which compare quality of complex care between hospitals by specialty, procedures and conditions, and overall.[1] In 2021-2022, 1880 hospitals were considered and 140 hospitals were ranked in the top 50 of 1 or more specialties. The perceived importance of these rankings is reflected in their prominence in hospital marketing operations. Of the top 20 USNWR honor roll hospitals, 100% advertise their USNWR rankings on their website; the majority of such notices (70%) reside on the primary landing page.

USNWR notes that their ranking methodology is rooted in the Donabedian model for quality of care, which conceptualizes quality around 3 pillars: structure (capital resources including staff, equipment, and environment), process (interactions between patients and the health care system including diagnosis, treatment, and the patient experience), and outcomes (the effects of health care on patients).[2]

The assessment of the process component of quality for USNWR rankings is primarily determined by board-certified physicians voting for the best hospitals.[3] Expert opinion accounts for 85% of the process measure and HCAHPS (Hospital Consumer Assessment of Healthcare Providers and Systems) survey provides the remaining 15%. This year's voting discounts the votes for a hospital where a physician is currently employed, placing more emphasis on votes from unaffiliated physicians.[4,5] Given this recalibration, it is not surprising that hospital marketing operations have gone to where the money is and devolved to campaigning for votes, driving an increasing barrage of email solicitations across the country to the physician electorate. These solicitations vary greatly in sophistication and credibility and, worse yet, call into question the objectivity of this part of the ranking process.

In addition to the spectacle of prestigious academic institutions trolling for votes, there are other concerns with using specialty voting to dominate the assessment of process:

1. Employed physicians and/or physician alumni of residency or fellowship programs have an obvious conflict of interest to vote for their own hospitals and to avoid voting for competitor hospitals in the same region, which undoubtedly skews results. Health care systems unabashedly ask board-certified physicians to vote for their own hospital. While this year's voting discounts these potentially self-interested votes, this modification does not fully address the

© 2022 American Medical Association. All rights reserved.

problem.[5] First, although hospitals may not overtly state it, there is clearly no benefit for a physician to vote for a competitor hospital in the same region. Since most votes for a given hospital come from a geographic area around the hospital, the reluctance to vote for a competitor effectively skews results as much as voting for one's own hospital. Second, despite being discounted, votes from employed physicians and those physicians who trained at that program and remained in practice in the area may still have an outsized influence on voting, especially in large urban areas that have exposure to more local board-certified physicians.

2. The opinion of specialist physicians on which hospitals are best is a poor proxy for the process component of quality and is more indicative of a hospital's reputation. What is considered best to specialists, especially on a national level, most likely represents the hospital's reputation, which is a composite of its media visibility, history, patient volume, and research leadership. Indeed, research suggests that reputation is the single best predictor of ranking. Sehgal[6] examined the correlation of a hospital's subjective reputation score with USNWR score and found that a subjective reputation score agreed with the USNWR top specialty rankings 97% for the top 5 hospitals, 91% for the top 10 hospitals, and 89% for the top 20 hospitals. It is telling that there was no association of reputation with objective quality measures.[6]

3. Finally, and most importantly, unaffiliated specialist physicians from outside the region have little direct experience with patient care at hospitals in which they have not practiced, which makes them poor judges of process of care.

USNWR rankings are the most widely recognized third-party assessment of quality of complex medical care. Considering how frequently these data are included in hospitals' marketing materials, these public rankings appear to have earned the tacit endorsement of the academic community. Unfortunately, while the rankings are rooted in a sound conceptual model for overall quality assessment, the measurement of the process component of quality is clearly flawed. Soliciting votes from specialist physicians is unwise not only due to the obvious conflicts of interest of voting physicians, but also due to the lack of insight that specialists have with the direct experience of care in distant hospitals. As a consequence of the latter, there is a high likelihood that specialists are conflating reputation with quality of care.

While USNWR rankings represent a unique bully pulpit that has considerable potential to benefit patient choice, this is only true if metrics are valid and focus on outcomes that matter. To improve confidence in such rankings, the weight of the expert opinion metric for assessment of process should be lowered further or, better yet, replaced by objective metrics of process that champion key priorities such as health equity (eg, racial disparities in care) and evidence-based care. The upcoming reports will include some measures of health equity that appear alongside the rankings but will not be included in scoring, which seems to be out of step with their relevance. Similarly, metrics for value of care will only be incorporated into rankings for 1 specialty. While USNWR promises to explore additional opportunities to incorporate measures of value, this seems an intentional oversight given the multitude of validated, specialty-specific measures of value in the Medicare data set, which USNWR already uses to assess outcome measures. Emphasizing value of care would also provide an opportunity to incorporate measures that are germane to surgical care since metrics currently used in rankings are mostly focused on medical care.

Finally, it is our opinion that sending blanket emails to physicians asking for votes is inappropriate, likely ineffective, and does not reflect the objectivity and equipoise typically valued in academic medicine. This practice should be discouraged.

**ARTICLE INFORMATION**

**Published Online:** November 16, 2022.
doi:10.1001/jamasurg.2022.4511

**Conflict of Interest Disclosures:** None reported.

**REFERENCES**

1. U.S. News Best Hospitals. Accessed March 24, 2022. https://health.usnews.com/best-hospitals

2. Donabedian A. Evaluating the quality of medical care. 1966. *Milbank Q.* 2005;83(4):691-729. doi:10.1111/j.1468-0009.2005.00397.x

3. Olmsted MG, Powell R, Murphy J, et al. Methodology: U.S. News & World Report 2021-22 best hospitals: specialty rankings. U.S. News and World Report. Published July 27, 2021. Accessed March 24, 2022. https://health.usnews.com/media/best-hospitals/BH_Methodology_2021-22

4. Harder B. Changes to the U.S. News Physician Survey. US News World Rep. Published October 20, 2021. Accessed March 24, 2022. https://health.usnews.com/health-news/blogs/second-opinion/articles/changes-to-physician-survey

5. Olmsted MG, Powell R, Murphy J, et al. Methodology: U.S. News & World Report 2022-23 best hospitals: specialty rankings. U.S. News and World Report. Published July 26, 2022. Accessed October 13, 2022. https://health.usnews.com/media/best-hospitals/BH_Methodology_2022-23

6. Sehgal AR. The role of reputation in U.S. News & World Report's rankings of the top 50 American hospitals. *Ann Intern Med.* 2010;152(8):521-525. doi:10.7326/0003-4819-152-8-201004200-00009

© 2022 American Medical Association. All rights reserved.