# EXHIBIT 9

Opinion



# Fatally Flawed—Making Sense of *US News & World Report* Mortality Scores

**Kaitlyn M. Frazier, MD**
Department of Otolaryngology–Head and Neck Surgery, Johns Hopkins University School of Medicine, Baltimore, Maryland.

**Christine G. Gourin, MD, MPH**
Department of Otolaryngology–Head and Neck Surgery, Johns Hopkins University School of Medicine, Baltimore, Maryland.

**C. Matthew Stewart, MD, PhD**
Department of Otolaryngology–Head and Neck Surgery, Johns Hopkins University School of Medicine, Baltimore, Maryland; and Armstrong Institute for Patient Safety and Quality, Johns Hopkins Medicine, Baltimore, Maryland.

**Corresponding Author:** C. Matthew Stewart, MD, PhD, Department of Otolaryngology–Head and Neck Surgery, Johns Hopkins University School of Medicine, Armstrong Institute for Patient Safety and Quality, Johns Hopkins Outpatient Center, 601 N Caroline St, 6th Floor, Baltimore, MD 21287 (cstewa16@jhmi.edu).

**The 31st annual** *US News & World Report* (*USNWR*) 2020-2021 Medical Specialties Ranking continues a trend in recent years of marked variability in the rankings of top hospitals for ear, nose, and throat care.[1] Since 2005, *USNWR* has published annual rankings of the top 50 hospitals overall and by specialty to "help consumers determine…which hospitals provide the best care."[2(p1)] There have been dramatic yearly fluctuations in the ranking positions in the past 5 years for the top 50 hospitals for the ear, nose, and throat specialty (and associated otolaryngology–head and neck surgery academic programs) that parallel changes in ranking methods (**Figure**, A). We believe that this variability in ranking reflects unreliable or imprecise methods rather than factual changes in program quality.

Hospitals are ranked by *USNWR* on outcome, process, and structure measures to create an overall score. The 3 largest measures are a calculated survival score (an outcome measure, 30% of total score), reputation from expert opinion surveys (a process measure, 27.5% of total score), and elements of the American Hospital Association Annual Survey (a structure measure, 30% of total score). When the yearly variation in the component scores of survival and reputation is plotted against the variation in hospital rank from 2015 to 2020, a 4-fold greater correlation coefficient is found for survival compared with reputation score (Figure, B). The survival score metric is associated with changes in source data and calculation methods. Significant recent changes include the 2017 transition from Medicare Provider Analysis and Review to Medicare Standard Analytical Files data, which limits volumes to traditional Medicare patients and excludes Centers for Medicare & Medicaid Services managed-care patients, 2018 and 2019 backward mapping of *International Classification of Diseases, Tenth Revision* (*ICD-10*) to *ICD-9* diagnostic codes followed by a complete transition to *ICD-10* in 2020, and 2019 recalculation of survival scores using a multilevel logistic regression of mortality risk with random effects modeling instead of previously used mortality observed/expected ratios. These changes in mortality calculation have resulted in wide variation in rankings for previously top-ranked programs from year to year.

There are limitations to the current methods that unintentionally bias the results. The random effects risk modeling used by *USNWR* for calculation of survival favors higher-volume programs, as their outcomes are presumed to be more reliable. In smaller fields such as otolaryngology, annual patient volume changes have a significant influence on ranking. The restriction of calculations to hospitalized inpatients aged 65 years and older with traditional Medicare (or estimated Medicare Advantage) results in a subset of patients that may not be representative of a hospital's total volume or mortality outcomes. First, hospitals caring for more Medicare patients are systematically favored: a better mortality score would be given to a hospital with a larger Medicare volume even if its mortality rate is equal to that of a hospital with a smaller Medicare volume (and the 2 hospitals may in reality treat the same total volume of patients).[2] Second, the calculation of that mortality rate is affected by inpatient hospitalization status. Each patient who occupies a hospital bed under an outpatient, extended recovery, or observation status is removed from both the numerator and denominator for mortality, excluding patients who are more likely to have fewer comorbidities and less likely to require intensive care. The net effect is dramatically changing mortality rates as more care is shifted to an outpatient or extended recovery setting when the incidence is in reality constant, with outcomes only reflecting the subset of higher-risk patients. The fraction of patients receiving care in the Department of Otolaryngology–Head and Neck Surgery at Johns Hopkins Hospital who met *USNWR* inclusion criteria for ranking last year was 11% of our surgical cases. Assessing mortality using only this nonrandom sampling of Medicare inpatients is analogous to attempting to consistently and accurately estimate the size of an iceberg by measuring only the visible tip.[3] Care, quality, and safety should reflect all "heads in beds," but this is not reflected in currently used *USNWR* ranking methods.

Another source of unintended bias is *USNWR* attribution of a mortality to a particular specialty service line based on Medicare Severity Diagnosis Related Groups (MS-DRG) group.[2] This often inaccurately attributes mortality to a service line that was never involved in a patient's care. For example, outcomes for ear, nose, and throat malignant neoplasms are assigned to both the oncology and the ear, nose, and throat specialty groups, even if the patient was treated surgically by otolaryngology and never seen by oncology, or vice versa. Death from sepsis for patients receiving care in any service line in the hospital is attributed to pulmonology and lung surgery, as all septicemia or severe sepsis MS-DRGs (with or without mechanical ventilation) are mapped to this *USNWR* specialty. A patient admitted to the medical intensive care unit post–cardiac arrest after an aspiration event and died had the *USNWR* mortality attributed to the ear, nose, and throat service line, because the inciting event of pharyngeal food impaction is assigned by *USNWR* as an ear, nose, and throat diagnosis. In our institution, only 60% of inpatients with primary admission diagnoses of the ear, nose, or throat body regions are admitted to the Otolaryngology–Head and Neck Surgery service line. The MS-DRGs were designed as a

© 2021 American Medical Association. All rights reserved.

Opinion  Viewpoint

**Figure.** *US News & World Report*'s Best Hospitals for Ear, Nose, and Throat Ranking Variability (Standard Deviation)



A Variability in overall hospital and program ranking



B Variability in survival and reputation scores vs overall program ranking

A, Overall hospital and program ranking position standard deviations for 2015 to 2020 for programs ranked in the top 50 in these years range from 1.5 to 14.6. B, Standard deviations of survival score and reputation score components vs overall program ranking standard deviation demonstrate correlation coefficients of 0.016 for survival score and 0.0038 for reputation score. Survival scores were linearly transformed to a 5-point scale for comparison between years. Reputation scores were logarithmically transformed for comparisons between programs. Mass Gen indicates Massachusetts General; MUSC, Medical University of South Carolina; NYP, NewYork-Presbyterian; OHSU, Oregon Health & Science University; UC, University of California; UCLA, University of California, Los Angeles; UCSF, University of California, San Francisco; UH, University Hospitals; UNC, University of North Carolina; UPenn, University of Pennsylvania; UPMC, University of Pittsburgh Medical Center; WashU, Washington University.

hierarchy of diseases, not of medical specialties or hospital departments, and their use does not always accurately reflect attribution. An effective instrument for guiding consumer health care decisions and assessing quality of care should reflect the team actually treating the patient.

There is a paucity of national data sources for use by ranking organizations, making it admittedly difficult to draw comparisons across hospitals. A 2019 study by Gambhir et al[4] used a representative clinical data set based on a consortium of academic hospitals to examine mortality and other outcomes in the *USNWR* specialty of gastroenterology and gastrointestinal surgery and found no differences in quality outcomes between *USNWR*-ranked and unranked hospital programs. There is a need for similar investigations that challenge the assumptions of the *USNWR* specialty rankings, prompt discussion of reliable and clinically relevant methods to measure quality, and encourage exploration of alternative data sources.

Measuring quality is a desirable goal; however, the tools used to report quality metrics should not attempt to be more precise than the data used to build the scores. Inaccurate assessments of quality of care and subsequent ranking fluctuations do not reflect true specialty-specific outcomes and may cause undue concern to patients and their families in vulnerable times of medical need and nuanced decision-making. While hospital-level mortality review is a critically important function, ranking fluctuations, due to artifact of a biased algorithm, distract from true measurements of quality or increases in mortality and consume hospital administrative resources. These rankings may have the unintended effect of promoting a system of coding gamesmanship to minimize falsely attributed negative outcomes and of penalizing hospitals that treat the sickest of the sick. We urge overhauling ranking methods in favor of meaningful performance classifications that accomplish the goals of guiding care decisions for patients and identifying areas of quality improvement for hospitals.

**ARTICLE INFORMATION**

**Published Online:** January 28, 2021. doi:10.1001/jamaoto.2020.5323

**Conflict of Interest Disclosures:** Dr Frazier reported receiving grants from the National Institutes of Health's National Institute on Deafness and Other Communication Disorders during the submitted work. No other disclosures were reported.

**Funding/Support:** Dr Frazier's research is supported by the National Institutes of Health (NIH NIDCD 2T32DC000027).

**Role of the Funder/Sponsor:** The National Institutes of Health had no role in the preparation, review, or approval of the manuscript and decision to submit the manuscript for publication.

**Disclaimer:** We do not have a contractual agreement with the *US News & World Report*. The views in this article are those of the authors and not the official perspective of The Johns Hopkins Hospital.

© 2021 American Medical Association. All rights reserved.

Viewpoint Opinion

**REFERENCES**

**1**. US News & World Report. Best hospitals for ear, nose & throat. Accessed July 28, 2020. https://health.usnews.com/best-hospitals/rankings/ear-nose-and-throat

**2**. Olmsted MG, Powell R, Murphy J, et al. Methodology: *US News & World Report* 2020-21 best hospitals: specialty rankings. Accessed December 17, 2020. https://health.usnews.com/media/best-hospitals/BH_Methodology_2020-21

**3**. US Coast Guard Navigation Center. How much of an iceberg is below the water. Accessed August 18, 2020. https://www.navcen.uscg.gov/?pageName=iipHowMuchOfAnIcebergIsBelowTheWater

**4**. Gambhir S, Daly S, Grigorian A, et al. Association of *US News & World Report* top ranking for gastroenterology and gastrointestinal operation with patient outcomes in abdominal procedures. *JAMA Surg*. 2019;154(9):861-866. doi:10.1001/jamasurg.2019.2327

© 2021 American Medical Association. All rights reserved.