# EXHIBIT 11

© 2023 by The Society of Thoracic Surgeons
Published by Elsevier Inc.

0003-4975/$36.00    533
https://doi.org/10.1016/j.athoracsur.2022.06.050

**Policy & Ethics: Research**

# Comparing Consumer-Directed Hospital Rankings With STS Adult Cardiac Surgery Database Outcomes



Oliver K. Jawitz, MD, MHS, Andrew M. Vekstein, MD, Rebecca Young, MS,
Sreekanth Vemulapalli, MD, Brittany A. Zwischenberger, MD, Dylan P. Thibault, MS,
Sean O'Brien, PhD, David M. Shahian, MD, Vinay Badhwar, MD, Vinod H. Thourani, MD,
Jeffrey P. Jacobs, MD, and Peter K. Smith, MD

Division of Thoracic and Cardiovascular Surgery, Department of Surgery, Duke University, Durham, North Carolina; Department of Medicine, Duke Clinical Research Institute, Duke University, Durham, North Carolina; Division of Cardiology, Department of Medicine, Duke University, Durham, North Carolina; Division of Cardiac Surgery, Department of Surgery, Massachusetts General Hospital, and Harvard Medical School, Boston, Massachusetts; Department of Cardiovascular and Thoracic Surgery, West Virginia University, Morgantown, West Virginia; Department of Cardiovascular Surgery, Piedmont Heart Institute, Atlanta, Georgia; and Division of Cardiac Surgery, Department of Surgery, University of Florida Health, Gainesville, Florida

**ABSTRACT**

**BACKGROUND** Public interest in stratifying hospital performance has led to the proliferation of commercial, consumer-oriented hospital rankings. In cardiac surgery, little is known about how these rankings correlate with clinical registry quality ratings.

**METHODS** The Society of Thoracic Surgeons (STS) Adult Cardiac Surgery Database was queried for isolated coronary artery bypass grafting or coronary artery bypass grafting/valve patients at hospitals among the top 100 *U.S. News & World Report* (USNWR) Cardiology & Heart Surgery rankings from 2016 to 2020. Hospitals were grouped into deciles by risk-adjusted observed/expected (O/E) ratios for morbidity and mortality using the STS 2018 risk models. Agreement between STS Adult Cardiac Surgery Database and USNWR ranked deciles was calculated by Bowker symmetry test. The association between each center's annual change in STS O/E ratio and change in USNWR ranking was modeled in repeated measures regression analysis.

**RESULTS** Inclusion criteria were met by 524 393 patients from 149 hospitals that ranked in USNWR top 100 at least once during the study period. There was no agreement between USNWR ranking and STS major morbidity and mortality O/E ratio ($P > .50$ for all years). Analysis of patients undergoing surgery at the 65 hospitals that were consistently ranked in the top 100 during the study period demonstrated no association between annual change in hospital ranking and change in O/E ratio ($P$ all $> .3$).

**CONCLUSIONS** There was no agreement between annual USNWR hospital ranking and corresponding risk-adjusted STS morbidity or mortality. Furthermore, annual changes in USNWR rankings could not be accounted for using clinical outcomes. These findings suggest that factors unrelated to key surgical outcomes may be driving consumer-directed rankings.

(Ann Thorac Surg 2023;115:533-41)
© 2023 by The Society of Thoracic Surgeons

Rising health care-associated costs and variability in outcomes have led the U.S. health care system to transition from a primarily volume-based payment system to one that emphasizes quality

The Supplemental Material can be viewed in the online version of this article [10.1016/j.athoracsur.2022.06.050] on http://www.annalsthoracicsurgery.org.

Accepted for publication Jun 27, 2022.

Presented at the Fifty-eighth Annual Meeting of The Society of Thoracic Surgeons, Virtual Meeting, Jan 29-30, 2022.

Address correspondence to Dr Jawitz, Department of Surgery, Duke University Medical Center, Box 3850, Durham, NC 27710; email: oliver.jawitz@duke.edu.

and value. Contemporaneously, there has been a proliferation of commercial, consumer-directed hospital rating systems focused on stratifying hospital performance. The most well known and widely publicized of these are the annual *U.S. News & World Report* (USNWR) hospital rankings, which rank hospitals in several different domains, including adult cardiology and heart surgery, based on structure, process (reputation surveys), and outcomes (Medicare).[1]

The results of these annual ratings and rankings are important not only to patients but also to a range of stakeholders including physicians, hospital administrators, policymakers, and insurers. Prior reports have suggested that USNWR hospital rankings directly influence hospital decisions made by patients each year, with substantial implications for hospital revenue.[2] Hospitals frequently publicize their USNWR ranking in an effort to attract additional patients.[3] These rankings are also a subject of great interest to hospital leadership and governing boards, influencing their assessment of departmental performance and leadership and often leading to significant investment of resources to improve their rankings.[4]

The assessment of surgical quality is often characterized by the Donabedian paradigm of structural, process, and outcome domains, with the last considered to be the "gold standard," especially for common and relatively high risk procedures such as coronary artery bypass grafting (CABG).[5,6] As noted by Avedis Donabedian in his classic 1966 treatise on quality measurement: "Outcomes, by and large, remain the ultimate validators of the effectiveness and quality of medical care."[5]

Given the significant implications of the annual USNWR hospital rankings, efforts to independently validate these rankings using all-payer, clinically risk-adjusted mortality and morbidity outcomes are essential. We aimed to compare the USNWR Cardiology & Heart Surgery rankings with contemporaneous risk-adjusted morbidity and mortality data from The Society of Thoracic Surgeons (STS) National Database, which contains validated and externally audited clinical outcomes from >95% of cardiac surgical procedures in North America.[7] Notably, the methodology for all STS performance measures is published in the peer-reviewed literature, and all STS performance measures are endorsed by the National Quality Forum (NQF), the most stringent external endorsement process for health care measures. STS has more NQF-endorsed measures (34) than any other professional society, attesting to its commitment to the scientific validity of its quality measures.

## MATERIAL AND METHODS

**DATA SOURCES.** Two data sources were used for this analysis: USNWR Cardiology & Heart Surgery rankings from 2016 to 2020; and the STS Adult Cardiac Surgery Database (ACSD) from 2012 to 2018 with permission from the STS Access & Publications Task Force. Institutional STS participant identifiers were matched with USNWR rankings using hospital National Provider Identifier numbers. The institutional review board of Duke University approved this study with need for patient consent waived before data analysis.

**STUDY COHORTS.** The annual top 100 ranked hospitals from the USNWR Cardiology & Heart Surgery rankings were extracted for the 5-year period from 2016 to 2020. Hospitals ranked in the top 100 at any point in the study period were included in the analysis. Per published USNWR methodology, annual rankings are derived partially using Medicare outcomes data (37.5%) for hundreds of medical cardiology and surgical diagnoses as well as 30% structure (eg, advanced technologies, intensive care unit staffing, volume, Magnet designation, nurse staffing, trauma accreditation), 24.5% process/expert opinion (Doximity survey), 5% patient experience, and 3% public transparency from a 3-year period ending 2 years before the published ranking (see the Supplemental Table for a list of included Diagnosis Related Groups).[1] The STS ACSD was queried for patients undergoing 2 of the most common adult cardiac surgery operations, CABG or CABG/valve procedures, at these top 100 hospitals each year from 2012 to 2018. All comparisons were then aligned with the years of outcomes that contributed to the USNWR ranking (Figure 1). For example, the USNWR 2020-2021 ranking was aligned with STS outcomes data from 2016, 2017, and 2018. The study population was stratified into 3 cohorts (Figure 2) for subsequent analyses per standard ACSD definitions. These included patients who



**FIGURE 1** Matching of *U.S. News & World Report* (USNWR) rankings with The Society of Thoracic Surgeons (STS) outcome data. USNWR rankings were matched with STS data from the 3-year period ending 2 years before the published rankings.

underwent isolated CABG (population 1), isolated CABG or CABG/valve procedures (population 2), and Medicare-eligible patients (≥65 years old) who underwent isolated CABG or CABG/valve procedures (population 3).[8]

**OUTCOMES AND STATISTICAL ANALYSIS.** USNWR rankings were compared with the STS ACSD for 2 sets of outcomes: (1) composite operative mortality and major morbidity and (2) operative mortality alone. Operative mortality was defined as any death during the index hospitalization or within 30 days of surgery regardless of location. In alignment with the standard STS quality metric,[9] major morbidity was defined as any of the following: permanent stroke, acute renal failure requiring dialysis or resulting in increase in creatinine concentration to twice baseline or >2.0 mg/dL, prolonged ventilation longer than 24 hours, deep sternal wound infection, or reoperation.

Hospitals were rated on the basis of observed/expected (O/E) ratios adjusted for predetermined, clinically significant, patient-level covariates from the 2018 STS risk models, which are the basis of performance measures endorsed by the NQF.[10] To prevent identification and comparison of individual institutions, both USNWR ranking and STS outcome ratings were divided into deciles. In the event of a tie in O/E ratio or USNWR ranking, hospitals were assigned to the better scoring decile. All authors and members of the analytic team were blinded to individual institutional outcomes except for the study statistician.

Descriptive analysis was performed, examining patient and hospital characteristics, with continuous variables presented as mean and standard deviation or median (interquartile range [IQR]), depending on normality of distribution, and categorical variables presented as counts and frequencies. For the first aim of the study, the concordance between USNWR ranking decile and STS O/E outcomes decile was compared visually with cross concordance tables, then tested with Bowker symmetry test. This process was repeated for each year of USNWR rankings in the study period and for the 2 different outcomes of interest. For the second aim of the study, the change in annual USNWR ranking decile was compared with the change in STS O/E ratio outcomes decile using a repeated measures logistic regression analysis, in which the outcome was the change in USNWR ranking decile and the independent variables were the year of USNWR ranking and the change in STS O/E outcomes decile from the previous to the following year. A random effect was used to account for repeated measures within each hospital. For each statistical analysis, a $P$ value of <.05 was considered statistically significant. All statistical analysis was performed in SAS version 9.4 (SAS Institute).



**FIGURE 2** Derivation of study populations. (CABG, coronary artery bypass grafting; USNWR, *U.S. News & World Report*.)

## RESULTS

**PATIENT AND INSTITUTIONAL CHARACTERISTICS.** Baseline patient and operative characteristics in each population are presented in Tables 1 and 2, respectively. Mean age was 65.2 ± 10.2 years in the isolated CABG population, 66.2 ± 10.3 years in the CABG or CABG/valve population, and 73.2 ± 5.9 years in the CABG or CABG/valve Medicare-eligible population. Most operations were performed urgently (53%-58%) and used cardiopulmonary bypass (85%-88%) rather than "off-pump" techniques. The hospital characteristics for 149 institutions ranked in the top 100 in the USNWR at any point from 2016 to 2020 are presented in Table 3, with a median hospital bed number of 710 (IQR, 546-971). At these institutions, median annualized volume was 226 (IQR, 130-342) for isolated CABG procedures, 276 (150-415) for CABG or CABG/valve procedures, and 154 (IQR, 85-238) for CABG or CABG/valve procedures in the Medicare population.

**YEARLY USNWR RANKING VS STS RATINGS.** The comparison of USNWR ranking decile to STS O/E for composite morbidity and mortality among isolated CABG patients in 2020 is presented in Figure 3. There was no concordance between USNWR ranking decile and STS O/E decile across all the years of the study period and in all 3 study populations by Bowker symmetry test ($P$ value ranging from .51 to 1.0; Supplemental Figure 1). In repeating the analysis in all 3 study populations for STS O/E for the outcome of operative mortality alone, findings were similar with no concordance across all years in the study period ($P$ value ranging from .53 to .99).

**TABLE 1  Characteristics of the Patients Stratified by Study Population**

| Variable | Population 1 Isolated CABG (n = 441 590) | Population 2 CABG or CABG/Valve (n = 524 393) | Population 3 CABG or CABG/Valve, Age ≥65 Years (n = 305 804) |
|---|---|---|---|
| **Characteristics and risk factors** | | | |
| Age, y | 65.2 ± 10.2 | 66.2 ± 10.3 | 73.2 ± 5.9 |
| Female sex | 106 871 (24.2) | 130 628 (24.9) | 83 007 (27.1) |
| BMI, kg/m$^2$ | 30.0 ± 10.1 | 29.9 ± 10.2 | 29.2 ± 8.9 |
| Hypertension | 391 103 (88.6) | 464 015 (88.5) | 276 664 (90.5) |
| Diabetes | 213 843 (48.4) | 247 978 (47.3) | 140 469 (45.9) |
| Chronic lung disease (moderate-severe) | 35 986 (8.1) | 44 561 (8.5) | 27 848 (9.1) |
| ESRD on dialysis | 14 720 (3.3) | 17 548 (3.4) | 8116 (2.7) |
| Prior CVA | 33 631 (7.6) | 40 834 (7.8) | 26 447 (8.7) |
| Peripheral artery disease | 62 115 (14.1) | 74 470 (14.2) | 49 644 (16.2) |
| Ever smoker | 180 702 (40.9) | 212 342 (40.5) | 122 081 (39.9) |
| Heart failure (NYHA III-IV) | 45 949 (10.4) | 69 002 (13.2) | 43 698 (14.3) |
| Prior PCI | 132 091 (29.9) | 151 800 (29.0) | 117 079 (18.1) |
| **Hemodynamics** | | | |
| Ejection fraction, % | 53 ± 14 | 52 ± 13 | 53 ± 13 |
| Aortic stenosis (any) | 13 571 (3.1) | 65 057 (12.4) | 53 337 (17.4) |
| Aortic insufficiency (moderate-severe) | 6534 (1.5) | 21 591 (4.1) | 16 249 (5.3) |
| Mitral stenosis (any) | 2297 (0.5) | 6803 (1.3) | 5028 (1.6) |
| Mitral regurgitation (moderate-severe) | 29 385 (6.7) | 61 624 (11.8) | 42 471 (13.9) |
| Tricuspid regurgitation (moderate-severe) | 13 697 (3.1) | 24 481 (4.7) | 18 112 (5.9) |

Categorical variables are presented as number (percentage). Continuous variables are presented as mean ± standard deviation. BMI, body mass index; CVA, cerebrovascular accident; ESRD, end-stage renal disease; NYHA, New York Heart Association; PCI, percutaneous coronary intervention.

**CHANGE IN USNWR RANKINGS VS STS RATINGS.** Next, the change in USNWR ranking decile was compared with the change in STS rating decile for corresponding years. Changes in USNWR decile and STS decile were highly discordant, with multiple institutions improving in USNWR decile and worsening in STS O/E decile, or vice versa (Figure 4). There was no statistical association between the change in USNWR ranking decile and STS O/E composite mortality and major morbidity decile for the isolated CABG population (P = .42), CABG or CABG/valve population (P = .47), or CABG or CABG/valve population ≥65 years old (P = .37). In repeating the analysis for the STS O/E operative mortality outcome alone (Supplemental Figure 2), there was similarly no statistical association between change in USNWR decile and change in STS decile (P = .78, P = .82, and P = .82 in each population, respectively).

## COMMENT

This study has several important findings. We performed a statistical comparison of perhaps the most influential and widely used commercial ranking system for cardiology and heart surgery with risk-adjusted outcomes from the STS National Database, which collects clinical data from 97% of all US cardiac surgery programs.[7] Using several different types of comparisons, no correlation between STS Database-derived, risk-adjusted outcomes and USNWR rankings could be identified.

These findings are not surprising, as detailed in a recent commentary by Shahian.[11] USNWR rankings are based on hundreds of medical and surgical diagnoses, most of which are unrelated to the most common cardiac surgical procedures. USNWR patient populations are generally limited to Medicare 65+ beneficiaries, and risk adjustment is largely claims based and generic (Elixhauser) rather than cardiac

**TABLE 2  Operative Characteristics Stratified by Study Population**

| Variable | Population 1 Isolated CABG (n = 441 590) | Population 2 CABG or CABG/Valve (n = 524 393) | Population 3 CABG or CABG/Valve, Age ≥65 Years (n = 305 804) |
|---|---|---|---|
| **Operative status** | | | |
| Elective | 168 410 (38.1) | 218 285 (41.6) | 133 460 (43.6) |
| Urgent | 255 037 (57.8) | 286 509 (54.6) | 161 687 (52.9) |
| Emergent/salvage | 17 885 (4.1) | 19 270 (3.7) | 10 470 (3.3) |
| Unknown | 258 (0.1) | 329 (0.1) | 187 (0.1) |
| Cardiopulmonary bypass used | 376 986 (85.4) | 458 856 (87.5) | 268 397 (87.8) |
| Aortic valve procedure | 60 (<0.01)[a] | 55 348 (10.6) | 44 985 (14.7) |
| Mitral valve procedure | 29 (<0.01)[a] | 27 573 (5.3) | 18 313 (6.0) |
| Tricuspid valve procedure | 2 (<0.01)[a] | 2280 (0.4) | 1653 (0.5) |

[a]Unplanned procedures. Values are reported as number (percentage).

Case 3:24-cv-00395-WHO   Document 25-12   Filed 02/28/24   Page 6 of 9

Ann Thorac Surg  
2023;115:533-41

JAWITZ ET AL  
COMPARING HOSPITAL RANKINGS WITH STS DATA

537

specific and uses idiosyncratic 75% CIs for outlier determination. Nearly one-quarter of the overall USNWR score is based on a Doximity survey with an aggregate response rate of 12.3%. Contrast these methodologic features with those of the STS measures, which are based on all payers and all patient demographics, are focused solely on common cardiac surgical procedures, are limited to the most important outcomes (and in the case of CABG, to 2 NQF-endorsed process measures), and use sophisticated risk models based on dozens of clinical risk factors.

Commercial hospital rankings, including those published annually by the USNWR, have substantial implications for patients, physicians, hospital systems, and payers. Notably, publicly available rankings affect thousands of hospital decisions made by patients annually and subsequently the health care revenue associated with these decisions.[2] They are also scrutinized by hospital leadership and boards and are used in their assessments of the performance of cardiology and cardiac surgery departments and divisions.

Despite the significant impact of the USNWR hospital rankings on the health care marketplace, it is unclear to what extent the rankings actually help consumers identify hospitals that deliver high-quality care.[4] Future studies are necessary to characterize the impact of consumer-directed hospital rankings specifically on cardiac surgery, especially because the factors that influence cardiology referral patterns remain unclear.[12]

In this study, we compared the annual top 100 Cardiology & Heart Surgery hospitals from the 2016 to 2020 USNWR with contemporaneous risk-adjusted morbidity and mortality data from the STS ACSD. We identified minimal overlap between USNWR top 100 rankings and hospitals from the STS ACSD grouped into deciles based on O/E ratios for morbidity and mortality and for mortality alone. Examination of 3 different populations of patients (isolated CABG, CABG ± valve, and Medicare CABG ± valve procedures) individually during 5 different years did not yield a single instance of significant agreement.

Multiple prior analyses of other clinical and administrative databases have also failed to identify significant agreement with the USNWR with respect to morbidity and mortality outcomes. In a study comparing 2017 USNWR gastroenterology and gastrointestinal surgical procedure rankings with a large administrative database of abdominal operations, Gambhir and colleagues[13] found no difference in in-hospital mortality or major morbidity of procedures at top-ranked or nonranked hospitals. Procedures performed at top-ranked hospitals were also associated with higher costs and longer lengths of stay. USNWR hospital rankings have also been shown to poorly align with morbidity and mortality data after multiple operations for abdominal, thoracic, and genitourinary cancers as well as with recipient survival after kidney and liver transplantation.[14-16] A 2009 study comparing USNWR hospital rankings with mortality rates after heart failure hospitalizations using Medicare data found that top 50 ranked hospitals had a lower

| TABLE 3  CMS Hospital Census Characteristics and Operative Volume for 149 Institutions Ranked in the Top 100 in USNWR From 2016 to 2020 | |
|---|---|
| Variable | Overall (149 Institutions) |
| Geographic region | |
| East Central | 4 (2.7) |
| Great Lakes | 29 (19.5) |
| Mid Atlantic | 27 (18.1) |
| Mountain | 4 (2.7) |
| New England | 11 (7.4) |
| Pacific | 19 (12.8) |
| Plains | 12 (8.1) |
| South Atlantic | 29 (19.5) |
| West Central | 9 (6.0) |
| No. of hospital beds | 710 (546-971) |
| Annualized volume: isolated CABG | 226 (130-342) |
| Annualized volume: CABG or CABG/valve | 276 (150-415) |
| Annualized volume: CABG or CABG/valve in Medicare patients | 154 (85-238) |

Categorical variables are presented as number (percentage). Continuous variables are presented as median (25th-75th percentile). CABG, coronary artery bypass graft; CMS, Centers for Medicare and Medicaid Services; USNWR, *U.S. News & World Report*.



FIGURE 3  Example concordance map between 2020 *U.S. News & World Report* (USNWR) rankings and corresponding Society of Thoracic Surgeons (STS) composite morbidity and mortality observed/expected (O/E) ratios for isolated coronary artery bypass grafting. Dot size represents the number of institutions in the associated USNWR decile (rows) and STS O/E decile (columns). The diagonal blue line represents the number of institutions with perfect concordance between the USNWR ranking decile and STS O/E decile. Increasing decile represents improved outcomes/ranking. *P* value (Bowker symmetry test) = .84.



**FIGURE 4** Graphical representation of agreement between annual change in *U.S. News & World Report* (USNWR) decile and Society of Thoracic Surgeons (STS) composite morbidity and mortality decile for (A) isolated coronary artery bypass grafting (CABG), (B) CABG/valve, and (C) CABG/valve in patients ≥65 years old. The diagonal line represents perfect agreement (parallel increase/decrease in USNWR and STS decile). The size of the circle represents number of hospitals, and the color of the circle represents degree of agreement or lack thereof. There was no statistical association between the change in USNWR ranking decile and STS observed/expected composite morbidity and mortality decile for the isolated CABG population ($P = .42$), CABG or CABG/valve population ($P = .47$), or CABG or CABG/valve population ≥65 years old ($P = .37$).

mortality rate in general, although there was a high degree of overlap and readmission rates were similar.[17] These findings suggest that other factors besides clinical outcomes may be driving these commercial rankings, a hypothesis also supported by this study, which examined the more granular numeric USNWR annual rankings.

In addition to examining the annual static agreement between USNWR rankings and STS ACSD morbidity and mortality data, we also assessed for the first time the association between annual change in USNWR top 100 hospital ranking and corresponding change in STS ACSD morbidity and mortality O/E ratio using a repeated measures regression analysis. This analysis did not demonstrate any significant association between change in USNWR ranking and change in STS O/E ratio. Interestingly, only 65 hospitals consistently ranked in the USNWR top 100 during the 5-year study period, and there was a substantially greater amount of variability in USNWR hospital ranking each year compared with variability seen in clinical outcomes. Furthermore, when changes in STS ACSD clinical outcomes for a particular hospital were observed, they were often associated with USNWR hospital ranking changes in the opposite direction. Given that fluctuations in annual rankings are less likely to be a result of changes in patient outcomes and the fact that patient outcomes are reportedly the most heavily weighted component of the USNWR ranking (37.5%, compared with 30% structure, 24.5% process/expert opinion, 5% patient experience, and 3% public transparency),[1] it is unclear what exactly is driving this annual hospital ranking volatility in the USNWR. Findings from a 2017 analysis of USNWR specialty rankings suggested that hospital reputation based on "expert opinion" collected by annual survey data may have a disproportionate influence on rankings.[18] Although we have no specific data to support this hypothesis, it is conceivable that this subjective reputation data may be one significant driver of this annual volatility in hospital ranking.

Of note, the USNWR hospital ranking methodology is updated annually, and there were several changes implemented during the 2016 to 2020 study period that may account for some of this variance. A 2016 analysis in *The Joint Commission Journal on Quality and Patient Safety* identified multiple discrepancies with USNWR findings for Patient Safety Indicators, which were subsequently eliminated from the USNWR ranking methodology.[19] Other modifications include changes to how nurse staffing is scored, the influence of patient socioeconomic status and patient transfers, and the addition of a patient experience score, among others.[1]

Ann Thorac Surg                                                                                                                                                        JAWITZ ET AL         539
2023;115:533-41                                                                                                                                 COMPARING HOSPITAL RANKINGS WITH STS DATA

USNWR Cardiology & Heart Surgery rankings provide expansive perspectives on quality for hundreds of cardiology and heart surgery diagnoses compared with STS measures, which are by design focused primarily on the clinical risk-adjusted mortality and complications for patients, payers, regulators, and other stakeholders. We do acknowledge, however, that whereas this study highlights discordance between USNWR rankings and STS risk-adjusted outcomes, the 2 measures may complement each other, as long as it is clear to end users what they are actually measuring.

**LIMITATIONS.** Several important limitations associated with this analysis are worth mentioning in addition to those already discussed. First, clinical and administrative data sets are subject to reporting errors including the misreporting of comorbidities and surgical outcomes, which may have influenced our findings. Importantly, however, the STS registry is subject to a 10% audit, annually, to partially mitigate this risk. Second, as already discussed, clinical outcomes are only 1 component of the derivation of USNWR rankings. Prior analyses have compared USNWR hospital rankings with those by other consumer-directed rating systems, including *Consumer Reports*, Leapfrog, and Healthgrades, and have found relatively little overlap between lists of high- and low-performing hospitals.[20,21] Whereas these differences can probably be attributed in large part to differences in aims and methodologies between rating systems, such nuances are likely unclear to the average consumer. For example, STS ratings are designed to facilitate quality improvement, whereas USNWR rankings are designed primarily to stratify hospitals and emphasize differentiation for the consumer. Thus, the findings presented here must be interpreted with the acknowledgment that a comparison between USNWR rankings and risk-adjusted data from the STS Registry is complex and imperfect. Ultimately, however, although less tangible aspects of health care delivery including patient-centered care are certainly important considerations in choosing a provider,[22] it can be argued that outcomes are the fundamental validator of quality, and these data suggest that USNWR rankings are a poor discriminator of surgical outcomes.

**CONCLUSION.** In this comparison of 5 years of Cardiology & Heart Surgery rankings from the USNWR with data from the STS ACSD, we have demonstrated minimal agreement between annual USNWR hospital rankings and corresponding risk-adjusted STS morbidity and mortality. Furthermore, annual changes in USNWR rankings could not be accounted for using clinical outcomes, suggesting that factors other than surgical outcomes are important drivers of USNWR hospital rankings. We found significant discordance between USNWR rankings and STS registry-based, all age- and all payer-derived, clinical risk-adjusted mortality and morbidity, which is often considered the most important mechanism by which to evaluate surgical quality.[6] Future commercial hospital ranking systems such as USNWR may enhance their benefit to consumers by focusing on short- and long-term morbidity and mortality outcomes for a limited number of the more common diagnoses and procedures with adequate sample sizes, using standard statistical outlier criteria that have less chance of false outlier identification than their current 75% CI, assessing multiple clinical outcomes, deemphasizing expert opinion and reputation scores, and increasing methodologic transparency to further facilitate external validation. Refocusing on outcomes would also help to align hospital-led, evidence-based initiatives to improve rankings with approaches that improve patient care and outcomes.

**FUNDING SOURCES**

The Society of Thoracic Surgeons National Database provided the data for this research and the analysis was funded by the STS Access and Publications Research Program. Dr. Vekstein was supported by National Institutes of Health grant 5T32HL069749.

**DISCLOSURES**

Dr Thourani is an advisor and has done research for Artivion, Atricure, Boston Scientific, Edwards Lifesciences, Shockwave, and Abbott Vascular; Dr Vemulapalli has grants/contracts with American College of Cardiology, Society of Thoracic Surgeons, National Institutes of Health (R01 and SBIR), Cytokinetics, Abbott Vascular, Boston Scientific, Food and Drug Administration (NEST cc); and has done consulting/advising for Edwards Lifesciences, Medtronic, and the American College of Physicians. Authors holding leadership positions within The Society of Thoracic Surgeons: David M. Shahian, Chair, Workforce on Quality and Quality Measurement Task Force; Vinod H. Thourani, STS Board of Directors Treasurer, Member of the Executive and Finance Committees; Vinay Badhwar, Chair, Council on Quality, Research and Patient Safety.

**REFERENCES**

1. U.S. News & World Report. FAQ: how and why we rank and rate hospitals. Accessed December 1, 2021. https://health.usnews.com/health-care/best-hospitals/articles/faq-how-and-why-we-rank-and-rate-hospitals

2. Pope DG. Reacting to rankings: evidence from "America's Best Hospitals. *J Health Econ*. 2009;28:1154-1165.

3. Larson RJ, Schwartz LM, Woloshin S, Welch HG. Advertising by academic medical centers. *Arch Intern Med*. 2005;165:645-651.

4. Bae JA, Curtis LH, Hernandez AF. National hospital quality rankings: improving the value of information in hospital rating systems. *JAMA*. 2020;324:839-840.

5. Donabedian A. Evaluating the quality of medical care. *Milbank Mem Fund Q*. 1966;44(suppl):166-206.

6. Birkmeyer JD, Dimick JB, Birkmeyer NJ. Measuring the quality of surgical care: structure, process, or outcomes? *J Am Coll Surg*. 2004;198:626-632.

7. Jacobs JP, Shahian DM, Grau-Sepulveda M, et al. Current penetration, completeness, and representativeness of The Society of Thoracic Surgeons Adult Cardiac Surgery Database. *Ann Thorac Surg*. 2022;113:1461-1468.

8. The Society of Thoracic Surgeons. Adult Cardiac Surgery Database Data Collection. Accessed December 1, 2021. https://www.sts.org/registries/sts-national-database/adult-cardiac-surgery-database

9. Shahian DM, Jacobs JP, Badhwar V, et al. The Society of Thoracic Surgeons 2018 adult cardiac surgery risk models: part 1—background, design considerations, and model development. *Ann Thorac Surg*. 2018;105:1411-1418.

10. O'Brien SM, Feng L, He X, et al. The Society of Thoracic Surgeons 2018 adult cardiac surgery risk models: part 2—statistical methods and results. *Ann Thorac Surg*. 2018;105:1419-1428.

11. Shahian DM. Measuring and reporting cardiac surgery quality: a continuing evolution. *J Thorac Cardiovasc Surg*. Published online March 14, 2022. https://doi.org/10.1016/j.jtcvs.2022.02.051

12. Brown DL, Epstein AM, Schneider EC. Influence of cardiac surgeon report cards on patient referral by cardiologists in New York State after 20 years of public reporting. *Circ Cardiovasc Qual Outcomes*. 2013;6:643-648.

13. Gambhir S, Daly S, Grigorian A, et al. Association of US News & World Report top ranking for gastroenterology and gastrointestinal operation with patient outcomes in abdominal procedures. *JAMA Surg*. 2019;154:861-866.

14. Mehta R, Merath K, Farooq A, et al. U.S. News and World Report hospital ranking and surgical outcomes among patients undergoing surgery for cancer. *J Surg Oncol*. 2019;120:1327-1334.

15. Mehta R, Tsilimigras DI, Paredes AZ, et al. Comparing textbook outcomes among patients undergoing surgery for cancer at U.S. News & World Report ranked hospitals. *J Surg Oncol*. 2020;121:927-935.

16. Loss L, Kelly G, Koizumi N, et al. Rankings from US News and World Report have minimal correlation with kidney and liver transplant recipient survival results from retrospective data. *Exp Clin Transplant*. 2021;19:1014-1022.

17. Mulvey GK, Wang Y, Lin Z, et al. Mortality and readmission for patients with heart failure among U.S. News & World Report's top heart hospitals. *Circ Cardiovasc Qual Outcomes*. 2009;2:558-565.

18. Cua S, Moffatt-Bruce S, White S. Reputation and the best hospital rankings: what does it really mean? *Am J Med Qual*. 2017;32:632-637.

19. Hota B, Webb TA, Stein BD, Gupta R, Ansell D, Lateef O. Consumer rankings and health care: toward validation and transparency. *Jt Comm J Qual Patient Saf*. 2016;42:439-446.

20. Austin JM, Jha AK, Romano PS, et al. National hospital ratings systems share few common scores and may generate confusion instead of clarity. *Health Aff (Millwood)*. 2015;34:423-430.

21. Halasyamani LK, Davis MM. Conflicting measures of hospital quality: ratings from "Hospital Compare" versus "Best Hospitals." *J Hosp Med*. 2007;2:128-134.

22. Mendu ML, Kachalia A, Eappen S. Revisiting US News & World Report's hospital rankings—moving beyond mortality to metrics that improve care. *J Gen Intern Med*. 2021;36:209-210.

© 2023 by The Society of Thoracic Surgeons  0003-4975/$36.00
Published by Elsevier Inc.  https://doi.org/10.1016/j.athoracsur.2022.07.027

## Cardiac Surgery Quality Is in the Eyes of the Beholder, and It May Only Be Perception



**INVITED COMMENTARY:**

In this issue of *The Annals of Thoracic Surgery*, Jawitz and colleagues[1] queried The Society of Thoracic Surgeons (STS) Adult Cardiac Surgery Database for observed to expected (O/E) ratios for morbidity/mortality in patients undergoing isolated coronary artery bypass graft surgery (CABG) or CABG with valve surgery in hospitals ranked in the top 100 *US News & World Report* (USNWR) for cardiology and cardiac surgery over a 4-year period. After ranking hospitals (147 different hospitals ranked in the top 100 during the 4-year period) in deciles for both, they evaluated rankings for correlation and evaluated the change in O/E ratio and any association with change in USNWR ranking over time.[1] They found absolutely no concordance between USNWR ranking decile and STS O/E decile across all years. In addition, the 65 hospitals that were found to be consistently in the top 100 over the 4-year period had no association with change in STS O/E ratio over time. Indeed, they found in many hospitals that the two were inversely related over time.

These findings are not surprising to us as surgeons; however, it may be surprising to our consumers—our patients. The methodologies for each are quite different, and we could argue that this is "comparing apples and oranges." However, it is critical that our patients, referring physicians, and our hospital and quality leadership understand the differences and ramifications.

The patients with STS O/E ratios included in this study were more than 18 years of age and had CABG or CABG plus valve procedures with any payer. The STS data were audited and validated data, used a definition of mortality that included 30 days or the index hospitalization, and had well-defined outcomes for morbidity.

The USNWR ranking methodology included both cardiology and cardiac surgery Center for Medicare and Medicaid Services survival score and discharge data (deaths in cardiology may outnumber deaths in cardiac surgery, deaths in pulmonary service may be included depending on Medicare severity diagnosis-related groups), mortality scores calculated for patients aged more than 65 years with Medicare only (may be a small fraction of all admissions of a hospital), only inpatient deaths, reputation score (based on a 3-year average of a survey where physicians who obtain a Doximity account can rank as many as five hospitals that they deem to