# EXHIBIT 12

**Patient Safety**

# Correlation of the *US News and World Report*–Calculated Nurse Staffing Index With Actual Hospital-Reported Nurse Staffing

Ryan P. Merkow, MD, MS; Jeanette W. Chung, PhD; Jennifer M. Slota, BS;
Cynthia Barnard, PhD; Ann Hall, MBA; Kristin Ramsey, MPPM, RN;
Karl Y. Bilimoria, MD, MS

Nursing care is a fundamental aspect of effective, efficient, and safe health care. Over the past several decades, there has been considerable debate about how to best define, measure, and incorporate nurse staffing levels into clinical practice and health policy decisions.[1-3] Nevertheless, nurse staffing levels have been used by oversight organizations, in public policy legislation, and in hospital rankings as a proxy for the quality of nursing care.[4,5]

One of the most visible examples is the *US News and World Report* "Best Hospitals" rankings.[4] These rankings are commonly used by patients, referring providers, payers, and hospital executives. The methodology used to generate hospital ranking incorporates a Nurse Staffing Index (NSI), which has similarly been used in research influencing health policy decisions.[6,7] While intended to characterize inpatient nurse staffing, the NSI indirectly calculates staffing as the number of full-time equivalent (FTE) inpatient and outpatient registered nurses (RNs) per adjusted average daily census (indirectly estimated by the ratio of outpatient revenue to inpatient revenue).[4,8]

Due to the indirect nature of the NSI calculation, it is unclear whether this method accurately reflects actual inpatient nursing care intensity as intended.[9] Given the widespread use and implications of potential misclassification of *US News* "Best Hospital" rankings, it is important to better understand how the NSI compares to actual nurse staffing levels, as well as other measures of hospital quality. Our objectives were to (1) evaluate the correlation between the NSI and actual hospital-reported nurse staffing and (2) assess the correlation of nurse staffing measures with hospital characteristics, process measures, risk-adjusted outcomes, and patient experience measures.

## METHODS

### Data source

Hospital-reported medical-surgical nurse staffing data for this study were obtained from the publicly available Illinois Department of Public Health *Hospital Report* Card (2018), the California Office of Statewide Health Planning and Development 2017-2018 *Annual Financial Disclosure Report*, and the New Jersey *Hospital Patient Care Staffing Quarterly Reports* (Table). No other states had publicly accessible data for analysis. Hospital characteristics were obtained from the 2016 American Hospital Association

*Author Affiliations:* Surgical Outcomes and Quality Improvement Center, Department of Surgery, Feinberg School of Medicine, Northwestern University, Chicago, Illinois (Drs Merkow, Chung, and Bilimoria and Ms Slota); and Northwestern Memorial HealthCare, Chicago, Illinois (Drs Barnard and Bilimoria and Mss Hall and Ramsey).

This work is supported by the Agency for Healthcare Research and Quality (R01HS024516). R.P.M. is supported by the Agency for Healthcare Research and Quality (K12HS026385) and an Institutional Research Grant from the American Cancer Society (IRG-18-163-24).

The authors declare no conflict of interest.

Supplemental digital content is available for this article. Direct URL citations appear in the printed text and are provided in the HTML and PDF versions of this article on the journal's Web site (www.jncqjournal.com).

*Correspondence:* Ryan P. Merkow, MD, MS, Surgical Outcomes and Quality Improvement Center, Department of Surgery, Division of Surgical Oncology, Feinberg School of Medicine, Northwestern University, Chicago, IL 60611 (Ryan.Merkow@northwestern.edu).

Accepted for Publication: January 1, 2022

Early Access: February 4, 2022

DOI: 10.1097/NCQ.0000000000000619

Copyright © 2022 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

**Table. Correlation Between 3 Hospital-Reported Nurse Intensity Measures and Nurse Staffing Index (Used by *US News and World Report*)[a]**

| Hospital-Reported Measure[b] | State Nursing Level Median (IQR) | Nurse Staffing Index[c] Median (IQR) | Correlation $\rho$ (*P* Value) |
|---|---|---|---|
| Illinois (n = 176 hospitals) | | | |
| State measure: RN hours per patient day | 6.905 (2.970) | 1.299 (0.696) | −0.129 (P = .089) |
| California (n = 302 hospitals) | | | |
| State measure: RN productive hours per patient day | 7.821 (2.316) | 1.806 (1.031) | 0.225 (P < .001) |
| New Jersey (n = 52 hospitals) | | | |
| State measure: average patients per RN | 5.172 (0.755) | 1.542 (0.578) | −0.305 (P = .028) |

Abbreviations: IQR, interquartile range; RN, registered nurse.
[a]State nurse staffing intensity measures are for general medical/surgical wards and do not include ICU staffing.
[b]Illinois: RN hours per patient day (2018); California: productive RN hours per patient day (2017-2018); New Jersey: average number of patients per RN (2010-2018).
[c]Nurse Staffing Index = total on staff RN full-time equivalent/((total inpatient days × [gross outpatient revenue/gross inpatient revenue] + total inpatient days)/365).

(AHA) survey, while quality assessment measures were obtained from Hospital Compare data.

### Nurse staffing measures
The NSI was calculated using AHA data. The NSI is defined as the number of FTE RNs per adjusted patient day. This is the measure reported by *US News and World Report* and defined as:

$$Nurse\ Staffing\ Index = \frac{FTERN}{ADJADC}$$

where *FTERN* is the full-time equivalent registered nurses and *ADJADC* is the adjusted average daily census indirectly estimated by the ratio of outpatient revenue to inpatient revenue.

Actual state-specific RN staffing measures were examined. The Illinois Department of Public Health publicly reports total RN nursing hours per patient day (medical-surgical wards) in an annual hospital report card.[10] In California, the OSHPD *Annual Financial Disclosure Report* reports total RN productive hours in medical-surgical wards and patient census in medical-surgical wards.[11] From these data elements, we computed RN nursing hours per patient day in

medical-surgical wards as:

$$= \frac{Total\ RN\ nursing\ hours\ per\ patient\ day}{Patient\ census\ (days)}$$
$$Total\ RN\ productive\ hours$$

New Jersey provides quarterly public reports on the average number of patients per RN for each hospital.[12] We used quarterly data from 2010 through 2019 and computed the mean number of patients per RN for each hospital. We note that these measures are conceptually inversely proportional to the NSI.

### Hospital characteristics and quality assessment
Hospital structural characteristics (eg, accreditation and volume), process measures, risk-adjusted outcomes, and patient experience metrics were assessed using publicly available Hospital Compare data (see the Supplemental Digital Content Table, available at: http://links.lww.com/JNCQ/A941).[13] Structure and process measures were selected based on their inclusion in prior studies and potential sensitivity to nurse staffing. Risk-adjusted outcome measures were selected as a proxy for hospital quality. Patient experience was assessed using all 12 Hospital Consumer Assessment of Healthcare Providers and Systems measures

Copyright © 2022 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

including the percent of patients who would assign the highest (best) rating to the hospital.

## Statistical analysis

Measures were described using univariate statistics. Associations between nurse staffing measures and other measures of hospital quality were examined using nonparametric Spearman's $\rho$, which is robust to nonnormally distributed variables (all nursing measures were skewed and kurtotic). Point-biserial correlations were calculated to assess associations between nurse staffing measures and dichotomous hospital characteristics.

First, we examined the association of actual hospital-reported nurse staffing for the 3 states with the NSI. Second, we examined the association of actual hospital-reported nurse staffing nurse staffing (California and Illinois only) as well as the NSI with hospital characteristics, process measures, risk-adjusted outcomes, and patient experience measures. New Jersey was not included in this analysis due to small sample size (n = 52 hospitals). To account for multiple comparisons in our bivariate analyses, we applied Bonferroni's correction for each quality assessment category.

## RESULTS

Actual hospital-reported nurse staffing at individual hospitals in Illinois (176 hospitals), California (302 hospitals), and New Jersey (52 hospitals) was compared to the NSI (Table). Higher actual hospital-reported nurse staffing in Illinois and New Jersey was paradoxically associated with lower nurse staffing when measured by the NSI (Illinois, $\rho = -0.129$, $P = .089$; New Jersey, $\rho = -0.305$, $P = .028$). California hospital-reported nurse staffing intensity was weakly correlated with the NSI ($\rho = 0.225$, $P < .001$).

Of the hospital structural characteristics examined, we found that Illinois' state nursing measure (RN nursing hours per patient day) was negatively correlated with 5 of the 9 measures (see the Supplemental Digital Content Table, available at: http://links.lww.com/JNCQ/A941). However, the NSI was positively correlated with 7 of the 9 measures, particularly hospital volume measures and Council of Teaching Hospital membership.

In California, RN nursing hours per patient day was not correlated with any of the 9

structural measures of hospital quality, and the NSI was positively correlated with 3 of the 9 measures, particularly hospital volume status. Neither process measure examined (patients assessed and given influenza vaccination and severe sepsis/septic shock) were associated with RN nursing hours per patient day or the NSI in Illinois. In California, the NSI was positively correlated with patient influenza vaccination (see the Supplemental Digital Content Table, available at: http://links.lww.com/JNCQ/A941).

None of the 11 outcomes measures that we assessed were associated with RN nursing hours per patient day or the NSI in either Illinois or California. All 12 patient experience measures were significantly and positively correlated with RN nursing hours per patient day in Illinois. However, none of these patient experience measures were significantly associated with the NSI in Illinois. In California, 10 of the 12 patient experience measures were significantly and positively associated with RN nursing hours per patient day, but only 7 of these patient experience measures were significantly associated with the NSI.

## DISCUSSION

We did not find any correlation between state-specific measures of actual hospital-reported nurse staffing (eg, hours worked per patient day)[9] with the NSI method used by US News. In addition, there was no consistent pattern of correlation between state-specific measures of hospital-reported nursing hours per patient day or the NSI with hospital process measures and risk-adjusted outcomes. In general, based on these analyses, the NSI appeared to be more of a reflection of hospital structural factors (larger teaching hospitals) than an actual indicator of clinical quality such as process, outcomes, or patient experience. This most likely reflects the manner in which the NSI was constructed (eg, using hospital revenue).

These results raise questions about the construct validity of the NSI used by US News; that is, the NSI may not measuring actual nurse staffing as intended. This is an issue that may stem from flaws in the NSI calculation. For example, the NSI calculation includes outpatient nurses, but seeks to compensate for this inclusion by adjusting for outpatient visits using a ratio of outpatient-to-inpatient gross revenue. This ratio can vary considerably across hospitals

Copyright © 2022 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

depending on organizational structure and can potentially be gamed, depending on what types of revenues hospitals attribute to outpatient versus inpatient activities.[8]

Limitations of our analysis include (1) only states that publicly report nurse staffing were included, (2) California is the only state with legislated minimum hospital nurse-to-patient staffing ratios, which may have blunted the relationships observed, and (3) other measures not captured by Hospital Compare may be more sensitive to variation in nursing staffing intensity measures.

## CONCLUSION

The NSI, used by *US News* for their annual "Best Hospital" rankings and by researchers, does not appear be a valid measure of actual nurse staffing or hospital quality. These data suggest a need for national data on a consistent and relevant measure of nurse staffing by state or federal mandate.[9]

## REFERENCES

1. Kalisch BJ, Friese CR, Choi SH, Rochman M. Hospital nurse staffing: choice of measure matters. *Med Care*. 2011; 49(8):775-779. doi:10.1097/MLR.0b013e318222a6df
2. Harless DW, Mark BA. Nurse staffing and quality of care with direct measurement of inpatient staffing. *Med Care*. 2010;48(7):659-663. doi:10.1097/MLR.0b013e3181dbe200
3. Twigg DE, Whitehead L, Doleman G, El-Zaemey S. The impact of nurse staffing methodologies on nurse and patient outcomes: a systematic review. *J Adv Nurs*. 2021;77(12): 4599-4611. doi:10.1111/jan.14909
4. US News & World Report. Methodology U.S. News & World Report 2019-2020 Best Hospitals Procedures & Conditions Ratings. Accessed August, 29, 2020. https://health.usnews.com/media/best_hospitals/Best_Hospitals_Procedures_Conditions_Methodology_2019-20
5. American Nurses Association. Nurse Staffing Measures. https://www.nursingworld.org/practice-policy/nurse-staffing/nurse-staffing-measures/
6. McHugh MD, Berez J, Small DS. Hospitals with higher nurse staffing had lower odds of readmissions penalties than hospitals with lower staffing. *Health Aff (Millwood)*. 2013; 32(10):1740-1747. doi:10.1377/hlthaff.2013.0613
7. Kovner C, Jones C, Zhan C, Gergen PJ, Basu J. Nurse staffing and postsurgical adverse events: an analysis of administrative data from a sample of U.S. hospitals, 1990-1996. *Health Serv Res*. 2002;37(3):611-629. doi:10.1111/1475-6773.00040
8. Spetz J, Donaldson N, Aydin C, Brown DS. How many nurses per patient? Measurements of nurse staffing in health services research. *Health Serv Res*. 2008;43(5, pt 1):1674-1692. doi:10.1111/j.1475-6773.2008.00850.x
9. National Quality Forum. Nursing Hours per Patient Day NQF #0205. Accessed August 29, 2020. http://www.qualityforum.org
10. Illinois Hospital Report Card and Consumer Guide to Health Care. Accessed December 19, 2021. http://www.healthcarereportcard.illinois.gov/measures/view/10665/101156%7C101175%7C106831%7C106839
11. California Office of Statewide Health Planning and Development (OSHPD) 2017-2018 Annual Financial Disclosure Report. Accessed December 19, 2021. https://hcai.ca.gov/data-and-reports/cost-transparency/hospital-financials
12. New Jersey Hospital Patient Care Staffing Quarterly Reports. Accessed December 21, 2021. https://healthapps.state.nj.us/nursestaffing/quarterly.aspx
13. Centers for Medicare & Medicaid Services. Hospital Compare. Accessed December 19, 2021. https://www.cms.gov/Medicare/Quality-Initiatives-Patient-Assessment-Instruments/HospitalQualityInits/HospitalCompare

Copyright © 2022 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.