# EXHIBIT 13

# Editorial



# US News and World Report Rankings of Psychiatry: A Misleading, Anachronistic Exercise

Andrew A. Nierenberg, MD

The US News and World Report (USNWR) ranks universities, law schools, medical schools, hospitals, and departments of psychiatry. These institutions use these rankings to attract candidates, enhance their reputation, increase philanthropic donations, and for bragging rights. In the past six months, 24 law schools withdrew from sending data for the rankings. In addition, Harvard, Stanford, Columbia, Mt. Sinai, and the University of Pennsylvania medical schools announced their withdrawal, with much more likely to follow.

George Q. Daley, Dean of Harvard Medical School, wrote on January 17, 2023: "…my concerns and the perspectives I have heard from others are more philosophical than methodological, and rest on the principled belief that rankings cannot meaningfully reflect the high aspirations for educational excellence, graduate preparedness, and compassionate and equitable patient care that we strive to foster in our medical education programs."[1]

This made me revisit and rethink the USNWR rankings of departments of psychiatry. The method used to determine rankings is, at best, based on perception of how good the departments are based on nothing more than reputation. Here is the method directly from the USNWR website: "…ranking is determined entirely by expert opinion, based on responses from three years of surveys of physician specialists who were asked to name the hospitals to which they would be inclined to refer their sickest patients."

How does a psychiatric department get a good reputation score? By advertising and marketing to colleagues, by giving continuing medical education programs, by sponsoring receptions at national meetings, by publishing papers and maybe by providing great care. But how would anyone actually know the quality of care of any place they have not had direct contact with? At best, the epistemology of ranking reputation should be questioned.

In addition to George Daly's statement, we can learn from Katrina Armstrong, Dean of the Vagelos College of Physicians and Surgeons at Columbia University, who stated: "The USNWR medical school rankings perpetuate a narrow and elitist perspective on medical education. Their emphasis is on self-reinforcing criteria such as reputation and institutional wealth, rather than measuring a school's success in educating a diverse and well-trained cohort of doctors able to change medicine for the better and meet society's needs."[2]

Let's rethink the value of ranking psychiatric programs. Maybe it's time to withdraw too.

### REFERENCES

1. HMS Community. HMS Withdraws From U.S. News & World Report Rankings. Harvard Medical School. Published January 17, 2023. Accessed February 2, 2023. https://hms.harvard.edu/news/hms-withdraws-us-news-world-report-rankings
2. Messages From Dr. Armstrong. Published January 20, 2023. Accessed February 2, 2023. https://www.cuimc.columbia.edu/about-us/meet-our-ceo-and-dean-katrina-armstrong-md/messages-dr-armstrong#faq-January-20,-2023:-Medical-School-Rankings

Andrew A. Nierenberg, MD, holds the Thomas P. Hackett, MD, Endowed Chair in Psychiatry at MGH, and is the Director of the Dauten Family Center for Bipolar Treatment Innovation, and the Director, Center for Clinical Research Education, MGH Research Institute, Massachusetts General Hospital; and a Professor of Psychiatry, Harvard Medical School.

Address correspondence to Andrew A. Nierenberg, MD, via email: psyann@Healio.com.

doi: 10.3928/00485713-20230207-01

Copyright © SLACK Incorporated