# EXHIBIT 14

Clin Orthop Relat Res (2021) 479:2366-2368
DOI 10.1097/CORR.0000000000001990

**Equity 360: Gender, Race, and Ethnicity**

Published online: 24 September 2021
Copyright © 2021 by the Association of Bone and Joint Surgeons


Clinical Orthopaedics and Related Research®
A Publication of The Association of Bone and Joint Surgeons®

# Equity360: Gender, Race, and Ethnicity: Our "Best Hospitals" Rank Poorly in Health Equity

Mary I. O'Connor MD, FAOA, FAAHKS, FAAOS[1]

Each July, orthopaedic surgeons read the latest *U.S. News and World Report (US News)* rankings of the "best hospitals" in the nation and the top orthopaedic programs. Some orthopaedic surgeons openly dismiss these rankings, but many of us scan the lists, which generate great buzz for those listed. Departments even send emails to their alums, encouraging them to rank the department highly for the "reputation score" measurement. These rankings reflect the methodology used by *U.S. News* to identify medical centers "best suited to patients whose illnesses pose unusual challenges because of underlying conditions, procedure difficulty, advanced age or other medical issues that add risk" [5, 9].

This year, *US News* debuted and implemented new methodologies to their process, including adding measurements related to health equity [1]. COVID-19 has exposed a number of disturbing disparities in our healthcare system and raised appropriate questions regarding hospitals' equitable delivery of care. I strongly support the changes *US News* has made to enable benchmarking hospitals based on their performance in equity-related metrics. Improvement begins with knowing your baseline. The late Peter Drucker, one of the world's most influential management consultants, famously said, "If you can't measure it, you can't improve it" [7].

So how are the *US News* "best hospitals" measuring up in terms of health equity? The answer is that we just don't know. *US News* did not incorporate their health equity measures into their rankings for best hospitals. Instead, certain aspects of health equity appear alongside the rankings and ratings. But a crosswalk of last year's rankings by the Lown Institute found that many of these "top" hospitals rank among the lowest in the nation for the diversity of their patient population [8]. Using a similar methodology to *US News* to determine racial inclusivity, the top 20 *US News* hospitals ranked from 144 to 3167 in terms of racial inclusivity [8]. The majority of these top 20 hospitals did not even make the top 1000 for racial inclusivity, and only three performed better than 200th.

The *US News* report also found that approximately 80% of US hospitals have patient populations that are not representative of the communities surrounding the hospital. Specifically, "racial and ethnic minorities are underrepresented among patients who access many common services" [6]. The remaining 20% of hospitals either treat populations representative of their communities or treated a greater percentage of Black and Hispanic patients than reflected in the surrounding communities. Blacks also experienced more hospitalizations than whites, which could have been potentially prevented with better ambulatory care [6].

As with nearly all issues related to health equity, there are no simple answers for very complex problems. Are the 80% of U.S. hospitals which have

---

*A note from the Editor-in-Chief: I am pleased to present the next installment of "Equity360: Gender, Race, and Ethnicity" written by Mary I. O'Connor MD, FAOA, FAAHKS, FAAOS. Dr. O'Connor is Chair of Movement is Life, a multistakeholder coalition committed to health equity, co-founder and Chief Medical Officer at Vori Health, Professor Emerita of Orthopedics at Mayo Clinic, and Past Professor of Orthopaedics and Rehabilitation at Yale School of Medicine. She has written extensively on increasing the number of women and underrepresented minorities in the orthopaedics and other social issues. Her column will unravel the complex and controversial motives behind disparities in musculoskeletal medicine across sex, gender, race, and ethnicity.*

The author certifies that there are no funding or commercial associations (consultancies, stock ownership, equity interest, patent/licensing arrangements, etc.) that might pose a conflict of interest in connection with the submitted article related to the author or any immediate family members.

All ICMJE Conflict of Interest Forms for authors and *Clinical Orthopaedics and Related Research*® editors and board members are on file with the publication and can be viewed on request.

The opinions expressed are those of the writer, and do not reflect the opinion or policy of *CORR*® or The Association of Bone and Joint Surgeons®.

M. I. O'Connor, Vori Health, Jacksonville Beach, FL, USA, Email: maryioconnormd@gmail.com

---

[1]Chief Medical Officer, Vori Health, Jacksonville, FL, USA

Wolters Kluwer

Copyright © 2021 by the Association of Bone and Joint Surgeons. Unauthorized reproduction of this article is prohibited.

populations not representative of their communities actively turning away patients from those communities? I don't think so, certainly not for emergency care. Do patients in those communities feel welcome at these hospitals? Maybe, maybe not. Do the physicians who practice at these hospitals influence the community representation by excluding patients from their elective practices who have medical insurance that the practice finds financially unfavorable? Yes, for some practices.

So how should we determine the "best hospitals" in the United States? The "best hospitals" cannot just be the "best" for those with favorable insurance or personal financial means. I am not naïve to the financial challenges facing our medical centers relative to payment for medical services to the underinsured. But certain hospitals should not be labeled as "best" in class if they fail to demonstrate equitable measures for which they have reasonable control, such as access and risk-adjusted clinical outcomes.

This initial effort to highlight health inequities by *US News* is truly laudable, and I hope the publication will strengthen its commitment to health equity by incorporating health equity measures into their rankings of best hospitals for next year. Such incorporation will, in my opinion, drive more action on the hospital level than any other nonreimbursement-related event. Another organization, the Leapfrog Group, added two new measures to their 2021 survey for hospitals and ambulatory surgery centers: billing ethics and health inequity [10]. As of this writing, the survey results have not been published, but I anticipate that they will reflect better access to those patients who positively impact the financial performance of the medical facility.

What can hospitals do to improve inclusivity (and possibly their rankings) moving forward? One approach is to learn what others are doing successfully. Boston Medical Center's (BMC) share of Black and Hispanic patients is about twice as large as others in the Boston community. BMC leadership attributes this to the additional services that they provide, like interpreters for patients who speak languages other than English, employment assistance, and a 3-day supply of food for a hungry family [6]. BMC founded the Medical-Legal Partnership to link healthcare providers with lawyers to support the basic needs of vulnerable patients, such as housing, food, education, and healthcare. The National Center for Medical-Legal Partnerships supports expansion of such programs to other institutions [2].

Hospitals that have patient populations who are not representative of their surrounding communities could start by performing an honest internal assessment regarding the perception of the hospital in the community. Using a third party, focus groups of diverse members of their communities can be asked which hospitals they use and why. Additionally, hospital leadership should take a closer look at their diversity and inclusion standards. Does hospital marketing feature diverse patients and diverse providers? Does the hospital have active efforts to make all patients feel welcomed and provide nonclinical support? Are there community outreach programs to mitigate disparities? Is there a commitment to anti-bias, cultural competency training, and a diverse workforce? Are there metrics to measure against to demonstrate effectiveness of interventions? Finally, and perhaps most importantly, who will be responsible for setting and meeting equity goals? I recommend the Chief Executive Officer or President as opposed to a lower-level leader. This is critically important work and top-level leadership must be personally engaged in outreach efforts.

While there is work for hospitals to do, orthopaedic surgeons also need to make outreach efforts as well. As orthopaedic surgeons, we exist to serve our communities as members of the hospital staff. How are we measuring up? Here are some basic questions we all need to honestly ask ourselves:

- Can you improve access to your services for community members who are underinsured or of lower financial status [4]?
- Do you accept patients with Medicaid?
- Are you asking hospital leadership what they are doing to promote health equity?
- Have you looked at the racial and ethnic profile of your practice?
- Do you have diverse providers on your team and required anti-bias and cultural competency training?
- Recognizing the disproportionate impact of joint pain in communities of color, do you host community outreach events in minority communities?
- Do you work with patients with comorbidities and their primary care providers on modifiable risk factors to potentially lower rates of postoperative complications [3]?

Our hospitals exist to serve their communities, and many of our hospitals are falling short on that commitment. Is yours?

**References**
1. Advisory Board. Coming soon to *US News* hospital rankings: health equity? Available at: https://www.advisory.com/daily-briefing/2021/07/29/health-equity. Accessed September 7, 2021.
2. Boston Medical Center. Medical legal partnership. Available at: https://www.bmc.org/services/medical-legal-partnership. Accessed September 7, 2021.
3. Dlott CC, Moore A, Nelson C, et al. Preoperative risk factor optimization

Wolters Kluwer

Copyright © 2021 by the Association of Bone and Joint Surgeons. Unauthorized reproduction of this article is prohibited.

lowers hospital length of stay and postoperative emergency department visits in primary total hip and knee arthroplasty patients. *J Arthroplasty*. 2020;35:1508-1515.
4. Dlott CC, Pei X, Ittner JL, Lefar SL, O'Connor MI. Intersectionality of net worth and race relative to utilization of total hip and knee arthroplasty. *J Arthroplasty*. 2021;36:3060-3066.
5. Harder B. America's best hospitals: the 2021-22 honor roll and overview. Available at: https://health.usnews.com/health-care/best-hospitals/articles/best-hospitals-honor-roll-and-overview. Accessed September 7, 2021.
6. Harder B, Corgel R, Binger T. Analysis of racial gaps in hospital care. Available at: https://health.usnews.com/health-news/blogs/second-opinion/articles/2021-07-27/analysis-of-racial-gaps-in-hospital-care. Accessed September 7, 2021.
7. Lavinsky D. The two most important quotes in business. Available at: https://www.growthink.com/content/two-most-important-quotes-business. Accessed September 7, 2021.
8. Lown Institute Hospitals Index. Racial inclusivity. Available at: https://lownhospitalsindex.org/2021-winning-hospitals-racial-inclusivity/#methodology. Accessed September 7, 2021.
9. RTI International. Methodology. U.S. News & World Report. 2021-22 best hospitals: specialty rankings. Available at: https://health.usnews.com/media/best-hospitals/BH_Methodology_2021-22. Accessed September 7, 2021.
10. The Leapfrog Group. The Leapfrog Group announces changes for 2021 Leapfrog surveys of hospitals and surgery centers. Available at: https://www.leapfroggroup.org/news-events/leapfrog-group-announces-changes-2021-leapfrog-surveys-hospitals-and-surgery-centers. Accessed September 7, 2021.

Wolters Kluwer

Copyright © 2021 by the Association of Bone and Joint Surgeons. Unauthorized reproduction of this article is prohibited.