# EXHIBIT 16

**HEALTH AFFAIRS FOREFRONT**

RELATED TOPICS:
QUALITY OF CARE  |  MEDICAL EDUCATION  |  HOSPITAL PERFORMANCE  |  DISEASES  |  HOSPITAL QUALITY  |  EDUCATION  |  PATIENT CARE  |  CHILDREN'S HEALTH

# It's Time For US Hospitals To Withdraw From The US News And World Report Rankings

Madeline Wozniak, Chinenyenwa Mpamaugo

**MARCH 17, 2023**

**DOI:** 10.1377/forefront.20230315.92781 <https://www.healthaffairs.org/do/10.1377/forefront.20230315.92781>



Every year, universities, law and medical schools, and hospital systems are ranked by *US News & World Report*, with the top results proudly displayed. *US News* started publishing rankings in higher education in 1983 and then expanded to US hospitals in 1990 and pediatric hospitals specifically in 2007.

Yale Law School sparked a national conversation surrounding the appropriateness of *US News* rankings when they withdrew from annual law school rankings. Following

suit, a number of leading medical schools, including those at Harvard, Stanford, and the University of Washington (UW) withdrew from *US News* medical school rankings. In its decision to withdraw from medical school rankings, UW stated <https://newsroom.uw.edu/news/uw-medical-school-end-participation-us-news-rankings> that "the emphasis on prestige and reputation without any objective evaluation of the quality of education is discordant with our vision for the future of medicine." Additionally, UW added that the *US News* rankings methodology does not align with the university's goals of creating an "inclusive learning environment and developing a diverse and culturally humble workforce."

It's time for US hospitals to follow the example of medical and law schools by withdrawing from the *US News* rankings.

*US News & World Report* describes its mission <https://health.usnews.com/media/best-hospitals/BCH_Methodology_2022-23.pdf> for Best Children's Hospital rankings as: "[identifying] hospitals that provide the highest quality of care for children with the most serious or complicated medical conditions." In its Children's Hospital rankings, *US News* evaluates the quality of each hospital subspecialty based on its performance across three domains: structure, process, and outcomes. Structure relates to a hospital's specific resources (for example, nursing ratios, specialized clinics). Process refers to actions the hospital takes (for example, best practices, participation in infection prevention efforts). Outcomes refers to the actual results patients experience (for example, survival, adverse events). In general, each specialty ranking weighs the structure, process, and outcomes score equally to calculate a final score that determines the "top ranking" of a specialty. *US News* ranks Children's Hospitals across 10 specialties and provides a ranking for overall top children's hospitals.

Understandably, with such a longstanding reputation and a methodology report more than 150 pages long, hospital consumers view the *US News* rankings as an impartial observer working in their best interests.

While on the surface, the ranking methodology comes across as thoughtful and rigorous, a deeper review exploring what *US News* values within its specialty rankings can serve as a window to who it values. This is especially important as increasing light is being shed on inequitable care <https://onlinelibrary.wiley.com/doi/full/10.1111/ajes.12230?casa_token=b0uLqyddg7oAAAAA%2525253AjVdl0aQTfBSD6vu-KF03X1C9IV17-V6STEh14tIzJO0K8JMYD9UvhixnOjScqcEv8EW1r69XXlqr1yA> provided to Black, Indigenous, and People of Color (BIPOC) communities in US

hospitals.

Looking at how two diseases—one that primarily affects White children (cystic fibrosis) and one that primarily affects Black children (sickle cell disease)—are comparatively valued in *US News'* Children's Hospital methodology can illustrate how not all communities are weighted equitably in the *US News* rankings.

Cystic fibrosis (CF) and sickle cell disease (SCD) are both inherited diseases with devastating impacts on the life and health of those afflicted. CF affects [35,000 people <https://www.cdc.gov/genomics/disease/cystic_fibrosis.htm>](https://www.cdc.gov/genomics/disease/cystic_fibrosis.htm) in the US. SCD is more common, affecting nearly [three times as many people <https://www.cdc.gov/ncbddd/sicklecell/data.html%2523:~:text=SCD%25252520affects%25252520approximately%25252520100%2525252C000%25252520Americans,sickle%25252520cell%25252520trait%25252520(SCT).>](https://www.cdc.gov/ncbddd/sicklecell/data.html) , and is the reason for more than [40 times <https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6832089/>](https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6832089/) as many hospitalizations.

A critical difference in these conditions is who they impact. CF affects [1 in 3,500 <https://medlineplus.gov/genetics/condition/cystic-fibrosis/%2523frequency>](https://medlineplus.gov/genetics/condition/cystic-fibrosis/) White Americans and [1 in 17,000 <https://medlineplus.gov/genetics/condition/cystic-fibrosis/%2523frequency>](https://medlineplus.gov/genetics/condition/cystic-fibrosis/) Black Americans. In contrast, SCD affects [1 in 365 <https://www.cdc.gov/ncbddd/sicklecell/data.html>](https://www.cdc.gov/ncbddd/sicklecell/data.html) Black or African American newborns and is rare enough among White newborns that the Centers for Disease Control and Prevention does not report a prevalence rate.

Despite impacting more people in the US and causing more hospitalizations, SCD is mentioned less in *US News'* Children's Hospital rankings compared to CF. CF is one of the serious conditions with a rated expertise: It is listed under the pulmonology subspecialty rankings, where, of the total 42 achievable points, 19 are dedicated to [" <https://health.usnews.com/media/best-hospitals/BCH_Methodology_2022-23.pdf> success in managing cystic fibrosis patients." <https://health.usnews.com/media/best-hospitals/BCH_Methodology_2022-23.pdf>](https://health.usnews.com/media/best-hospitals/BCH_Methodology_2022-23.pdf)

Inappropriately, there is no specific hematology section, and SCD does not have a dedicated subsection. Hospitals can earn one point for having a formal outpatient sickle cell program. The most recent editions have added an equity, diversity, and inclusion (EDI) section, which accounts for 2 percent of total points. Many of the points come from data that has long been recorded by hospital systems: information

about parents and families such as race, ethnicity, and sex. There also are points available for leadership having EDI training. These are certainly a step forward, but I would consider this to be one step forward, and the striking near-absence of SCD in the ranking methodology as two steps back. This way of measuring EDI is inherently problematic as it does not address the quality of care provided to BIPOC patients nor does it evaluate the outcomes of said EDI training. Training leadership on the importance of diversity, equity, and inclusion is a necessary step for education and institutional culture change, but evaluating how that training impacts the care provided to patients is a necessary next step.

Dramatically overvaluing CF over SCD in rankings illustrates just how much *US News* has failed to critically analyze structural racism in medicine, a failure that only perpetuates health inequities rather than addresses them.

The implications of not having a disease such as SCD featured proportionally within these rankings snowballs into other aspects of funding. Although affecting one-third the number of patients as SCD, CF currently receives about $2,807 <https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2763606> per person from federal funding, while SCD receives $812 per person. CF is also the focus of significantly more research articles (1,594 versus 926). <https://jamanetwork.com/journals/jamanetworkopen/article-abstract/2763606> If *US News* more prominently featured SCD into its scoring mechanisms, hospitals might be more inclined to invest their finite resources in building staffing dedicated to excellence in SCD care or cultivating researchers who can compete for government research grants to advance novel therapies that will advance care for years to come.

As a pediatrician, I see how underinvestment in SCD compared to CF trickles down to real-life differences in patient outcomes in daily interactions with patients and families. I see CF patients celebrating no hospital admissions in years because of fantastic new drug developments, and I see SCD patients sadly state that they didn't want to go into the hospital for fear of not having their experiences fully understood or addressed by staff who are inexpert in their condition. The lack of acknowledgement and importance felt by the SCD community is palpable, and it directly affects access to quality health care.

If, like universities, hospitals divorce themselves from ratings, we can refocus on the mission of treating our patients and communities equitably, and not being unduly influenced by flawed *US News* incentives.

## Article Metrics

<https://www.altmetric.com/details.php?domain=www.healthaffairs.org&citation_id=144002803>

Related

**CONTENT**

Quality Of Care

**TOPICS**

Quality Of Care

Medical Education

Hospital Performance

Diseases

Hospital Quality

Education

Patient Care

Children's Health

## Cite As

"It's Time For US Hospitals To Withdraw From The US News And World Report Rankings", Health Affairs Forefront, March 17, 2023.

DOI: 10.1377/forefront.20230315.92781