# EXHIBIT 17

37°    SIGN UP    WATCH NOW

**WEATHER ALERT**

Wind Advisory: Atchison County, Bates County, Caldwell County, Carroll County, Cass County, Clay County, Clinton County, Daviess County, De Kalb County, …

NEWS

# Some hospitals won't reveal how much they pay U.S. News for use of "Best Hospitals" logo

by: Meryl Lin McKean
Posted: Jul 29, 2014 / 04:25 PM CDT
Updated: Jul 29, 2014 / 06:03 PM CDT

SHARE     

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

KANSAS CITY, Kan. — Billboards all over the metro can be seen promoting hospitals as "Best Hospitals" in the rankings from U.S. News and World Report, but there's something that some hospitals and U.S. News won't tell you.

The University of Kansas Hospital is proud that U.S. News ranked it in the top 50 nationwide in a dozen specialties. St. Luke's is touting its rankings in three specialties. Children's Mercy is happy to tell you that it's ranked in nine pediatric specialties.

A K.U. Hospital spokesperson emphasizes that hospitals do not pay a dime to be ranked by U.S. News.

"All of that is earned, and they are numbers we're really quite proud of," said Jill Chadwick.

But hospitals do pay U.S. News if they want to use the "Best Hospitals" logo in advertising.

Chadwick would not say how much K.U. Hospital pays.

"We're not allowed to say because it's a contractual agreement.  I think it's absolutely appropriate for businesses to expect if you're going to use their logo that there are restrictions put with that use of the logo," she said.

St. Luke's also told us that all terms and conditions of the license are confidential.

A professor of healthcare administration at Park University said that's a lack of transparency.

"I think if you really wanted to be completely transparent, you would say how much," said Dr. Suzanne Discenza.

She said even if the money doesn't influence rankings, not revealing the amount paid raises doubts.

"I better look at this a little bit further before I just utilize the fact that this is in "Best Hospitals"," said Dr. Discenza.

As for Children's Mercy, a spokesperson said it was not restricted from telling FOX 4 how much it spent to use the logo.  It was $42,000 for one year.  The spokesperson said it's a small price to pay to be able to tell the world about the hospital's excellence.

A spokesperson for U.S. News told FOX 4 it does not release information about logo licensing.

Discenza said when choosing a hospital, look at more than one ratings service.  Each compiles the ratings in a different way.  Also, look for information on the specific medical procedure you're having.

**Suggest a Correction**

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



## Best drugstore shampoo for oily hair

HAIR PRODUCTS  /  12 Hours Ago

The main purpose of drugstore shampoo for oily hair is to remove and control oil, but formulas are available to match other needs as well.

## Which earbuds are best for phone calls?

HEADPHONES  /  13 Hours Ago

Through Bluetooth technology, mobile phones pair with headphones or earbuds, letting you safely talk to your loved ones while keeping your hands free.

### Vintage-inspired rugs that won't break the bank

DECOR / 13 Hours Ago

Rugs with retro appeal don't have to cost a lot of money to bring a touch of style to your home.

View All BestReviews

**SUBSCRIBE NOW**

# Daily Headlines

Enter Your Email

SIGN UP NOW ›

**SUBSCRIBE NOW**

# Health Newsletter

Enter Your Email

SIGN UP NOW ›

**TOP STORIES**



## MORE STORIES


Suspect in New York hotel killing remains in custody …


Rapidly expanding wildfires in the Texas Panhandle …


Donna Summer estate sues Ye and Ty Dolla $ign, saying …


2 men convicted of killing Run-DMC's Jam Master Jay …


San Francisco apologizes to Black residents for decades …


Two mayoral hopefuls of a Mexican city are shot dead …


Alabama IVF patients describe heartbreak, anger after …

Blue Springs police continue search for murder suspect

More Stories

SUBSCRIBE NOW

# Breaking News

Enter Your Email

SIGN UP NOW

# FOX 4 Kansas City WDAF-TV | News, Weather, Sports Video

**Jackson County leaders respond to Royals, Chiefs …**
55 mins ago

**Lawrence adds first Narcan vending machine**
1 hour ago

**Teacher of the Month: Blue Valley principal Dr.…**
1 hour ago

'Re Far

More Videos

**TRENDING STORIES**

1  KC-area suburb among happiest US cities in new study

2  Why self-checkouts are disappearing from retailers

3  Missouri law says pregnant women can't get divorced

4  Worlds of Fun announces new events for 2024

5  Did you know Missouri has its own Grand Canyon?

6  Teen identified as victim in Kansas City hit-and-run

**BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY**

### Treat yourself or gift someone with trendy jewelry …
Holiday • 4 days ago

### Score Presidents Day deals right now on Amazon
Holiday • 1 week ago

### The best early Presidents Day deals to shop now
Holiday • 2 weeks ago

### The best Valentine's Day gifts for him
Holiday • 3 weeks ago

### The best Valentine's Day gifts for her
Holiday • 3 weeks ago

### 24 Valentine's Day gifts under $100
Holiday • 4 weeks ago

View All BestReviews Picks

## KANSAS CITY AREA EVENTS

‹

Fri, Mar 01 @7:00pm    Sponsored
**FIRST DRAFT: New Short Plays for a New Generation...by the...**
Overland Park, KS    mi

Sat, Mar 09 @7:30pm    Sponsored
**The 81st Annual Golden Bird Awards**
The Bird Comedy Theater

›

Tue, Feb 27 @11:00am
**Crown Center Ice Terrace 2023-2024 Season**

Crown Center

Tue, Feb 27 @8:00pm
**Open Mic**

The Comedy Club of Kansas City

Tue, Feb 27 @5:45pm
**KC Metro Unified Intramural Basketball League with UMKC**

University of Missouri-Kansas City

Tue, Feb 27
**Grain Elevator and Processing Society - GEAPS**

Kansas City, MO

Tue, Feb 27

See All Events    Add Your Event

---

FOX4KC WDAF-TV

News                          Mornings

Watch FOX4 Newscasts          Contests

Great Day KC                  Sports

Community

Online Public File

Public File Help

EEO Reports

FCC Applications

Get News App

Get Weather App





Stay Connected

Privacy Policy

Terms Of Use

Covers

Public File Assistance Contact

The Hill

NewsNation

BestReviews

Content Licensing

Nexstar Digital

Journalistic Integrity

Do Not Sell or Share My Personal Information

© 1998 - 2024 Nexstar Media Inc. | All Rights Reserved.