# EXHIBIT 21



### HEALTH

# Blumenthal asks U.S. News & World Report to stop accepting money from hospitals

by: **Braley Dodson**
Posted: Jun 26, 2023 / 06:20 PM EDT
Updated: Jun 26, 2023 / 06:20 PM EDT

SHARE    

HARTFORD, Conn. (WTNH) — Sen. Richard Blumenthal (D-Conn.) has joined other leaders

to urge the U.S. News and World Report to stop accepting money from hospitals that it ranks.

"It's taking payments from the hospitals that it is supposed to be ranking objectively and impartially," he said. "If it's taking payments, are those payments really objective and impartial? And what's the methodology? What criteria does it use?"

The U.S. News and World Report releases annual rankings for hospitals, including for specialties, medical conditions and procedures.

Blumenthal said accepting money is a conflict of interest, and that eliminating the practice would remove a perception that the rankings are unfair.

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



Women's Health Minute