# EXHIBIT 22

06.30.2023

# Senator Blumenthal Week In Review 06/23/2023—06/30/2023

**HELPING MOBILE HOME RESIDENTS**

**—** Blumenthal announced new federal legislation to protect mobile home residents from excessive rent increases and other predatory practices, unique to Manufactured Housing residents who often own their home, but not the land it sits on.

*"Mobile home owners deserve enforceable protections against rising rents, unfair practices, & exploitative evictions. The Manufactured Housing Tenant's Bill of Rights will assure security to tenants—like residents of Sun Communities—who own their homes but not the underlying land."*



*The Manufactured Housing Tenant's Bill of Rights* would establish a set of minimum standards for tenants in manufactured home communities that receive federal financing through Fannie Mae, Freddie Mac, or the Federal Housing Administration, including the right to a one-year renewable lease absent good cause for nonrenewal, a 5-day grace period for late rent payments, and a 60-day written notice of rent increases or new charges for water or sewer services. The legislation would also give tenants new rights to sell their manufactured homes and adds other key protections.

Over the last year, Blumenthal has met with mobile home owners in Killingworth and Southington who shared their concerns about improper maintenance of the homes and common spaces, as well as issues with flooding and draining. Residents also complained about an increase in rental rates — a significant challenge for those living on a fixed income. The complaints follow a nationwide trend of investment companies buying mobile home communities and cutting services, raising rents and mistreating residents who speak out.

**PROTECTING AIR PASSENGERS**

**—** Blumenthal called on Congress to pass the Airline Passenger Bill of Rights and take swift action to protect consumers as flight disruptions plague travelers across New England. The Blumenthal-led legislation would ensure that airlines provide passengers with fair compensation, refunds, and recourse in the event of airline-caused flight delays and cancellations, require airlines to pay at least $1,350 to passengers denied boarding as a result of an oversold flight, and mandate airlines to immediately refund bag fees for damaged or lost bags.

This week alone, airlines cancelled thousands of flights due to bad weather. The Fourth of July holiday weekend in 2022 saw over 2,000 flight cancellations and 25,000 delays.

saw over 2,000 flight cancellations and 25,000 delays.

**IMPROVING CONNECTICUT'S TRAFFIC SAFETY & TRANSPORTATION NETWORK**

— Blumenthal announced $1.4 million to replace 10 critical traffic signals on state and local roads within Waterbury's downtown area. The replacement of the 10 signals will provide a modern, connected system that will allow the city more control over traffic as the Waterbury Mixmaster is rehabilitated and more traffic is routed through the city's downtown.

— Blumenthal joined Governor Ned Lamont, U.S. Senator Chris Murphy (D-CT), U.S. Representative Rosa DeLauro (D-CT), and New Haven Mayor Justin Elicker in announcing the U.S. Department of Transportation is awarding the Connecticut Department of Transportation (CTDOT) a $25 million grant to help build a new bus rapid transit system in New Haven. The project includes creating 18 new stops and four mini-hubs, traffic signal priority buses, and the procurement of 15 new battery electric buses.

**"This $25 million in federal funding will be transformative for bus service in New Haven, making bus travel faster, safer, and more accessible for all. We've seen the strong success of CTfastrak in Hartford and I am thrilled CTDOT will use this federal funding to build on that important work in New Haven. Our communities are only as strong and as vibrant as our transportation systems and this funding will go a long way in improving public transit and quality of life for Connecticut residents,"** said Blumenthal.

The grant is being awarded through the competitive Rebuilding American Infrastructure with Sustainability and Equity (RAISE) Discretionary Grant program, which funds investments in transportation infrastructure with significant local and regional benefits. Funding for this competitive grant program was increased due to the Bipartisan Infrastructure Law, signed by President Joe Biden in 2021.

— Blumenthal and Murphy joined U.S. Representative John Larson (D-CT) in announcing a $19 million Rebuilding American Infrastructure with Sustainability and Equity (RAISE) Grant for the City of Hartford's North Main Street Streetscape and Multimodal Transportation Project. The funding will support streetscape improvements in Northeast Hartford to make it easier to walk or bike on North Main Street and better connect residents to employment, educational, and recreational opportunities.

**"Connecticut's pedestrian deaths are at an all-time high. Too many families have lost relatives and friends. This $19 million investment in one of the most underserved communities will help make critical safety improvements to Hartford's roads. Road safety is an urgent crisis in Connecticut, and these significant funds will no doubt save lives and create a more vibrant and accessible community for all road users,"** said Blumenthal.

**EXPANDING HIGH-SPEED INTERNET ACCESS**

— Blumenthal joined Connecticut's congressional delegation in announcing that Connecticut will receive $144 million to expand high-speed internet access through the National Telecommunications and Information Administration's (NTIA) Broadband Equity, Access, and Deployment (BEAD) program, a federal grant program funded by the Bipartisan Infrastructure Law.

**"Access to high speed internet is no longer a luxury – it's a necessity. It's unacceptable that in 2023, there are still hundreds of thousands of Connecticut residents who live in rural or low-income communities with limited or unreliable internet. Thanks to this $144 million in federal funding, in addition to the millions of dollars from the American Rescue Plan already out the door, more people in every corner of Connecticut will be able to get connected to fast, reliable internet. We're proud to see the Bipartisan Infrastructure Law continue to pay dividends for the people of Connecticut,"** said members of the congressional delegation.

**FIGHTING FOR STUDENT DEBT RELIEF**

— Blumenthal released the following statement in response to the U.S. Supreme Court's 6-3 decision in *Biden v. Nebraska* blocking student debt relief for millions of Americans:

**"This Supreme Court decision condemns a generation of American student loan borrowers to a lifetime of financial insecurity – putting off homeownership, starting families, and building new businesses. Rising costs and predatory lenders forced young people to mortgage their futures for a chance at a college education. This decision and continued Republican obstruction of debt relief will have devastating consequences – not just for these borrowers and their families, but for our entire economy.**

**"I am mystified and outraged, but sadly not surprised, that the activist conservative Justices have once again substituted their policy preferences for legal interpretation. I look forward to working with the Biden Administration on alternative paths forward to support student borrowers."**

**"In its radical extremism and ethical blindness, the nation's highest court seems to put itself above the law, answerable to no one."**

**PREVENTING PROFITING FROM HOSPITAL RANKINGS**

**—** Blumenthal called on the U.S. News & World Report (USNWR) to stop accepting money from hospitals they claim to independently and impartially rank.

USNWR publishes rankings for "Best Hospitals" in the U.S. for certain specialties, conditions and procedures, while receiving money from ranked hospitals through license fees for the "Best Hospitals" logos used by ranked hospitals, through subscription services and through payments for advertisement on the company's website. This is an alarming conflict of interest that could improperly skew USNWR's allegedly fair, independent, and impartial rankings.

In a letter to the CEO of USNWR, Blumenthal calls for an immediate end to this practice to remove any perception of unfairness or impropriety.

**PROTECTING REPRODUCTIVE RIGHTS**

**—** Blumenthal joined advocates to call on Congress to pass the *Right to Contraception Act*, legislation that would codify and strengthen the right to birth control, which the Supreme Court first recognized more than half a century ago in its *Griswold v. Connecticut* decision.

This legislation would codify the right to contraception into federal law and would reverse steps already taken by Republicans in states across the country to restrict access to contraceptives. Enacting the bill would ensure that any future attempts by the far-right majority on the Supreme Court to overturn *Griswold* does not endanger access to this essential health care.

**"Access to birth control is next on the chopping block. To ward off these attacks Congress must codify the right to make decisions about one's own body, future, & health by passing the Right to Contraception Act."**



**—** One year after the Supreme Court overturned Roe v. Wade in the Dobbs v. Jackson Women's Health Organization decision, Blumenthal and Murphy co-sponsored a slate of legislation to protect reproductive rights, including the *Expanding Access to Family Planning Act*, the *Right to Contraception Act*, the *Freedom to Travel for Health Care Act*, the *Let Doctors Provide Reproductive Health Care Act*, the *Women's Health Protection Act*, and a Senate resolution expressing opposition to the use of state resources and power against Americans seeking reproductive health care, such as abortion services, contraception, and gender-affirming care.

**"In the year since the devastating Dobbs decision, millions of women across the United States have been stripped of their most personal health care decisions and their power to control their own bodies. Doctors fear prosecution for doing their jobs, access to safe contraceptives continues to be threatened, and more and more women are forced to travel hundreds of miles to access health services. I authored the Women's Health Protection Act more than ten years ago to protect Americans from the intrusions and restrictions we're seeing today. That legislation, along with the other measures we've introduced, are essential to protecting Americans' privacy and most**

Senator Blumenthal Week In Review 06/23/2023—06/30/2023 | U.S. Senator Richard Blumenthal    https://www.blumenthal.senate.gov/newsroom/press/release/senator-blumenthal-week-in-review-06/...

Case 3:24-cv-00395-WHO   Document 25-23   Filed 02/28/24   Page 5 of 10

**fundamental rights. We'll continue fighting until every woman in America has the right to make decisions about her own body and future,"** said Blumenthal.

REACTING TO THE SUPREME COURT'S HARMFUL DECISIONS ON COLLEGE ADMISSIONS & LGBTQ+ RIGHTS

**—** Blumenthal released the following statement in response to the U.S. Supreme Court's 6-3 decision in *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College* and *Students for Fair Admissions, Inc. v. University of North Carolina*, rejecting the consideration of race during the college admissions process:

**"Diversity has helped make our higher education system the best in the world. Racially diverse classrooms benefit all students. With this decision, the Court has dealt a major blow to the fight for equality and racial justice—impeding underrepresented minority students from accessing a world-class education and the American dream. After decades of progress, the Supreme Court has taken a massive step backwards which will harm students of color, exacerbate racial disparities, and sideline the perspectives and lived experiences of millions of Americans."**

**"This misguided ruling is just the latest example of the activist conservative Justices' willingness to overturn settled precedents and discount democratic values in pursuit of their ideological policy agenda. Dissents from Justices Sotomayor and Jackson powerfully demonstrate that race-conscious admissions policies are constitutional and appropriate to advance the guarantee of equality enshrined in the Equal Protection Clause."**

Last year, Blumenthal led 15 current and former U.S. Senators in an amicus brief supporting Harvard and the University of North Carolina. The brief can be [found here](#).

**—** Blumenthal released the following statement in response to the U.S. Supreme Court's 6-3 decision in *303 Creative LLC v. Elenis,* allowing the owner of a Colorado graphic design business to discriminate against same-sex couples' requests for wedding websites:

**"Granting business owners the right to refuse service based on someone's identity is antithetical to everything our Constitution stands for. Once again, this Court has put LGBTQ+ rights on the chopping block—erasing years of progress our nation has made in becoming a more equal, just society. All Americans deserve protection and acceptance for who they love, but this Court has granted certain businesses a right to discriminate on that very basis."**

**"This decision—heartbreaking and contrary to all of our anti-discrimination laws—will be incredibly harmful to millions of Americans. At a time when hundreds of laws targeting the LGBTQ+ community have been introduced, the Court has condoned and permitted anti-LGBTQ+ discrimination. As Justice Sotomayor powerfully notes, the logic of this ruling and the right to refuse service may not stop at gender and sexual orientation. Passing the Equality Act and codifying protections are needed to stand up against this activist Court's dangerous decision."**

DEMANDING ANSWERS ON TIKTOK'S PERSONAL & PRIVATE DATA STORAGE PRACTICES

**—** Blumenthal demanded answers from the popular video sharing app TikTok following new revelations that the company is storing Americans' personal, private data within the reach of the Chinese government.

Following a bipartisan letter from Blumenthal and U.S. Senator Marsha Blackburn (R-TN), TikTok executives acknowledged that personal, private data of U.S. creators including drivers' licenses, tax forms and social security numbers is indeed stored in China.

TikTok executives have previously repeatedly denied that American data is stored in China. As recently as March 2023, TikTok executives claimed at a Congressional hearing that American user data was only stored in the United States and Singapore.

EXAMINING THE ROLE OF AI IN HEALTH CARE

**—** Blumenthal spoke at a Connecticut General Assembly Public Health Committee hearing on the role of Artificial Intelligence in health care. In May, Blumenthal chaired a Senate Judiciary Subcommittee on Privacy, Technology, and the Law hearing on Artificial Intelligence in which he questioned top industry leaders and experts on the need for regulations for this emerging technology.

SUPPORTING STARBUCKS EMPLOYEES' RIGHT TO ORGANIZE

**—** Blumenthal joined striking Starbucks workers with Starbucks Workers United and AFL-CIO representatives at the Corbin's Corner store to protest unfair labor practices and demand that the company bargain in good faith with the union. The strike was the first Starbucks strike in Connecticut.



**MOURNING THE LOSS OF FORMER CT GOVERNOR LOWELL WEICKER**

**─** Blumenthal released the following statement on the death of former U.S. Representative, U.S. Senator, and Connecticut Governor Lowell Weicker:

**"Lowell Weicker was always larger than life — fearless and relentless in fighting for what he believed right, and in serving people. As an elected official, he was a model of courage in standing up and speaking out for conviction and conscience, even if others disagreed. He did immense good for Connecticut and our country, and he did it his way. Cynthia and I extend condolences to Claudia and his family."**

**SUPPORTING AGRICULTURAL & DEFENSE PROJECTS IN CONNECTICUT**

**─** Blumenthal and Murphy announced the inclusion of $6.52 million for Connecticut Congressionally Directed Spending projects in the Fiscal Year 2023 Agriculture, Rural Development, Food and Drug Administration and Related Agencies Appropriations bill. Committee passage is the first step in the process, and funding will only be made available when the bill is passed by Congress and signed into law. Murphy and Blumenthal are committed to pushing for passage and ensuring Connecticut priorities are reflected in the final spending package.

**"This $6.52 million in federal funding will greatly enhance the health and safety of Connecticut residents and protect our state's wildlife. These investments will have far reaching impacts – guarding against the threat of tick-borne illnesses, protecting against invasive tree species, bolstering behavioral health services, and supporting facility upgrades in our local communities. I am proud that Senator Murphy and I were able to secure these funds for Connecticut,"** said Blumenthal.

**─** Blumenthal and Murphy also announced the inclusion of several Connecticut priorities in the Fiscal Year 2023 Military Construction and Veterans Administration Appropriations bill . The bill includes $112.5 million for the Pier 31 Extension at the New London Submarine base and $219 million for the Weapons Magazine & Ordnance Operations Facility at the New London Submarine Base.

**"These major federal investments will support the unparalleled national defense efforts at Submarine Base New London and expand critical health services for veterans across the state. I am proud to see major funding allocated to the Pier 31 extension project to ensure the Submarine Base can support the next generation of Virginia Class Submarines. These funds are critical for our naval and underwater defense and security,"** said Blumenthal.

**REACTING TO THE WAGNER GROUP'S ACTIONS IN RUSSIA**

**─** Blumenthal reacted to the ongoing events in Russia.

**"Like fellow Ukraine supporters, I am following hour by hour the events unfolding in Russia very closely. Putin & Prigozhin's conflict may encourage internal dissent & enable openings for Ukraine's offensive. Now is a moment to redouble American support for Ukraine."**

Senator Blumenthal Week In Review 06/23/2023—06/30/2023 | U.S. Senator Richard Blumenthal	https://www.blumenthal.senate.gov/newsroom/press/release/senator-blumenthal-week-in-review-06/...

Case 3:24-cv-00395-WHO   Document 25-23   Filed 02/28/24   Page 7 of 10

"Putin's unstable grip makes this message more important than ever—any use of nuclear weapons or damage to nuclear power plants dispersing radiation to NATO countries causing harm can invoke an Article V response."

"Sen. Graham & I hope for quick action on our bipartisan Sense of the Senate Resolution to send that message of deterrence—so miscalculation by Putin & his fractured military is avoided, & escalation forestalled."

"Despite the events of the past 72 hours, we cannot lose sight that the Wagner Group is a murderous, mercenary organization. They have blood on their hands from countless war crimes in Ukraine & around the world."

"The Wagner Group should be called what it is: a foreign terrorist organization—guilty of the most heinous crimes against humanity. Around the world they are responsible for murdering thousands of civilians, the use of chemical weapons, child labor, torture, & sexual violence."

"Putin ruthlessly used Wagner to commit mass atrocities both in Ukraine & globally—threatening international stability to further his own interests. We cannot stand by as the horrific actions of the Wagner Group continue to mount."

"Now is a moment of opportunity. The future of the Wagner Group is unknown, but there is a chance to supplant their efforts in Africa & elsewhere. This organization has been a persistent threat to American security for far too long."

"Increased sanctions on Wagner in Africa & $500M in aid is absolutely critical to supporting Ukraine as they look to capitalize on this moment of upheaval. We must not waiver in our support as the Ukrainian counteroffensive makes gains in expelling Russia."

CRACKING DOWN ON PREDATORY SUBSCRIPTION PRACTICES

— Blumenthal joined U.S. Senators Chris Van Hollen (D-MD), Jack Reed (D-RI), Peter Welch (D-VT), and Ron Wyden (D-OR) in a letter to the U.S. Federal Trade Commission in support of its proposed "click to cancel" rule to make it easier for consumers to get out of unwanted subscriptions, memberships, and other recurring-payment programs. The proposed rulemaking aims to ensure companies give consumers the ability to cancel services simply and easily and clear information when purchasing goods and services.

"Every year, our constituents submit thousands of complaints to the Commission about negative option transactions, in which sellers interpret their failure to take affirmative action, either to reject an offer or cancel an agreement, as assent to be charged for goods or services. While negative option billing can be legitimate and beneficial with proper disclosure and consent, many consumers fall victim to deceptive tactics and suffer financial harm when marketers fail to be transparent or make cancellation difficult or impossible," the senators wrote.

MARKING THE ANNIVERSARY OF THE HONG KONG HANDOVER

— Blumenthal joined Jim Risch (R-ID), Bob Menendez (D-NJ), and nearly 30 of their colleagues in releasing the following statement marking the 26th anniversary of Hong Kong's handover and the 3rd anniversary of the Hong Kong "National Security Law."

"The Chinese Communist Party (CCP) and its acolytes in the Hong Kong government continue their campaign of repression in a once vibrant and international city. They have arrested pro-democracy activists, prosecuted hundreds of political prisoners, obliterated a legislature chosen by the Hong Kong people, and pressured Hong Kong's judicial system to align with Beijing's political prerogatives. We remain especially concerned about the targeting and persecution of Jimmy Lai."

"The Hong Kong government is trying to convince the world that Hong Kong remains a critical and attractive international financial center, but that simply is not the case. The state-directed theft of Apple Daily sends a frightening signal to any international company doing business in Hong Kong. The vast majority of U.S. businesses report negative impacts from the 'National Security Law,' and Hong Kongers are making their preferences clear and leaving Hong Kong. Further, Hong Kong authorities are taking the 'National Security Law' beyond China's borders to charge and intimidate individuals in the United States, the United Kingdom, Taiwan, and elsewhere."

"We condemn the 'National Security Law' and related human rights abuses. The Hong Kong government should drop all sedition and 'National Security Law'-related charges against Jimmy Lai, the Hong Kong 47, Cardinal Joseph Zen, and others, and free all defendants immediately. The United States and our allies and partners will continue to hold the CCP and the Hong Kong government accountable for their destruction of Hong Kong's freedom, autonomy, and rule of law."

AROUND CONNECTICUT

**AROUND CONNECTICUT**

**—** Blumenthal attended the Hooks for Heroes event in Stamford.

**"Honoring WWII veterans & others at Hooks for Heroes—a magnificent fishing outing hosted by the Halloween Yacht Club in Stamford. Vet heroes caught bass & bluefish bigtime."**



**—** Blumenthal and Murphy attended a ribbon-cutting ceremony to celebrate the expansion of LiquidPiston's manufacturing facility in Bloomfield. The new facility will serve as a machining center to expand LiquidPiston's manufacturing capabilities to support prototype production of its X-EngineTM for the U.S. Army and Air Force.

**—** Blumenthal attended an event honoring Superior Court Judge Tom Saadi.

**"Wonderful tribute to new Superior Court Judge Tom Saadi at the Lebanese American Club in Danbury. Formerly a great state Veterans Affairs leader—& I'm most proud that he served with me in the AG's office. A really special man."**



― Blumenthal spoke to students at Boys and Girls State.

"Amazing visit to Boys State & Girls State, meeting together jointly on University of New Haven campus. Impressive questions on everything from AI to Afghan refugees. Thanks to the American Legion for organizing this multi-day event with spectacular teens."



― Blumenthal attended the unveiling of a new mural in Hartford.

"This beautiful mural shows us how art brings communities together. For generations to come, people are going to see this mural when they enter Hartford & appreciate its wonder & awe. Thanks to Michael Rice, Mayor Bronin, & the others who contributed to this dream becoming reality."



-30-