DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 148137
Chief of Complex & Affirmative Litigation
ALEXANDER J. HOLTZMAN, SBN 311813
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
Telephone:     (415) 554-3999
                       (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:          Alexander. Holtzman@sfcityatty.org
                      Karun.Tilak@sfcityatty.org

*Attorneys for Defendant*
San Francisco City Attorney David Chiu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P., | Case No. 3:24-cv-00395-WHO |
| Plaintiff, | **DEFENDANT SAN FRANCISCO CITY ATTORNEY DAVID CHIU'S COMBINED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, MOTION TO STRIKE, AND OPPOSITION TO PRELIMINARY INJUNCTION** |
| vs. | |
| DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco, | |
| Defendant. | Judge:            Hon. William H. Orrick III |
| | Place:            Courtroom 2, 17th Floor |
| | Hearing Date:   April 10, 2024 |
| | Time:            2:00 p.m. |
| | Trial Date:      Not Set |

**REQUEST FOR JUDICIAL NOTICE**

Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco ("City Attorney"), hereby respectfully requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following materials in support of his Motion to Dismiss, anti-SLAPP Motion to Strike, and Opposition to Motion for Preliminary Injunction.

**Category A**: Category A consists of screenshots of statements made by USNWR on its website and in a press release, Holtzman Decl. Exs. 2–6, as well as webpages from Wirecutter and CNET, *id.* Exs. 24–25.[1] Courts routinely take judicial notice of the content of publicly-available websites. *See, e.g.*, *Perkins v. LinkedIn Corporation*, 53 F. Supp. 3d 1190, 1205 (N.D. Cal. 2014); *Caldwell v. Caldwell*, No. 05-4166, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006). Exhibit 2 is a screenshot of a USNWR webpage as of June 20, 2023 taken from the Internet Archive Wayback Machine. "[D]istrict courts in this circuit have routinely taken judicial notice of content from the Internet Archive's Wayback Machine" under Rule 201. *Parziale v. HP, Inc.*, No. 19-cv-05363-EJD, 2020 WL 5798274 at *3 (N.D. Cal. Sep. 29, 2020); *Erickson v. Nebraska Machinery Co.*, No. 15-cv-01147-JD, 2015 WL 4089849 at *1 n.1 (N.D. Cal. July 6, 2015). These webpages are relevant to the issues raised by USNWR's complaint and preliminary injunction motion. USNWR's public representations on its website, Holtzman Decl. Exs. 2–6, are relevant to the City Attorney's investigation of USNWR. Exhibits 24 and 25 to the Holtzman Declaration are relevant to the extent that USNWR identifies Wirecutter and CNET as websites that engage in comparable activities. *See* Compl. ¶ 34, PI Mot. at 6.

**Category B** consists of articles published in medical journals and news websites discussing USNWR's methodology, its receipt of payments from hospitals, and the City Attorney's investigation of USNWR. Holtzman Decl. Exs. 7-23. The City Attorney seeks judicial notice of the content of these articles, but not the truth of statements discussed therein. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 568 n.13; *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th

---

[1] References to the Holtzman Decl. are to the Declaration of Alexander J. Holtzman in Support of San Francisco City Attorney David Chiu's Motion to Dismiss, anti-SLAPP Motion to Strike, and Opposition to Motion for Preliminary Injunction, filed concurrently herewith.

Cir. 2010); *Homyk v. ChemoCentryx, Inc.*, No. 21-CV-03343, 2023 WL 3579440, at \*4 (N.D. Cal. Feb. 23, 2023); *Pardi v. Tricida, Inc.*, No. 21-CV-00076, 2022 WL 3018144, at \*4 (N.D. Cal. July 29, 2022); *Reynolds v. Binance Holdings, Ltd.*, 418 F. Supp. 3d 997, 1002 (N.D. Cal. 2020).  Regardless of the truth of the matters discussed therein, the views expressed in these articles are relevant to the City Attorney's reason for investigating USNWR, which USNWR disputes in its Complaint and Preliminary Injunction Motion.  Indeed, many of these articles are cited in the City Attorney's letter attached to USNWR's complaint.  *See* Compl. Ex. A.


Dated:  February 28, 2024                    Respectfully submitted,

                                                            DAVID CHIU
                                                            City Attorney
                                                            YVONNE R. MERÉ
                                                            Chief Deputy City Attorney
                                                            SARA J. EISENBERG
                                                            Chief of Complex & Affirmative Litigation
                                                            ALEXANDER J. HOLTZMAN
                                                            KARUN A. TILAK
                                                            Deputy City Attorneys


                                                  By:  */s/ Karun A. Tilak*
                                                          KARUN A. TILAK

                                                       Attorneys for Defendant
                                                       SAN FRANCISCO CITY ATTORNEY DAVID CHIU