DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 148137
Chief of Complex & Affirmative Litigation
ALEXANDER J. HOLTZMAN, SBN 311813
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
Telephone:    (415) 554-3999
              (415) 355-3308
Facsimile:    (415) 437-4644
E-Mail:       Alexander.Holtzman@sfcityatty.org
              Karun.Tilak@sfcityatty.org

*Attorneys for Defendant*
San Francisco City Attorney David Chiu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco, <br><br> Defendant. | Case No. 3:24-cv-00395-WHO <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT SAN FRANCISCO CITY ATTORNEY DAVID CHIU'S MOTION TO DISMISS COMPLAINT FOR INJUNCTIVE RELIEF AND A DECLARATORY JUDGMENT, MOTION TO STRIKE STATE LAW CLAIMS, AND REQUEST FOR JUDICIAL NOTICE, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge:         Hon. William H. Orrick III <br> Place:         Courtroom 2, 17th Floor <br> Hearing Date:  April 10, 2024 <br> Time:          2:00 p.m. |

**[PROPOSED] ORDER**

On February 28, 2024, Defendant David Chiu, in his official capacity as the City Attorney of the City and County of San Francisco ("City Attorney"), filed a Motion to Dismiss Plaintiff U.S. News & World Report L.P.'s ("USNWR") Complaint for Injunctive Relief and a Declaratory Judgment ("Complaint"), an Anti-SLAPP Motion to Strike State Law Claims from the Complaint, an Opposition to Plaintiff's Motion for Preliminary Injunction, and a Request for Judicial Notice.

After full consideration of the moving, opposition, and reply papers filed by the parties, the arguments of counsel, and all other matters presented to the Court, the Court:

1. GRANTS the Motion to Dismiss with respect to all claims and causes of action asserted against the City Attorney because USNWR's allegations fail to establish standing or ripeness under Article III of the United States Constitution and fail to state a claim for relief on its causes of action.

2. GRANTS the Motion to Strike with respect to all California state law claims and causes of action asserted against the City Attorney because USNWR's state law claims arise from the City Attorney's protected speech or conduct and USNWR has failed to establish a likelihood of success on those claims.

3. GRANTS the City Attorney's Request for Judicial Notice because the matters referenced therein are proper subjects of judicial notice under Federal Rule of Evidence 201 and are relevant to the determination of the City Attorney's Motion to Dismiss, Motion to Strike and Opposition to Plaintiff's Preliminary Injunction Motion.

4. DENIES USNWR's Motion for a Preliminary Injunction because USNWR fails to establish a likelihood of success on the merits or irreparable harm.

IT IS HEREBY ORDERED that:

1. The City Attorney's Motion to Strike is GRANTED and the Court hereby STRIKES USNWR's state law claims against the City Attorney without leave to amend and awards the City Attorney his fees and costs for litigating the Motion to Strike;

2. The City Attorney's Motion to Dismiss is GRANTED and the Complaint is hereby DISMISSED without leave to amend;

3. USNWR's Motion for a Preliminary Injunction is DENIED and

4. The Clerk of Court shall enter judgment in the City Attorney's favor.

**IT IS SO ORDERED.**

Dated: _____

                                       HON. WILLIAM H. ORRICK III
                                       United States District Judge