RYAN MCGINLEY-STEMPEL (SBN 296182)
RENNE PUBLIC LAW GROUP LLP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7250
Facsimile:  (415) 848-7230
rmcginleystempel@publiclawgroup.com

Attorney for Health Care *Amici Curiae*
Dr. Christopher Saigal
Dr. Mark Litwin
Dr. Kathy Huen
Dr. Chinenyenwa Mpamaugo
Dr. Madeline Wozniak

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P.,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>  Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF HEALTH CARE *AMICI CURIAE* IN SUPPORT OF DEFENDANT**<br><br>Judge:   Hon. William H. Orrick<br>Place:   Courtroom 2, 17th Floor<br>Hearing Date: April 10, 2024<br>Time:   2:00 p.m.<br><br>Trial Date:  Not Set |

Pursuant to Local Rule 7-11, Dr. Christopher Saigal, Dr. Mark Litwin, Dr. Kathy Huen, Dr. Chinenyenwa Mpamaugo, and Dr. Madeline Wozniak hereby respectfully request leave to file the Brief of Health Care *Amici Curiae* in Support of Defendant David Chiu, in his Official Capacity as City Attorney of the City and County of San Francisco.

Defendant consents to the filing of this *amicus curiae* brief. On March 1, 2024, the undersigned emailed counsel for Plaintiff U.S. News & World Report, L.P. ("USNWR"), asking whether Plaintiff consented to the filing of this brief. As of the date of this filing, the undersigned has not received a response from Plaintiff's counsel.

## INTEREST AND IDENTITY OF *AMICI CURIAE*

**Dr. Christopher Saigal MD, MPH,** is Professor and Executive Vice Chair of Urology at the UCLA School of Medicine. He has been active as a physician leader at UCLA since 2001, leading efforts within the system to improve medical decision making, describe new approaches to measuring the costs of care, and introduce new techniques to incorporate the patient's voice into service line redesign. Dr Saigal's major research area is in shared decision making. He has been funded by an R-01 from the National Cancer Institute to innovate new approaches to shared decision making in men with prostate cancer. Dr Saigal was the Rand Principal Investigator of the Urological Diseases America ("UDA") project, a $25 million, 15-year National Institutes of Health ("NIH")-funded effort to characterize quality, cost, and access to urologic care in the U.S. He received a $2.1 million Patient-Centered Outcomes Research Institute ("PCORI") award to employ implementation science methods to understand how best to scale effective shared decision-making interventions.

He has published over 140 policy and quality of care related manuscripts and two comprehensive compendia about utilization of health care services in urology.

**Dr. Mark Litwin MD, MPH,** is Distinguished Professor of Urology, Health Policy & Management, and Nursing at UCLA, where he serves as Chair of the Department of Urology. Dr. Litwin holds a Bachelor's Degree in Economics from Duke University and an MD from Emory University. He trained in urology at Harvard Medical School's Brigham and Women's Hospital. He was a Robert Wood Johnson Clinical Scholar at RAND and UCLA, where he earned his MPH. He is a translational population scientist who has authored original articles, reports, reviews, books, and book chapters in

urologic oncology and health services research. Dr. Litwin published the first validated quality-of-life instrument to track outcomes in men with prostate cancer and has been an international leader in this area. Dr. Litwin's research includes medical outcomes assessment, quality of care, health-related quality of life, epidemiology, costs and resource utilization, patient preferences, access, and value for malignant and benign diseases in urology.

His work has been funded by the National Institute of Diabetes and Digestive and Kidney Diseases ("NIDDK"), the National Cancer Institute ("NCI"), Department of Defense ("DoD"), American Cancer Society, California Department of Public Health, and other organizations. He has been continuously NIH-funded since 1997. His current grants include a $130 million state-funded program involving prostate cancer care for low-income uninsured men in California, established in 2001; a T32 training grant in outcomes research in urologic and gynecologic oncology; a DoD grant to optimize the graphical display of outcomes data for patients; an American Cancer Society grant to study the experience of low-income patients enrolling in Affordable Care Act ("ACA")-based health insurance; and a Movember-funded international registry of prostate cancer outcomes. For 14 years he led Urologic Diseases in America, a $24 million epidemiologic study funded by the NIDDK. He teaches in UCLA's Schools of Medicine, Public Health, and Nursing and practices urologic oncology at UCLA.

**Dr. Kathy Huen, MD, MPH,** is an Assistant Clinical Professor of Urology at the David Geffen School of Medicine at UCLA. Dr. Huen earned her undergraduate degree from Brown University and her medical doctorate from Emory University School of Medicine. She completed her urology residency training at UCLA, and her pediatric urology fellowship at Orange County/UC Irvine prior to joining the faculty at UCLA.

Since November 2022, Dr. Huen has served as the Quality Officer of the Department of Urology. She is leading efforts to reduce unnecessary emergency room visits in post-operative urological patients. She has published over 20 peer-reviewed manuscripts.

**Dr. Chinenyenwa Mpamaugo, MD, MPH,** attended the University of Pittsburgh School of Medicine, where she received her MD, and the University of Pittsburgh School of Public Health, where she received her MPH. She then went on to complete her pediatric residency at the University of Washington/Seattle Children's Hospital. She is currently a clinical instructor in the division of Hospital

Medicine and Locum Pediatric Hospitalist.

**Dr. Madeline Wozniak, MD,** is a board-certified pediatrician. She obtained an undergraduate degree in Neuroscience from Brown University. She earned her medical degree from the Warren Alpert Medical School of Brown University, graduating as a member of the Alpha Omega Honor Society. She completed pediatric residency at the University of Washington/Seattle Children's Hospital and was a member of the Resident Education in Advocacy and Child Health track. She currently works as a Pediatric Critical Care Medicine Hospitalist.

*** 

Central to this case is the question whether the City Attorney's investigation into Plaintiff's methodology for ranking hospitals serves an appreciable public interest. As doctors and medical professionals, *Amici Curiae* have concerns about Plaintiff's methodology for ranking hospitals and the potentially harmful effects the rankings have on consumers and hospitals. As such, they believe the public has a compelling interest in ensuring that the City Attorney's investigation is allowed to proceed, so that the details and implications of Plaintiff's methodology can be brought to light and shared.

No party or counsel for any party, other than counsel for *Amici*, has authored the proposed brief in whole or in part or funded the preparation of the brief.

### ISSUES ON WHICH THE PROPOSED *AMICUS CURIAE* BRIEF WILL ASSIST THE COURT IN DECIDING THE MATTER

*Amici Curiae* believe that the proposed *amicus curiae* brief will assist the Court in properly resolving this critically important "matter[] of health" which is "undeniably of interest to the public." *Rivera v. First DataBank, Inc.*, 187 Cal. App. 4th 709, 716 (2010) (internal quotation marks omitted); *United Medical Laboratories, Inc. v. Columbia Broadcasting System, Inc.*, 404 F.2d 706, 711 (9th Cir. 1968) (explaining that public health issues implicated by statements to media about accuracy of lab tests were an "area of public interest"); *Brown v. Crandall*, 198 Cal. App. 4th 1, 14 (2011) ("The ability to obtain necessary medical care is a basic human need").

*Amici* do not seek to duplicate arguments set forth in the parties' briefs. Rather, *Amici* seek to assist the Court in deciding this matter by demonstrating through their independent arguments that the Plaintiff's methodology for assessing and ranking hospitals is opaque and suffers from apparent

inaccuracies and inequities that may mislead consumers and distort hospitals' priorities.  City Attorney David Chiu's investigation into USNWR is necessary to (i) illuminate its ranking methodology and the implications of the inaccuracies and inequities therein, and (ii) protect consumers and hospitals from being misled.

District courts have "broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).  "There are no strict prerequisites to qualify as amici," who "need only show that their participation is useful to the court."  *NetChoice, LLC v. Bonta*, No. 22-cv-8861-BLF, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (internal quotation marks omitted).  This Court has granted leave where *amici* can "in their judgment and experience" shed light on matters implicating the public interest.  *See County of Santa Clara v. Trump*, 250 F. Supp. 3d 497, 525 & n.14 (N.D. Cal. 2017) (granting leave to *amici* that explained how sanctuary policies "'promote public health and safety'" by, among other things, encouraging undocumented residents "to obtain preventative medical care and immunizations, which has major implications for public health and works to reduce emergency medical care costs").

## CONCLUSION

Accordingly, *Amici Curiae* respectfully request that the Court grant leave to file the accompanying proposed *amicus curiae* brief.

Dated:  March 4, 2024

Respectfully submitted,

RENNE PUBLIC LAW GROUP LLP
By:

*/s/Ryan McGinley-Stempel*
   Ryan McGinley-Stempel

Attorney for Health Care *Amici Curiae*
Dr. Christopher Saigal
Dr. Mark Litwin
Dr. Kathy Huen
Dr. Chinenyenwa Mpamaugo
Dr. Madeline Wozniak

-5- -

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion will be delivered electronically on March 4, 2024 to counsel for parties through the District Court's Electronic Case Filing system.

/s/ *Ryan McGinley-Stempel*