1  RYAN MCGINLEY-STEMPEL (SBN 296182)
   RENNE PUBLIC LAW GROUP LLP
2  350 Sansome Street, Suite 300
   San Francisco, California 94104
3  Telephone: (415) 848-7250
   Facsimile:  (415) 848-7230
4  rmcginleystempel@publiclawgroup.com

   Attorney for Health Care *Amici Curiae*
5  Dr. Christopher Saigal
   Dr. Mark Litwin
6  Dr. Kathy Huen
   Dr. Chinenyenwa Mpamaugo
7  Dr. Madeline Wozniak

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| U.S. NEWS & WORLD REPORT, L.P.,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>  Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**[PROPOSED] BRIEF OF HEALTH CARE *AMICI CURIAE* IN SUPPORT OF DEFENDANT**<br><br>Judge:         Hon. William H. Orrick<br>Place:         Courtroom 2, 17th Floor<br>Hearing Date:  April 10, 2024<br>Time:          2:00 p.m.<br><br>Trial Date:    Not Set |
|---|---|

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................................................. i

I.   INTRODUCTION ............................................................................................................... 1

II.  ARGUMENT ....................................................................................................................... 1

    A.   USNWR's Rankings Have the Power to Mislead Consumers and Distort Hospital Priorities ................................................................................................................... 1

    B.   USNWR's Methodology for Assessing Quality of Care Produces Significant Inaccuracies ............................................................................................................. 3

    C.   USNWR's Methodology for Assessing Quality of Care Reflects and Perpetuates Racial Inequities in Healthcare ................................................................................ 5

III. CONCLUSION .................................................................................................................... 8

CERTIFICATE OF SERVICE ........................................................................................................ 8

## I. INTRODUCTION

Plaintiff U.S. News & World Report, L.P. ("USNWR") has moved this Court to restrain Defendant David Chiu, in his capacity as the City Attorney for the City and County of San Francisco (the "City Attorney") from enforcing the subpoenas served by his Office on USNWR on January 9, 2024 (the "Subpoenas").[1]  In relevant part, USNWR claims that there is an "absence of any appreciable public interest" behind the Subpoenas, and that quashing the Subpoenas does not expose the citizens of San Francisco to "any particular risk."  ECF No. 18, Mot. for Prelim. Injunction at 21.[2]

Contrary to USNWR's assertions, the Subpoenas serve substantial public interests in transparency, consumer protection and access to quality healthcare.  The Subpoenas are motivated by legitimate concerns shared by experts in the medical field regarding apparent inaccuracies and inequities in USNWR's methodology for assessing and ranking hospitals by quality of care.  These inaccuracies and inequities have the power to mislead consumers and distort hospital priorities.  The City Attorney's investigation is necessary to (i) illuminate the full scope and implications of the inaccuracies and inequities within USNWR's methodology, and (ii) protect consumers and hospitals from the risks associated with making serious decisions regarding health and welfare—sometimes life or death decisions—based on potentially misleading information.  The Subpoenas are a critical means "to get information from those who best can give it and who are most interested in not doing so." *United States v. Morton Salt Co.*, 338 U.S. 632, 642 (1950).  This Court should dismiss USNWR's complaint, grant the City Attorney's motion to strike, deny USNWR's request for a preliminary injunction, and allow the City Attorney to continue his investigation.

## II. ARGUMENT

### A. USNWR's Rankings Have the Power to Mislead Consumers and Distort Hospital Priorities

USNWR is seen by many as an authoritative source of consumer information regarding quality of care at hospitals nationwide.  USNWR presents its U.S. hospital rankings as a reliable and objective

---

[1] No party or counsel for any party, other than counsel for *Amici*, has authored this proposed brief in whole or in part or funded the preparation of the brief.

[2] Unless otherwise noted, all citations to page numbers of documents filed in this action are to the page numbers of the document itself, not the ECF stamped numbers.

1

measure of hospital quality. *See* ECF No. 18, Mot. for Prelim. Injunction at 21. In short, USNWR has significant influence over consumers' selection of medical care. As a result, USNWR also has a significant effect on how hospitals allocate their resources. Hospitals are incentivized to "teach to the test," i.e., to take actions that optimize their standing in the ranks of USNWR, but which may not optimally benefit patients. For example, many hospitals spend a great deal of time and energy fine-tuning how they report data to USNWR in the hopes that it will enhance their standing in USNWR's rankings. This would be less concerning if USNWR's methodology for assessing quality of care was sufficiently accurate, equitable and transparent.

USNWR does publish annual reports that describe the methodologies underlying each of its Best Hospital rankings for that year. However, the methodology reports do not provide the level of detail hospitals would need to reproduce USNWR's results. USNWR does not provide the data it uses to produce the rankings, nor does it explain how exactly individual hospital scores are calculated. Many of the metrics it uses are essentially "black boxes." For example, the "expert opinion" component to the rankings is based on survey data, but USNWR neither explains how the surveys are filled out nor by whom they are answered. Another example: in its 2023-2024 Best Hospitals Methodology Report, USNWR states that the rankings adjusted for differences in "case mix" between hospitals—a metric that reflects the diversity, complexity, and severity of the patients treated at a hospital—but does not explain exactly *how* it accounted for case mix. *See* Methodology, U.S. News & World Report 2023-2024 Best Hospitals: Procedures & Conditions Ratings at 24.[3] USNWR's opacity regarding its methods and data leaves hospitals guessing about why they receive the scores they receive. Not only does this greatly diminish the utility of the scores for the purposes of troubleshooting and improving hospital performance, but it also forces hospitals to allocate inordinate resources towards trying to simulate what they can of USNWR's methodology to predict and optimize their scores for next time.

USNWR's lack of transparency would be less concerning if there were no reason to doubt the accuracy or equity of USNWR's ranking system. Consumers could reasonably put their trust in USNWR's rankings without worrying about how exactly the rankings are determined. Moreover,

---

[3] Available at https://health.usnews.com/media/best-hospitals/BHPC-Methodology-2023-2024.

hospitals could be confident that optimizing their standing in USNWR's ranks will result in optimizing the quality of care for their patients. On the other hand, if USNWR were sufficiently transparent about its methodology, then the apparent inaccuracies and inequities in that methodology would be less problematic. Consumers and hospitals could make informed decisions in full awareness of the shortcomings of USNWR ranking methodology. However, as it stands, USNWR's methods are neither sufficiently transparent nor sufficiently accurate and equitable.

### B. USNWR's Methodology for Assessing Quality of Care Produces Significant Inaccuracies

USNWR evaluates the quality of hospital specialties or "lines of service" (e.g., urology, geriatrics, orthopedics, etc.) based on performance across three core domains: structure, process, and outcomes. *See* Methodology, U.S. News & World Report 2023-2024 Best Hospitals: Procedures & Conditions Ratings at 8. **Structure** refers to a hospital's resources related to patient care (for example, nursing ratios, specialized clinics, or technologies, etc.). *Id.* **Process** encompasses the overall rendering of diagnosis, treatment, prevention, and patient education. *Id.* **Outcomes** refers to the actual results patients' experience (for example, mortality and discharge to home rates). *Id.*

For many specialties, the "outcomes" component constitutes the most weighted component of the hospital's final score in that specialty. *See* Exhibit 1, Kathy H. Huen, Mark S. Litwin & Christopher Saigal, "Patient Misattribution Influences US News and World Report Ranking Metrics" (Working Title; under review for publication), at 1. The "outcomes" component comprises two measures derived from Medicare claims-based data: 30-day mortality and discharging patients to home, which assesses the rate at which patients go home directly after inpatient care rather than being transferred to another facility for continued care. *Id* at 1.

In general, claims-based methods for attributing patients to a particular line of service or specialty have a tendency to generate errors. *See* Ex. 1, *supra*, Huen et al., "Patient Misattribution Influences US News and World Report Ranking Metrics," at 1. Moreover, relying solely on Medicare claims to evaluate outcomes artificially constrains USNWR's dataset, excluding outcomes for patients who do not have Medicare and who are younger than 65 years old. Naturally, assessment of outcomes for patients in a given specialty depends on how one defines the set of patients that fall under that specialty, i.e., on

3

one's method for classifying and attributing patients to specialties. Thus, flaws in USNWR's method for attributing patients to a particular specialty are liable to produce inaccurate assessments of a hospital's outcomes for that specialty. *See* Lyon et al., "Missing the Mark? *U.S. News & World Rerport* Urology Specialty Rankings Do Not Assess the Majority of Urologic Care," *Journal of Urology* at 469-471 (Nov. 30, 2023);[4] *see also id.* at 471, Gary W. Chien, Editorial Comment ("Lyon et al applied their institutional data using USNWR criteria and found some jaw-dropping results. A mere 4.6% of their patient encounters are used to represent 89% of the outcomes score, and 74% of the mortalities attributed to urology measures did not occur on the urology service. The scoring algorithm favors inpatient, older, Medicare patients, and is not reflective of health care's move to outpatient and virtual care.").

For example, Dr. Saigal, Dr. Litwin and Dr. Huen discovered significant inaccuracies in the USNWR mortality and discharge to home measures for patients being admitted or treated for urologic conditions at UCLA from January 2019 through December 2022. *See* Ex. 1, *supra*, Huen et al., "Patient Misattribution Influences US News and World Report Ranking Metrics," at 3. Their study showed that USNWR's methodology for evaluating urology outcomes produced a significantly distorted image of (i) UCLA's annual discharge to home rates from urology in 2019 and 2021, and (ii) the number of patient deaths attributed to urology care over 2019-2022.[5] *Id.* These distortions are primarily caused by USNWR's method for assigning patients to a hospital's urology service and its reliance on Medicare Severity Diagnosis-Related Groups ("MS-DRGs"). Although their study only examined urology specifically, USNWR relies on MS-DRGs across the board, and there is no reason to doubt that this method for patient attribution results in similar distortions when evaluating outcomes for other specialties.

There is no "perfect" method for patient attribution, but there are scientifically viable alternatives

---

[4] Available at https://www.auajournals.org/doi/pdf/10.1097/JU.0000000000003795.

[5] *See* Ex. 1, Huen et al., "Patient Misattribution Influences US News and World Report Ranking Metrics," at 3 ("Annual discharge to home rates were significantly lower in the USNWR group when compared with rates in the primary urology group for calendar years 2019 (87% [133/153] vs. 95% [303/317], p<.001) and 2021 (89% [153/172] vs. 94% [291/309], p=0.04) while for 2020 the difference in rates were not statistically significant…. Thirteen patient deaths were attributed to urology care in the USNWR group over 2019-2022. At chart review, four deaths (31%) were related to a urology procedure; five (38%) were unrelated to an incidental urology procedure, and four (31%) were unrelated to the urology service nor procedure. In comparison, we identified three patient deaths in the same time period in the primary urology group, with all three (100%) related to the urology procedure.").

to relying on MS-DRGs, for example, using select index procedures, i.e., identifying urology patients by tracking certain procedures that only urologists perform, such as removal of bladder, removal of prostate, surgery for kidney stones, etc.  *See* Ex. 1, *supra*,` Huen et al., "Patient Misattribution Influences US News and World Report Ranking Metrics," at 3.  As noted by Dr. Saigal, Dr. Litwin and Dr. Huen, if USNWR is unwilling or unable to improve its methods, "USNWR should not report on urology care, given its inaccuracies."  *Id*.  The doctors conclude their study with the following thought: "Health systems face two choices: demand accuracy and accountability in the measurements of quality, or to reduce the influence of the USNWR from their marketing materials."  *Id.*

The City Attorney's Subpoenas and associated investigation of USNWR's methodology provide a path toward demanding accuracy and accountability from USNWR.  Allowing the Subpoenas and investigation to continue will help health systems and consumers make more informed choices about how they relate to USNWR.  *See Brown v. Crandall*, 198 Cal. App. 4th 1, 14 (2011) ("The ability to obtain necessary medical care is as basic human need"); *Connecticut Indem. Co. v. Superior Court*, 23 Cal.4th 807, 816 (2000) (upholding city's use of subpoena power against potentially responsible parties for groundwater pollution given "the city's interest in the context of its effort to address complex funding and lawmaking decisions in order to respond to a continuing threat to the local environment and public health, safety, and welfare"); *Kirchmeyer v. Helios Psychiatry Inc.*, 89 Cal. App. 5th 352, 360 (2023) (explaining that the state Medical Board "was undoubtedly authorized to issue the investigative subpoena to fulfill its mandate to protect public health and safety"); *Rivera v. First DataBank, Inc.*, 187 Cal. App. 4th 709, 716 (2010) (noting that "matters of health … are undeniably of interest to the public" (internal quotation marks omitted)).

    **C.**    **USNWR's Methodology for Assessing Quality of Care Reflects and Perpetuates Racial Inequities in Healthcare**

While on the surface, USNWR's ranking methodology may appear racially neutral, a deeper review of what USNWR values within its specialty rankings reveals racial inequities.  In an article published by Health Affairs, Dr. Wozniak and Dr. Mpamaugo compared how USNWR's pediatric hospital ranking values cystic fibrosis—which primarily affects White children—and sickle cell disease—which primarily affects Black children.  *See* Madeline Wozniak & Chinenyenwa Mpamaugo,

5

"It's Time For US Hospitals To Withdraw From The US News And World Report Rankings," *Health Affairs Forefront* (Mar. 17, 2023).[6]  The article illustrates how USNWR's rankings do not consider or serve all communities equitably.  Cystic fibrosis ("CF") and sickle cell disease ("SCD") are both inherited diseases with devastating effects on the life and health of those afflicted.  *Id.*  CF affects 35,000 people in the US.  *Id.*  SCD is more common, affecting nearly three times as many people, and is the reason for more than 40 times as many hospitalizations.  *Id*.  A critical difference in these conditions is who they impact.  CF affects one in 3,500 White Americans, and one in 17,000 Black Americans.  *Id.*  In contrast, SCD affects one in 365 Black or African American newborns and is rare enough among White newborns that the Centers for Disease Control and Prevention does not report a prevalence rate.  *Id.*; *see also* Centers for Disease Control and Prevention, "Data & Statistics on Sickle Cell Disease," https://www.cdc.gov/ncbddd/sicklecell/data.html.  Despite impacting more people in the U.S. and causing more hospitalizations, SCD is barely represented in USNWR's pediatric hospital rankings compared to CF.  CF is identified as one of USNWR's "serious conditions" with a rated expertise; it is listed under the pulmonology subspecialty rankings, where, of the total 42 achievable points for that subspeciality, 19 are dedicated to "success in managing cystic fibrosis patients."  Wozniak & Mpamaugo, *supra*, "It's Time For US Hospitals To Withdraw From The US News And World Report Rankings."  On the other hand, hospitals can earn only one point for having a formal outpatient sickle cell program, but there is no specific hematology subsection, and success in managing SCD patients does not factor into any of USNWR's specialty rankings.  *Id.*

The most recent editions of the pediatric hospital rankings have added an equity, diversity, and inclusion ("EDI") section, which account for ~2 percent of a hospital's total points.  Wozniak & Mpamaugo, *supra*, "It's Time For US Hospitals To Withdraw From The US News And World Report Rankings."  However, earning these points does not indicate that a hospital provides equitable care for people of all racial and ethnic backgrounds.  Many of the achievable points come from data that has long been recorded by hospital systems: information about parents and families such as race, ethnicity, and sex.  *Id.*  Hospitals can also earn points if hospital leadership has undergone EDI training.  *Id.*  But this

---

[6] Available at https://www.healthaffairs.org/content/forefront/s-time-us-hospitals-withdraw-us-news-and-world-report-rankings.

6

[Proposed] Brief of Health Care  Case No. 3:24-cv-00395-WHO
Amici Curiae ISO Defendant

way of measuring EDI does not address the quality of care provided to patients who are Black, Indigenous, or People of Color ("BIPOC") nor does it evaluate the outcomes of said EDI training. Training leadership on the importance of EDI is a necessary step for education and institutional culture change, but evaluating how that training affects the care provided to patients is a necessary next step.

Of course, USNWR is not solely or even primarily to blame for the racial inequities endemic to the U.S. healthcare system. However, as a widely used source of consumer information regarding quality of care at hospitals nationwide, USNWR has a distinctive role to play in addressing these inequities. This Court should not impede the City Attorney's efforts to understand the methods that USNWR utilizes to ensure they are not deceptive or otherwise impermissible. *See Morton Salt Co.*, 338 U.S. at 652 ("law-enforcing agencies have a legitimate right to satisfy themselves that corporate behavior is consistent with the law and the public interest"); *Craib v. Bulmash*, 49 Cal.3d 475, 481 (1989) ("As regulatory schemes have become increasingly important in enforcing laws designed to protect the public's health and welfare, reliance on 'probable cause' as a means of restraining agency subpoena power has all but disappeared."); *Reich v. Montana Sulphur & Chemical Co.*, 32 F.3d 440, 444 (9th Cir. 1994) (explaining that an agency "'can investigate merely on suspicion that the law is being violated, or even just because it wants assurance that it is not'" (quoting *Morton Salt Co.*, 338 U.S. at 642-43)).

### III. CONCLUSION

For all of the foregoing reasons, *amici* urge the Court to dismiss USNWR's complaint, grant the City Attorney's motion to strike, deny USNWR's motion for a preliminary injunction, and allow the City Attorney to continue his investigation.

Dated: March 4, 2024

Respectfully submitted,

RENNE PUBLIC LAW GROUP LLP

By: */s/ Ryan McGinley-Stempel*
    Ryan McGinley-Stempel

Attorney for Health Care *Amici Curiae*
Dr. Christopher Saigal
Dr. Mark Litwin
Dr. Kathy Huen
Dr. Chinenyenwa Mpamaugo
Dr. Madeline Wozniak

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing brief will be delivered electronically on March 4, 2024 to counsel for parties through the District Court's Electronic Case Filing system.

/s/ *Ryan McGinley-Stempel*

# EXHIBIT 1

WORKING TITLE 1: Patient Misattribution Influences US News and World Report Ranking Metrics

AUTHORS:
Kathy H. Huen[1,2], Mark S. Litwin[2], Christopher Saigal[2]

AFFILIATIONS:
[1]Division of Pediatric Urology, UCLA Mattel Children's Hospital, Los Angeles CA
[2]Department of Urology, David Geffen School of Medicine at UCLA, Los Angeles CA

CORRESPONDING AUTHOR:
Kathy Huen, MD, MPH
200 Medical Plaza
Suite 170
Los Angeles, CA 90095
Office: 310-825-7911

INTRODUCTION

Scrutiny over US News and World Report (USNWR) methodology in assessment of quality of care has raised concerns over the reliability of its hospital rankings to guide care for patients.[1-3] The "outcomes" component of the rankings – with quality of care conceptualized through a Donabedian framework of structure, process and outcomes - constitutes the most weighted component (37.5%).[4] This comprises two measures derived from Medicare claims-based data: 30-day mortality (30%) and discharging patients to home (7.5%), which assesses the rate at which patients go home directly after inpatient care rather than being transferred to another facility for continued care.

Because there may be significant errors in patient attribution when using claims-based methods[3,5], we hypothesized that an approach based on the electronic medical record (EMR) would be useful as a reference gold standard in terms of accuracy of USNWR measures. This study assessed the accuracy of the USNWR mortality and

discharge to home measures for patients being admitted or treated for urologic conditions.

METHODS

Using Epic Clarity (Epic Systems Corporation, Verona, WI), a reporting database supporting the Epic clinical information systems, we replicated USNWR's method of assigning patients to a hospital's urology service through Medicare Severity Diagnosis-Related Groups (MS-DRGs) from January 2019 through December 2022 at our institution (USNWR group).  We queried the same database for patients who were admitted or discharged under the primary urology service for the same time period (primary urology group).

For both patient groups, we replicated key components of USNWR methodology on discharge to home and mortality[4]: 1) inclusion of patients with Medicare, 2) inclusion of patients age 65 years and above, 3) exclusion of patients with COVID-19, 4) exclusion of patients who were transferred from another facility, 5) excluding the ICD-10 code of T83.51 (infection and inflammatory reaction due to indwelling urethral catheter). In mortality calculations, we included deaths that occurred at external facilities. Two physicians independently reviewed all mortalities and select patients who were not discharged to home. Proportions were compared using $\chi^2$ tests. Two-sided $P < .05$ was considered significant. Statistical analysis was performed from April 2023 through July 2023 using R (https://www.R-project.org, Vienna, Austria). The study was deemed Institutional Review Board exempt (IRB#23-000476).

RESULTS

Annual discharge to home rates were significantly lower in the USNWR group when compared with rates in the primary urology group for calendar years 2019 (87% [133/153] vs. 95% [303/317], p<.001) and 2021 (89% [153/172] vs. 94% [291/309], p=0.04), while for 2020 the difference in rates were not statistically significant (Figure 1).

Thirteen patient deaths were attributed to urology care in the USNWR group over 2019-2022. At chart review, four deaths (31%) were related to a urology procedure; five (38%) were unrelated to an incidental urology procedure, and four (31%) were unrelated to the urology service nor procedure. In comparison, we identified three patient deaths in the same time period in the primary urology group, with all three (100%) related to the urology procedure.

DISCUSSION

To the degree that USNWR provides inaccurate assessments of quality of care in urology, it misleads patients and their families regarding optimal venues for care. We offer two actionable changes: 1) Use select index procedures to attribute patients to service lines rather than MS-DRGs; 2) Position hospitals in broadly tiered categories rather than ordinal ranks, a similar strategy that USNWR implemented for overall hospital excellence in 2023.  Alternatively, if neither is feasible, USNWR should not report on urology care, given its inaccuracies.  Health systems face two choices: demand accuracy and accountability in the measurements of quality, or to reduce the influence of the USNWR from their marketing materials.

References:

1.	Mendu ML, Kachalia A, Eappen S. Revisiting US News & World Report's Hospital Rankings-Moving Beyond Mortality to Metrics that Improve Care. *J Gen Intern Med*. Jan 2021;36(1):209-210. doi:10.1007/s11606-020-06002-x
2.	Daskivich TJ, Gewertz BL. Campaign Reform for US News and World Report Rankings. *JAMA Surgery*. 2023;158(2):114-115. doi:10.1001/jamasurg.2022.4511
3.	Frazier KM, Gourin CG, Stewart CM. Fatally Flawed-Making Sense of US News & World Report Mortality Scores. *JAMA Otolaryngol Head Neck Surg*. Apr 1 2021;147(4):317-319. doi:10.1001/jamaoto.2020.5323
4.	Olmsted MG PR, Murphy J, Bell D, Dilver B, Stanley M, Torcasso Sanchez R, Allen R. Methodology: U.S. News & World Report 2022-23 best hospitals: specialty rankings. . 2022. Accessed April 12 2023. https://health.usnews.com/media/best-hospitals/BH_Methodology_2022-23
5.	Shah AA, Carey RM, Brant JA, Tasian GE, Ziemba JB. An Analysis of the US News & World Report Methodology for Attribution of Specialty Care in Otolaryngology and Urology. *Otolaryngol Head Neck Surg*. Feb 2021;164(2):336-338. doi:10.1177/0194599820941016

Figure 1. Discrepancies between annual rate of patients being discharged to home using USNWR criteria as compared with patients who were admitted or discharged from urology service, from 2019 through 2022.

