RYAN MCGINLEY-STEMPEL (SBN 296182)
RENNE PUBLIC LAW GROUP LLP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7250
Facsimile:  (415) 848-7230
rmcginleystempel@publiclawgroup.com

Attorney for Health Care *Amici Curiae*
Dr. Christopher Saigal
Dr. Mark Litwin
Dr. Kathy Huen
Dr. Chinenyenwa Mpamaugo
Dr. Madeline Wozniak

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P.,<br><br>　　　Plaintiff,<br><br>v.<br><br>DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>　　　Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF HEALTH CARE *AMICI CURIAE* IN SUPPORT OF DEFENDANT**<br><br>Judge:　　　Hon. William H. Orrick<br>Place:　　　Courtroom 2, 17th Floor<br>Hearing Date:　April 10, 2024<br>Time:　　　2:00 p.m.<br><br>Trial Date:　　Not Set |

Good cause shown, the motion of the Health Care *Amici Curiae* for leave to file an amicus curiae brief in support of Defendant David Chiu, sued in his official capacity as City Attorney of the City and County of San Francisco, is hereby GRANTED.

DATED: March __, 2024

_____
Hon. William H. Orrick III

-1-

[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE BRIEF OF
HEALTH CARE *AMICI CURIAE* ISO DEFENDANT

Case No. 3:24-cv-00395-WHO

RENNE PUBLIC LAW GROUP
Attorneys at Law

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing proposed order will be delivered electronically on March 4, 2024 to counsel for parties through the District Court's Electronic Case Filing system.

/s/ *Ryan McGinley-Stempel*