KATIE TOWNSEND (SBN 254321)
GABE ROTTMAN
MARA GASSMANN
EMILY HOCKETT
THE REPORTERS COMMITTEE FOR
    FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone:  202.795.9300
Facsimile:  202.795.9310
Email:  ktownsend@rcfp.org

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **U.S. NEWS & WORLD REPORT, L.P.**<br><br>*Plaintiff,*<br><br>v.<br><br>**DAVID CHIU,** in his official capacity as Attorney for the City and County of San Francisco, California,<br><br>*Defendant.* | Case No.  3:24-cv-00395-WHO<br><br>**CONSENT MOTION OF PROPOSED AMICI CURIAE MEDIA ORGANIZATIONS FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO STRIKE**<br><br>Judge William H. Orrick<br>Hearing Date: April 10, 2024<br>Hearing Time: 2 p.m. |

Pursuant to Local Civil Rule 7-11, proposed amici curiae the Reporters Committee for Freedom of the Press ("Reporters Committee"), First Amendment Coalition ("FAC"), the Media Law Resource Center ("MLRC"), and News/Media Alliance ("N/MA") (collectively "amici") respectfully request leave to file the attached proposed amici curiae brief in support of Plaintiff's Motion for Preliminary Injunction and in opposition to Defendant's Motion to Dismiss and to Strike Pursuant to the California Anti-SLAPP Law.

Plaintiff and Defendant consent to the filing of the proposed amici curiae brief.

As organizations that defend the right to gather and publish the news, proposed amici have a strong interest in ensuring journalists may do their work without facing investigation by those that disagree with their reporting under the guise of protecting consumers against false advertising. "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005); *see also Neonatology Assocs., P.A., v. Comm'r of Internal Revenue,* 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.) ("Even when a party is very well represented, an amicus may provide important assistance to the court."). Here, the filing of the proposed amicus brief is "useful to the court" because proposed amici can speak to the consequences of these subpoenas for the

news media, should the Office of the Attorney succeed.  *NetChoice, LLC v. Bonta*, No. 22-CV-08861-BLF, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023).

Lead amicus the **Reporters Committee for Freedom of the Press** ("Reporters Committee") is an unincorporated non-profit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources.  Today, its attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists.  The Reporters Committee regularly serves as amicus curiae in federal and California courts, involving in matters concerning government subpoenas.  *See, e.g.*, Brief of Amicus Curiae Reporters Comm. for Freedom of the Press in Supp. of Plaintiff-Appellant, *X Corp v. Bonta*, No. 24-271 (9th Cir. Feb. 21, 2024); Brief of Amicus Curiae Reporters Comm. for Freedom of the Press in Supp. of Appellees, *CoreCivic v. Candide Grp., LLC*, 20-17285 (9th Cir. Oct. 26, 2021).

**First Amendment Coalition** ("FAC") is a nonprofit public interest organization dedicated to defending free speech, free press and open government rights in order to make government, at all levels, more accountable to the people. The Coalition's mission assumes that government transparency and an informed electorate are essential to a self-governing democracy. FAC advances this purpose by

working to improve governmental compliance with state and federal open government laws. FAC's activities include free legal consultations on access to public records and First Amendment issues, educational programs, legislative oversight of California bills affecting access to government records and free speech, and public advocacy, including extensive litigation and appellate work. FAC's members are news organizations, law firms, libraries, civic organizations, academics, freelance journalists, bloggers, activists, and ordinary citizens.

The **Media Law Resource Center, Inc.** ("MLRC") is a non-profit professional association for content providers in all media, and for their defense lawyers, providing a wide range of resources on media and content law, as well as policy issues. These include news and analysis of legal, legislative and regulatory developments; litigation resources and practice guides; and national and international media law conferences and meetings. The MLRC also works with its membership to respond to legislative and policy proposals, and speaks to the press and public on media law and First Amendment issues. It counts as members over 125 media companies, including newspaper, magazine and book publishers, TV and radio broadcasters, and digital platforms, and over 200 law firms working in the media law field. The MLRC was founded in 1980 by leading American publishers and broadcasters to assist in defending and protecting free press rights under the First Amendment.

**News/Media Alliance** ("N/MA") represents over 2,200 diverse publishers in the U.S. and internationally, ranging from the largest news and magazine publishers to hyperlocal newspapers, and from digital-only outlets to papers who have printed news since before the Constitutional Convention. Its membership creates quality journalistic content that accounts for nearly 90 percent of daily newspaper circulation in the U.S., over 500 individual magazine brands, and dozens of digital-only properties. N/MA diligently advocates for newspapers, magazine, and digital publishers, on issues that affect them today.

Amici have a strong interest in preserving legal protections for the editorial independence of journalists and news organizations, including—and perhaps especially—with respect to opinion journalism, where editorial choices by private speakers that are perceived as unfavorable or "biased" by state actors could become the target of government scrutiny or improper enforcement actions.  Here, the Office of the Attorney of the City and County of San Francisco David Chiu ("City Attorney" or "Chiu") has issued subpoenas that, on their face, require plaintiff U.S. News & World Report L.P. ("U.S. News" or "Plaintiff") to disclose details about its methodology for ranking hospitals, out of a stated concern for perceived "bias." Because the City Attorney's subpoenas seek to intrude into the constitutionally protected process of editorial decision-making, amici urge the Court to deny the City

Attorney's motion to dismiss and/or to strike and grant Plaintiff's motion for preliminary injunction.

## CONCLUSION

For the foregoing reasons, amici respectfully request that the Court grant proposed amici's Motion for Leave to file amici curiae brief.

Dated: March 20, 2024                                  Respectfully submitted,

                                                      */s/ Katie Townsend*
                                                      Katie Townsend (SBN 254321)
                                                          *Counsel for amici curiae*
                                                      Gabe Rottman
                                                      Mara Gassmann
                                                      Emily Hockett
                                                          *Of counsel*
                                                      THE REPORTERS
                                                      COMMITTEE FOR FREEDOM
                                                      OF THE PRESS
                                                      1156 15th Street NW, Suite 1020
                                                      Washington, D.C. 20005
                                                      Telephone: 202.795.9300
                                                      Facsimile: 202.795.9310
                                                      Email: ktownsend@rcfp.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion and the attached brief will be delivered electronically on March 20, 2024 to counsel for parties through the District Court's Electronic Case Filing system.    */s/ Katie Townsend*