KATIE TOWNSEND (SBN 254321)
GABE ROTTMAN
MARA GASSMANN
EMILY HOCKETT
THE REPORTERS COMMITTEE FOR
    FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone:  202.795.9300
Facsimile:  202.795.9310
Email:  ktownsend@rcfp.org

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **U.S. NEWS & WORLD REPORT, L.P.**<br><br>*Plaintiff*,<br><br>v.<br><br>**DAVID CHIU,** in his official capacity as Attorney for the City and County of San Francisco, California,<br><br>*Defendant*. | Case No.  3:24-cv-00395-WHO<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Judge William H. Orrick<br>Hearing Date: April 10, 2024<br>Hearing Time: 2 p.m. |

Pursuant to Local Civil Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report with respect to the non-governmental amici on whose behalf the undersigned has moved for leave to file the Propose Brief of Amici Curiae Media Organizations, which include the

Reporters Committee for Freedom of the Press ("Reporters Committee"), First Amendment Coalition ("FAC"), the Media Law Resource Center ("MLRC"), and News/Media Alliance ("N/MA").  Full corporate disclosure statements for each organization are set forth in the accompanying brief.

Dated: March 20, 2024                                     Respectfully submitted,

                                                           */s/ Katie Townsend*
Katie Townsend (SBN 254321)
    *Counsel for amici curiae*
Gabe Rottman
Mara Gassmann
Emily Hockett
    *Of counsel*
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone:  202.795.9300
Facsimile:  202.795.9310
Email:  ktownsend@rcfp.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion and the attached brief will be delivered electronically on March 20, 2024 to counsel for parties through the District Court's Electronic Case Filing system.     */s/ Katie Townsend*