# EXHIBIT 1



Portfolio Media. Inc. | 230 Park Avenue, 7th Floor | New York, NY 10169 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# SF City Atty Says Gov't Has Duty To Probe Hospital Rankings

By **Gianna Ferrarin**

Law360 (April 2, 2024, 4:28 PM EDT) -- As law schools, medical schools and health systems continue to raise concerns over the veracity of annual rankings published by U.S. News and World Report, San Francisco's city attorney is holding fast to his belief that his office has an important role to play in pushing for transparency from the publication.



David Chiu

San Francisco City Attorney David Chiu is defending his office from a lawsuit by U.S. News challenging subpoenas he issued at the beginning of the year over the publication's annual "Best Hospitals" list. U.S. News has characterized Chiu's investigation as a threat to the freedom of the press, **alleging in its January suit** that Chiu's subpoenas are an unconstitutional use of his office's powers to "second-guess" U.S. News' journalistic standards.

The city attorney, however, told Law360 in an interview that his investigation exercises a long-standing duty of his office: protecting consumers.

Chiu, who became the city attorney for San Francisco after spending roughly seven years as part of California's Legislature, said his office is concerned that rankings based on potentially flawed data pose harm to patients and risk "warping" the healthcare system.

His subpoenas seek information on U.S. News' methodology for ranking hospitals and its policies governing how it receives payments from hospitals eligible for inclusion in the rankings. Chiu issued the subpoenas nearly seven months after sending an initial letter to U.S. News noting concerns that the publication's hospital rankings "suffer from poor and opaque methodology" and "create perverse incentives for hospitals nationwide."

Last week, the attorney filed a brief in support of his motion to dismiss the suit, where he argued his subpoenas "simply ask questions" and do not compel U.S. News to restrict its speech.

Chiu spoke with Law360 about the U.S. News suit against him, how his investigation fits into his office's consumer protection work and more. This interview has been edited for length and clarity.

## Why do you feel that the city attorney's office in San Francisco is well suited to look into this matter of U.S. News' methodology?

Our office has taken on many significant issues over the years that have broader implications, from marriage equality to opioids litigation, to what the Trump administration did to healthcare.

In this instance, we learned about significant medical research that had highlighted the many ways in which U.S. News & World Report's rankings had been misleading the public and creating perverse incentives for hospitals that are ranked. Given that the company has claimed 40 million users visiting its website every month, this is very concerning for us. We've been concerned about the fact that the rankings risk warping our healthcare systems with perverse incentives, with flawed data in ways that are impacting patients and health consumers.

As part of our affirmative [litigation] practice, we have a consumer practice. And from our perspective, this is a consumer protection matter. Our focus has been on the real harm to consumers in California and beyond who have been relying on questionable rankings. And so we've been asking questions to hopefully get answers to understand what's really happening.

## Could you expand on how U.S. News' hospital rankings affect the healthcare system, particularly in California and San Francisco?

Here are a couple of categories of issues we have questions about. So, we've heard from many sources that the methodology and data [behind U.S. News' hospital rankings] have been at best questionable, and potentially flawed, and we're very concerned about consumers making healthcare decisions [based] on questionable ranking methodologies and possibly flawed data.

In some categories, rankings are 100% or mostly based on peer opinion surveys, which are essentially popularity contests. With other rankings that are based on objective data, some are based on a thin slice of patients — so for example: excluding Medicaid patients. One study had a ranking based on a universe of 11% of patients who are in-patient, fee-for-service Medicare patients.

Let's talk now about perverse incentives. We've been concerned the rankings risk warping the healthcare system. Hospitals that invest in specialties garner the most points, instead of allowing patient or community need to drive care. The phrase we continue to hear is that hospitals are "treating to the test" — the test of the rankings. And, in particular, the rankings are weighed much more heavily toward more expensive specialty care than primary care.

We've also seen that it weighs some conditions that impact white patients more than it does patients of color. We pointed to the example of sickle cell anemia, which has a higher incident rate among Black Americans versus cystic fibrosis [which has a higher incident rate among white patients].

One of the biggest issues we've been concerned around is disclosure requirements. U.S. News is quite different from other publications that make endorsements because this company accepts payments from the hospitals it ranks. And it does not disclose those financial links — disclosures required by the Federal Trade Commission Act as interpreted by the Federal Trade Commission's regulations.

We've asked questions about that and still have not received answers. U.S. News gets revenues from

licensing fees for its "Best Hospitals" badges, subscriptions to access data under the rankings and advertising on U.S. News' website and guidebooks.

It's very rare to see community hospitals, or smaller or rural hospitals in the rankings because those hospitals don't have the resources to compete. On the flip side, we often hear from larger hospitals that they have dedicated employees specifically to the rankings.

It's creating a cycle where you'll have consumers who aren't going to lower or unranked hospitals that are [underresourced], that are ranked more poorly, and the cycle of ranking continues. It's a skewing of consumer demand toward more prosperous, specialty hospitals — away from community and safety net hospitals.

You asked about a California impact. In this past year, it's been estimated that 20% of California hospitals are at risk of closure, and these rankings impact those consumer decisions.

## Are you surprised that U.S. News has responded to this investigation with a lawsuit? What do you think of its arguments surrounding freedom of the press and First Amendment rights?

It's ironic U.S. News claims its speech has been chilled when the purpose of the company's lawsuit is to chill and impede a legitimate government investigation of potential unlawful business practices. Our office has subpoena authority under California state law that prohibits unlawful business practices and unfair, deceptive, untrue, misleading advertising. That is authority that my office and a number of others in California have.

Rather than taking the reasonable course of requesting an extension on the subpoena, or asking [for] a meet-and-confer regarding the scope of the subpoena or even utilizing available procedures to object to a subpoena under state law, U.S. News chose preemptively to run to court with an unnecessary lawsuit.

I'll say this about the lawsuit: [It's] yet another baseless attempt to avoid questions and a waste of judicial resources. U.S. News is not above the law, and its bullying litigation tactics will not deter us from standing up for patients and consumers.

It's ironic that, despite U.S. News' stated commitment to transparency, the company has spent months evading tough questions about its undisclosed financial links to the hospitals it ranks.

[In letters we sent to U.S. News], we cited other research and authority for why we're asking these questions. You can see in our inquiry we are in no way dictating what U.S. News publishes or the endorsement it makes. You can see from the letters and the subpoenas that we're simply seeking information.

The **letter** also alludes to the fact that there have been a number of major hospitals that have, this year, pulled out of the rankings because of similar concerns. And you may also know U.S. Sen. Richard Blumenthal from Connecticut has asked for an investigation of these very issues. So, this is not just our office that has been raising these questions. They've been asked by medical and healthcare professionals for some time as well as other actors.

## It seems like a lot of your office's affirmative litigation work when it comes to subpoenas concerns local matters, California matters. It stood out to me that this investigation takes on an issue with national implications.

While we certainly have matters that are more specific to San Francisco and California, we have brought many matters that have national implications.

In the consumer context, at a time when consumer fraud is on the rise, we have brought actions on companies selling illegal tobacco products online, defrauding small businesses, facilitating gift card scams, providing fraudulent immigrant legal services — and many of these involve national players.

Probably the most significant litigation we've been involved in this year has been involving the opioid

industry. We brought a **groundbreaking lawsuit** against the opioid industry for addicting a generation of San Franciscans, and we last year had a groundbreaking victory against Walgreens that was the first-of-its-kind nationwide and, alongside other settlements, brought to San Francisco $350 million from companies peddling their poison to Americans.

In a different context, last year, the federal government had ordered the closure of California's largest skilled nursing facility, which happened to be in San Francisco, so we had to bring an action against the federal government for that. And that led to the recertification of a hospital that's critical to California and San Francisco.

In the environmental context, **we are leading** a groundbreaking lawsuit to hold the world's largest fossil fuel companies responsible for the impact of sea-level rise on infrastructure costs, so that has national implications. We have brought a number of actions against national companies that are violating labor and employment laws — cases against DoorDash and InstaCart, Lyft and Uber.

## Are there any other actors you want to see asking questions about U.S. News' rankings?

We welcome the engagement of others. We were heartened to see Sen. Blumenthal announce his interest in getting to the bottom of what is happening with U.S. News. And what has been happening with U.S. News was not just limited to hospital rankings. There have been a variety of different institutions that had been ranked by U.S. News that have pulled out of rankings over concerns around flawed data and methodology in a variety of educational contexts — colleges, **law schools**, medical schools, etc.

--Editing by Lakshna Mehta.

All Content © 2003-2024, Portfolio Media, Inc.