UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 10, 2024 | **Time:** 56 minutes<br>2:09 p.m. to 3:05 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-00395-WHO | **Case Name:** U.S. News & World Report, L.P. v. Chiu | |

**Attorneys for Plaintiff:**    Derek L. Shaffer and John M. Potter
**Attorneys for Defendant:**    Alexander J. Holtzman and Karun Tilak

**Deputy Clerk:** Jean Davis                                   **Court Reporter:** Marla Knox

### PROCEEDINGS

Hearing on motions for dismissal, preliminary injunction and Anti-SLAPP conducted via videoconference.  Argument of counsel heard.  Motion taken under submission; written order to follow.  Case Management Conference set for April 23 is VACATED.  A new Case Management Conference will be set as part of the Court's order as needed.