QUINN EMANUEL URQUHART & SULLIVAN LLP
John Potter (CA Bar No. 165843)
  johnpotter@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA  94111
(415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Williams (CA Bar No. 181299)
  michaelwilliams@quinnemanuel.com
Sage R. Vanden Heuvel (CA Bar No. 294868)
  sagevandenheuvel@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA  90017
(213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN LLP
Derek L. Shaffer (CA Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C.  20005
(202) 538-8000

*Attorneys for Plaintiff U.S. News & World Report, L.P.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **U.S. NEWS & WORLD REPORT, L.P.**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID CHIU**, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff U.S. News & World Report, L.P. ("U.S. News") respectfully submits this Notice of Supplemental Authority under Local Rule 7-3(d)(2) in support of its Motion for a Preliminary Injunction (Dkt. 18) and its Opposition to Defendant's Motion to Dismiss (Dkt. 28).  U.S. News attaches as **Exhibit A** the court's decision in *Media Matters v. Paxton.*, No. 24-cv-147 (D.D.C. April 12, 2024) (Dkt. 37).

Good cause exists to support this notice, as this decision was issued after the April 10, 2024 hearing.

Dated: April 14, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By */s/ John Potter*
John Potter
*Attorneys for Plaintiff*
*U.S. News & World Report, L.P.*