QUINN EMANUEL URQUHART & SULLIVAN LLP
John Potter (CA Bar No. 165843)
  johnpotter@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA  94111
(415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Williams (CA Bar No. 181299)
  michaelwilliams@quinnemanuel.com
Sage R. Vanden Heuvel (CA Bar No. 294868)
  sagevandenheuvel@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA  90017
(213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN LLP
Derek L. Shaffer (CA Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C.  20005
(202) 538-8000

*Attorneys for Plaintiff U.S. News & World Report, L.P.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **U.S. NEWS & WORLD REPORT, L.P.** | Case No. 3:24-cv-00395-WHO |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| **DAVID CHIU**, in his Official Capacity as City Attorney of the City and County of San Francisco, | |
| Defendant. | |

Plaintiff U.S. News & World Report, L.P. hereby respectfully appeals to the United States Court of Appeals for the Ninth Circuit from this Court's May 7, 2024 order denying U.S. News' motion for preliminary injunction, granting Defendant's motion to dismiss and anti-SLAPP motion, dismissing U.S. News' complaint, and awarding Defendant attorney's fees and costs (ECF No. 43), inclusive of any and all subsidiary orders as merged into the order and judgment.

Dated: May 7, 2024                                  Respectfully submitted,

                                                    QUINN EMANUEL URQUHART &
                                                    SULLIVAN LLP


                                                    By /s/ John Potter
                                                    _____
                                                       John Potter
                                                       Attorneys for Plaintiff
                                                       U.S. News & World Report, L.P.