# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiff provides the following list of the parties to this appeal, as well as the names, addresses, and telephone numbers of their respective counsel:

| | |
|---|---|
| Plaintiff U.S. News & World Report, L.P. is represented by: | Defendant San Francisco City Attorney David Chiu is represented by: |
| **QUINN EMANUEL URQUHART & SULLIVAN LLP** | **SAN FRANCISCO CITY ATTORNEY'S OFFICE** |
| John Potter (CA Bar No. 165843)<br>  johnpotter@quinnemanuel.com<br>50 California St., 22nd Floor<br>San Francisco, CA  94111<br>(415) 875-6600 | David Chiu (CA Bar No. 189542)<br>Yvonne R. Meré (CA Bar No. 173594)<br>Sara J. Eisenberg (CA Bar No. 148137<br>  Sara.Eisenberg@sfcityatty.org<br>Alexander J. Holtzman (CA Bar No. 311813)<br>  Alexander.Holtzman@sfcityatty.org<br>Karun A. Tilak (CA Bar No. 323939)<br>  Karun.Tilak@sfcityatty.org<br>Fox Plaza<br>1390 Market Street, 6th Fl.<br>San Francisco, California 94102-5408<br>(415) 554-3999<br>(415) 355-3308 |
| Michael E. Williams (CA Bar No. 181299)<br>  michaelwilliams@quinnemanuel.com<br>Sage R. Vanden Heuvel (CA Bar No. 294868)<br>  sagevandenheuvel@quinnemanuel.com<br>865 S Figueroa St, 10th Floor<br>Los Angeles, CA  90017<br>(213) 443-3100 | |
| Derek L. Shaffer (CA Bar No. 212746)<br>  derekshaffer@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, D.C.  20005<br>(202) 538-8000 | |