QUINN EMANUEL URQUHART & SULLIVAN, LLP
John Potter (CA Bar No. 165843)
  johnpotter@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
(415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael E. Williams (CA Bar No. 181299)
  michaelwilliams@quinnemanuel.com
Sage R. Vanden Heuvel (CA Bar No. 294868)
  sagevandenheuvel@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
(213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Derek L. Shaffer (CA Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

*Attorneys for Plaintiff*
U.S. News & World Report, L.P.

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 148137
Chief of Complex & Affirmative Litigation
ALEXANDER J. HOLTZMAN, SBN 311813
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
Telephone:     (415) 554-3999
               (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail: Alexander.Holtzman@sfcityatty.org
        Karun.Tilak@sfcityatty.org

*Attorneys for Defendant*
San Francisco City Attorney David Chiu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE BRIEFING REGARDING ATTORNEYS' FEES AND COSTS UNTIL AFTER RESOLUTION OF ALL APPEALS FROM MAY 7, 2024 ORDER**<br><br>Judge:       Hon. William H. Orrick III<br>Place:       Courtroom 2, 17th Floor<br><br>Trial Date:  Not Set |

This Stipulation is entered into by and between U.S. News & World Report, L.P. ("Plaintiff" or "U.S. News") and Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco ("Defendant" or the "City Attorney" and together with "U.S. News," "Parties"), by and though their counsel, subject to the Court's approval.

WHEREAS, the Court issued an order on May 7, 2024 (the "May 7 Order") that dismissed the complaint by U.S. News, denied U.S. News' motion for a preliminary injunction, granted the City Attorney's anti-SLAPP motion to strike, and granted the City Attorney's request for attorneys' fees and costs incurred in connection with the anti-SLAPP motion;

WHEREAS, the May 7 Order requires the City Attorney to file a memorandum justifying his attorneys' fees and costs by May 21, 2024, and permits U.S. News to file an opposition by May 28, 2024;

WHEREAS, U.S. News appealed the May 7 Order to the Ninth Circuit Court of Appeals on May 7, 2024;

WHEREAS, pursuant to Local Rule 7-3, the Parties met and conferred on May 14, 2024;

WHEREAS, the Parties reached agreement that any briefing regarding attorneys' fees is most efficiently submitted after the resolution of all appeals from the May 7 Order, including to address any fees associated with the appeal;

WHEREAS, the Parties agree that the Court may, in determining any fees following the appeal, apply the post-judgment interest rate to any award of pre-judgment fees; and

WHEREAS, the Parties agree that continuing the date for submission of briefing on attorneys' fees and costs will not affect the Court's jurisdiction to award fees;

THEREFORE, pursuant to Local Rule 7-1, it is hereby stipulated by the parties, by and through their undersigned counsel, and subject to the Court's approval, that:

The City Attorney's deadline to file any memorandum justifying attorneys' fees and costs is extended until 28 days after the latest date on which (a) Ninth Circuit Court of Appeals issues its mandate and the deadline for filing a petition for certiorari expires, (b) the Supreme Court of the United States denies any timely petition for certiorari, or (c) the Supreme Court of the United States issues a certified judgment that requires no further action from the Ninth Circuit Court of Appeals.

IT IS SO STIPULATED.

Dated May 15, 2024:

                QUINN EMANUEL URQUHART & SULLIVAN LLP

                By: /s/ *John Potter*
                     JOHN POTTER

                *Attorneys for Plaintiff*
                U.S. NEWS & WORLD REPORT, L.P.

                DAVID CHIU
                City Attorney
                YVONNE R. MERÉ
                Chief Deputy City Attorney
                SARA J. EISENBERG
                Chief of Complex & Affirmative Litigation
                ALEXANDER J. HOLTZMAN
                KARUN A. TILAK
                Deputy City Attorneys

                By: /s/ *Alexander J. Holtzman*
                     ALEXANDER J. HOLTZMAN

                *Attorneys for Defendant*
                SAN FRANCISCO CITY ATTORNEY DAVID CHIU

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                HON. WILLIAM H. ORRICK III
                United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Sage R. Vanden Heuvel, am the ECF User whose identification and password are being used to file this document. In compliance with the Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: May 15, 2024                                /s/ *Sage R. Vanden Heuvel*
                                                                    SAGE R. VANDEN HEUVEL