1    QUINN EMANUEL URQUHART &          DAVID CHIU, SBN 189542
     SULLIVAN, LLP                     City Attorney
2    John Potter (CA Bar No. 165843)   YVONNE R. MERÉ, SBN 173594
       johnpotter@quinnemanuel.com     Chief Deputy City Attorney
3    50 California St., 22nd Floor      SARA J. EISENBERG, SBN 148137
     San Francisco, CA 94111           Chief of Complex & Affirmative Litigation
4    (415) 875-6600                     ALEXANDER J. HOLTZMAN, SBN 311813
                                        KARUN A. TILAK, SBN 323939
5    QUINN EMANUEL URQUHART &          Deputy City Attorneys
     SULLIVAN, LLP                     Fox Plaza
6    Michael E. Williams (CA Bar No. 181299)   1390 Market Street, 6th Fl.
       michaelwilliams@quinnemanuel.com   San Francisco, California 94102-5408
7    Sage R. Vanden Heuvel (CA Bar No. 294868)   Telephone:    (415) 554-3999
       sagevandenheuvel@quinnemanuel.com               (415) 355-3308
8    865 S Figueroa St, 10th Floor     Facsimile:     (415) 437-4644
     Los Angeles, CA 90017             E-Mail: Alexander.Holtzman@sfcityatty.org
9    (213) 443-3100                           Karun.Tilak@sfcityatty.org

10   QUINN EMANUEL URQUHART &          *Attorneys for Defendant*
     SULLIVAN, LLP                     San Francisco City Attorney David Chiu
11   Derek L. Shaffer (CA Bar No. 212746)
       derekshaffer@quinnemanuel.com
12   1300 I Street NW, Suite 900
     Washington, D.C. 20005
13   (202) 538-8000

14   *Attorneys for Plaintiff*
     U.S. News & World Report, L.P.

15

16                      UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19   U.S. NEWS & WORLD REPORT, L.P.,        Case No. 3:24-cv-00395-WHO

20          Plaintiff,                      **STIPULATION AND ORDER TO EXTEND
                                            TIME TO FILE BRIEFING REGARDING
21          vs.                             ATTORNEYS' FEES AND COSTS UNTIL
                                            AFTER RESOLUTION OF ALL APPEALS
22   DAVID CHIU, in his Official Capacity as   FROM MAY 7, 2024 ORDER**
     City Attorney of the City and County of
23   San Francisco,                         Judge:        Hon. William H. Orrick III
                                            Place:        Courtroom 2, 17th Floor
24          Defendant.
                                            Trial Date:   Not Set
25

26

27

28

This Stipulation is entered into by and between U.S. News & World Report, L.P. ("Plaintiff" or "U.S. News") and Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco ("Defendant" or the "City Attorney" and together with "U.S. News," "Parties"), by and though their counsel, subject to the Court's approval.

WHEREAS, the Court issued an order on May 7, 2024 (the "May 7 Order") that dismissed the complaint by U.S. News, denied U.S. News' motion for a preliminary injunction, granted the City Attorney's anti-SLAPP motion to strike, and granted the City Attorney's request for attorneys' fees and costs incurred in connection with the anti-SLAPP motion;

WHEREAS, the May 7 Order requires the City Attorney to file a memorandum justifying his attorneys' fees and costs by May 21, 2024, and permits U.S. News to file an opposition by May 28, 2024;

WHEREAS, U.S. News appealed the May 7 Order to the Ninth Circuit Court of Appeals on May 7, 2024;

WHEREAS, pursuant to Local Rule 7-3, the Parties met and conferred on May 14, 2024;

WHEREAS, the Parties reached agreement that any briefing regarding attorneys' fees is most efficiently submitted after the resolution of all appeals from the May 7 Order, including to address any fees associated with the appeal;

WHEREAS, the Parties agree that the Court may, in determining any fees following the appeal, apply the post-judgment interest rate to any award of pre-judgment fees; and

WHEREAS, the Parties agree that continuing the date for submission of briefing on attorneys' fees and costs will not affect the Court's jurisdiction to award fees;

THEREFORE, pursuant to Local Rule 7-1, it is hereby stipulated by the parties, by and through their undersigned counsel, and subject to the Court's approval, that:

The City Attorney's deadline to file any memorandum justifying attorneys' fees and costs is extended until 28 days after the latest date on which (a) Ninth Circuit Court of Appeals issues its mandate and the deadline for filing a petition for certiorari expires, (b) the Supreme Court of the United States denies any timely petition for certiorari, or (c) the Supreme Court of the United States issues a certified judgment that requires no further action from the Ninth Circuit Court of Appeals.

1    IT IS SO STIPULATED.

2

3    Dated May 15, 2024:

4
                                    QUINN EMANUEL URQUHART &
5                                   SULLIVAN LLP

6
                            By: /s/ John Potter
7                               JOHN POTTER

8                           *Attorneys for Plaintiff*
                            U.S. NEWS & WORLD REPORT, L.P.
9

10                          DAVID CHIU
                            City Attorney
11                          YVONNE R. MERÉ
                            Chief Deputy City Attorney
12                          SARA J. EISENBERG
                            Chief of Complex & Affirmative Litigation
13                          ALEXANDER J. HOLTZMAN
                            KARUN A. TILAK
14                          Deputy City Attorneys

15
                            By: /s/ Alexander J. Holtzman
16                              ALEXANDER J. HOLTZMAN

17
                            *Attorneys for Defendant*
18                          SAN FRANCISCO CITY ATTORNEY DAVID CHIU

19

20       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22   Dated: __May 17, 2024__      _____
                                  HON. WILLIAM H. ORRICK III
23                                United States District Judge

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Sage R. Vanden Heuvel, am the ECF User whose identification and password are being used to file this document.  In compliance with the Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated: May 15, 2024                                    /s/ *Sage R. Vanden Heuvel*
                                                              SAGE R. VANDEN HEUVEL