| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 22 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

U.S. NEWS & WORLD REPORT, L.P.,

    Plaintiff - Appellant,

 v.

DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco,

    Defendant - Appellee.

No. 24-2928

D.C. No. 3:24-cv-00395-WHO
Northern District of California, San Francisco

ORDER

Before: McKEOWN, FORREST, and SANCHEZ, Circuit Judges.

The parties' motion (Dkt. Entry No. 60) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b). This order serves as a mandate of the court.