| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>John Potter (SBN 165843)<br>johnpotter@quinnemanuel.com<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Sage R. Vanden Heuvel (SBN 294868)<br>sagevandenheuvel@quinnemanuel.com<br>865 S Figueroa St, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3100<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Derek L. Shaffer (SBN 212746)<br>derekshaffer@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br><br>*Attorneys for Plaintiff*<br>U.S. News & World Report, L.P. | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 173594<br>Chief Deputy City Attorney<br>SARA J. EISENBERG, SBN 148137<br>Chief of Complex & Affirmative Litigation<br>ALEXANDER J. HOLTZMAN, SBN 311813<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 6th Fl.<br>San Francisco, California 94102-5408<br>Telephone:     (415) 554-3999<br>                      (415) 355-3308<br>Facsimile:     (415) 437-4644<br>E-Mail: Alexander.Holtzman@sfcityatty.org<br>             Karun.Tilak@sfcityatty.org<br><br>*Attorneys for Defendant*<br>San Francisco City Attorney David Chiu |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P.,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>    Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**JOINT STIPULATION OF DISMISSAL** |

1  This Joint Stipulation is entered into by and between U.S. News & World Report, L.P. ("Plaintiff") and Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco ("Defendant"), by and through their counsel.

WHEREAS, the Parties have entered into a Settlement Agreement effective as of April 25, 2025, and have agreed to stipulate to the dismissal and closure of this action, without any further proceedings or fees;

WHEREAS, the Parties have executed and filed with the Ninth Circuit a stipulated motion to dismiss Plaintiff's appeal in this matter (Case No. 24-2928), which was granted on May 22, 2025;

WHEREAS, Defendant has agreed that he will not seek any fees or costs arising from this Court's May 7, 2024, order granting Defendant's Anti-SLAPP Motion to Strike (ECF No. 43);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel(s) that, pursuant to a Settlement Agreement entered into by Plaintiff and Defendant, effective as of April 25, 2025, the above-captioned action is dismissed, including all claims, and finally closed. Each party shall bear its own costs, disbursements, and attorneys' fees.

SO STIPULATED.

Respectfully Submitted,

Dated: June 2, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
SARA J. EISENBERG
Chief of Complex & Affirmative Litigation
ALEXANDER J. HOLTZMAN
KARUN A. TILAK
Deputy City Attorneys

By: */s/ Alexander J. Holtzman*
ALEXANDER J. HOLTZMAN

Attorneys for Defendant
SAN FRANCISCO CITY ATTORNEY DAVID CHIU


QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ John Potter*
JOHN POTTER

Attorneys for Plaintiff
U.S. NEWS & WORLD REPORT, L.P.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____

HON. WILLIAM H. ORRICK III
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Derek L., Shaffer, am the ECF User whose identification and password are being used to file this document. In compliance with the Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 2, 2025                               /s/ Derek L. Shaffer
                                                  DEREK L. SHAFFER