QUINN EMANUEL URQUHART & SULLIVAN, LLP
John Potter (SBN 165843)
johnpotter@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
(415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sage R. Vanden Heuvel (SBN 294868)
sagevandenheuvel@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
(213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Derek L. Shaffer (SBN 212746)
derekshaffer@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

*Attorneys for Plaintiff*
U.S. News & World Report, L.P.

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 148137
Chief of Complex & Affirmative Litigation
ALEXANDER J. HOLTZMAN, SBN 311813
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
Telephone:     (415) 554-3999
               (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail: Alexander.Holtzman@sfcityatty.org
        Karun.Tilak@sfcityatty.org

*Attorneys for Defendant*
San Francisco City Attorney David Chiu

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P.,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco,<br><br>　　Defendant. | Case No. 3:24-cv-00395-WHO<br><br>**JOINT STIPULATION OF DISMISSAL** |

1    This Joint Stipulation is entered into by and between U.S. News & World Report, L.P.
2    ("Plaintiff") and Defendant David Chiu, in his official capacity as City Attorney for the City and
3    County of San Francisco ("Defendant"), by and through their counsel.
4    WHEREAS, the Parties have entered into a Settlement Agreement effective as of April 25,
5    2025, and have agreed to stipulate to the dismissal and closure of this action, without any further
6    proceedings or fees;
7    WHEREAS, the Parties have executed and filed with the Ninth Circuit a stipulated motion
8    to dismiss Plaintiff's appeal in this matter (Case No. 24-2928), which was granted on May 22, 2025;
9    WHEREAS, Defendant has agreed that he will not seek any fees or costs arising from this
10   Court's May 7, 2024, order granting Defendant's Anti-SLAPP Motion to Strike (ECF No. 43);
11   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
12   Parties and/or their respective counsel(s) that, pursuant to a Settlement Agreement entered into by
13   Plaintiff and Defendant, effective as of April 25, 2025, the above-captioned action is dismissed,
14   including all claims, and finally closed. Each party shall bear its own costs, disbursements, and
15   attorneys' fees.
16   SO STIPULATED.

Respectfully Submitted,

Dated: June 2, 2025

> DAVID CHIU
> City Attorney
> YVONNE R. MERÉ
> Chief Deputy City Attorney
> SARA J. EISENBERG
> Chief of Complex & Affirmative Litigation
> ALEXANDER J. HOLTZMAN
> KARUN A. TILAK
> Deputy City Attorneys
>
> By: */s/ Alexander J. Holtzman*
> ALEXANDER J. HOLTZMAN
>
> Attorneys for Defendant
> SAN FRANCISCO CITY ATTORNEY DAVID CHIU
>
>
> QUINN EMANUEL URQUHART & SULLIVAN LLP
>
> By: */s/ John Potter*
> JOHN POTTER
>
> Attorneys for Plaintiff
> U.S. NEWS & WORLD REPORT, L.P.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 3, 2025

HON. WILLIAM H. ORRICK III
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Derek L., Shaffer, am the ECF User whose identification and password are being used to file this document. In compliance with the Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 2, 2025                               */s/ Derek L. Shaffer*
                                                              DEREK L. SHAFFER